AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CHARLES ROYALL,

       Plaintiff(s)       )    **APPEARANCE**

           vs.        )    CASE NUMBER   1:05 CV 01711 (RBW)

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Peter Herman   as counsel in this
                              (Attorney's Name)

case for:   National Association of Letter Carriers, AFL-CIO
                        (Name of party or parties)

December 15, 2005                            /s/ Peter Herman
Date                                                   Signature

                                                     Peter Herman
BAR IDENTIFICATION                  Print Name

                                                   Cohen, Weiss and Simon LLP, 330 W. 42 St.
                                                   Address

                                                   New York, NY 10036
                                                   City          State         Zip Code

                                                   (212) 563-4100
                                                 Phone Number