## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES ROYALL,                          |
                                         |
      Plaintiff,                    |
                                         |
      v.                            |     Civil Action No. 1:05cv01711 (RBW)
                                         |
NATIONAL ASSOCIATION OF                  |
LETTER CARRIERS, AFL-CIO,                |
                                         |
      Defendant.                    |


## JOINT REPORT ON CONFERENCE
## HELD PURSUANT TO LOCAL CIVIL RULE 16

Counsel for the parties have conferred as required by the rules and report the following:

1.    **Dispositive motions:**  Defendant intends to file, after discovery, a motion for summary judgment disposing of all issues.

2.    **Joinder of additional parties:**  No additional parties are expected to be joined by either party nor are significant amendments to the pleadings presently contemplated. The parties will endeavor to stipulate facts and narrow issues as discovery proceeds.

3.    **Magistrate Judge:**  The parties do not agree to assign the case to a Magistrate Judge for all purposes.

4.    **Settlement possibilities:**  Defendant does not believe this case is realistically amenable to settlement.

5.    **ADR:**  The parties are amenable to mediation with a Magistrate Judge. Plaintiff suggests that either Magistrate Judge Kay or Magistrate Judge Facciola mediate.

6.    **Summary Judgment:**  Defendant believes this case can be resolved by

summary judgment.  The parties propose that defendant file opening papers one month after the close of discovery, with 30 days for plaintiff to respond and 14 days for defendant to reply.

7.    **Initial disclosures:**  The parties have agreed to serve Initial Disclosures on or before February 6, 2006.

8.    **Discovery:**  The parties request six months from the Initial Scheduling Conference to conduct discovery.  The parties anticipate five or fewer depositions between them, as well as an exchange of interrogatories and requests for documents.

9.    **Expert witnesses:**  The parties agree that the designation of and deposition of any experts should be deferred until after the motion for summary judgment is decided.

10.    This is not a **class action.**

11.    **Bifurcation:**  The parties do not propose any bifurcation or phased discovery, except for that set forth in paragraph 9, above.

12.    **Pretrial date:**  The parties request that setting a pretrial conference date, if any, be deferred until Defendant's motion for summary judgment is decided.

13.    **Trial date:**  The parties request that setting a trial date be deferred until Defendant's motion for summary judgment is decided and that a trial date, if any, be set at the pretrial conference, if any.

14.    **Initial Scheduling Conference:**  The Initial Scheduling Conference is currently set for February 17, 2006, at 9:15 a.m.  Plaintiff's counsel advises the Court that he has

a conflict at the scheduled time of the Initial Scheduling Conference and will seek a continuance

to a different time or date by motion, as provided in the Court's order.

Respectfully Submitted,

/s/ Thomas J. Gagliardo
Thomas J. Gagliardo
D.C. Bar No. 192575
8401 Colesville Road, Suite 315
Silver Spring, MD 20910-3312
(301) 589-1900
fax (301) 589-1985

Attorney for Plaintiff


/s/ Peter Herman
Peter Herman
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
(212) 563-4100


/s/ Victoria L. Bor
Victoria L. Bor (Bar No. 288852)
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 785-9300

Attorneys for Defendant