IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CHARLES ROYALL,

                Plaintiff,

  - v. -

NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,

                Defendant.

Civil Action No. 1:05 CV 01711 (RBW)

---

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Rule 16.3 Report, it is this _____ day of _____, 2006 hereby,

ORDERED that discovery shall be completed within six months of the Initial Scheduling Conference, by _____, 2006; and further

ORDERED that summary judgment opening papers shall be filed within thirty days of the close of discovery, on or before _____, 2006, that opposition papers shall be filed by thirty days thereafter, and that any replies shall be filed by 14 days after the filing of opposition papers.

 

_____
REGGIE B. WALTON
United States District Court Judge