IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL | \| |
| Plaintiff | \| |
| v. | \| Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | \| |
| Defendant | \| |

**PLAINTIFF'S MOTION
TO CONTINUE INITIAL SCHEDULING CONFERENCE
(UNOPPOSED)**

Plaintiff Charles Royall, by and through counsel, hereby respectfully moves that the scheduling conference scheduled for Friday, February 17, 2006 be reset for a date convenient to the Court. In support of this motion it is submitted as follows:

1. Plaintiff's counsel has been asked to testify in the Circuit Court for Montgomery County, Maryland, in a sentencing matter at 9 a.m. on Friday, February 17, 2006. Sentencing has been twice rescheduled and any further change is unlikely.

2. Counsel for the Defendant does not oppose this motion.

3. Both counsel are available later in the day on Friday, February 17, 2006, and respectfully request this Court to reschedule the above captioned matter for 1 p.m. on that day or as near as possible to that time on February 17, 2006.

WHEREFORE, Plaintiff prays that this Motion be GRANTED.

Respectfully Submitted,

_____

        Thomas J. Gagliardo
        Attorney for Plaintiff
        D.C. Bar No. 192575
        8401 Colesville Road, Suite 315
        Silver Spring, Maryland 20910-3312
        301 589 1900 fax 301 589 1985

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was sent by first-class mail, postage prepaid, unless otherwise noted, this 30th day of November 2005 addressed to the following:

    Peter Herman, Esq.
    Cohen Weiss and Simon LLP
    Attorneys for Defendant
    33o West 42nd Street
    New York, New York 10036

    Victoria L. Bor. Esq.
    Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
    Attorneys for Defendants
    900 Seventh Street, N.W., Suite 1000
    Washington, D.C. 20001

        _____
        Thomas J. Gagliardo