IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL | &#124; |
| Plaintiff | &#124; |
| v. | &#124; Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | &#124; |
| Defendant | &#124; |

**ORDER**

This matter having come before the Court on Plaintiff's unopposed motion for a continuance, the premises considered, it is this

      day of FEBRUARY 2006

ORDERED that the Motion be and hereby is GRANTED and it is

FURTHER ORDERED that the initial scheduling conference in the above captioned matter shall be held on the       day of FEBRUARY 2006 at     p.m.

 

Reggie B. Walton, Judge
United States District Court

cc:
Thomas J. Gagliardo, Esq.
Attorney for Plaintiff
8401 Colesville Road, Suite 315
Silver Spring, Maryland 20910

Peter Herman, Esq.
Cohen Weiss and Simon LLP
Attorneys for Defendant
330 West 42nd Street
New York, New York 10036

Victoria L. Bor. Esq.
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Attorneys for Defendants
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001