UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL,<br><br>               Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF<br>LETTER CARRIERS,<br><br>               Defendant. | Civil Action No. 05-1711 (RBW) |

**SCHEDULING ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on February 17, 2006, it is hereby

**ORDERED** that discovery in this matter shall close on August 18, 2006. It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions commencing on August 21, 2006, and concluding on October 20, 2006. It is further

**ORDERED** that dispositive motions shall be filed by September 18, 2006, if the parties have not reached a settlement agreement by that date. Oppositions to dispositive motions shall be filed by October 18, 2006, and any replies shall be filed by November 1, 2006. It is further

**ORDERED** that a status conference in this matter shall be held on February 2, 2007, at 11:30 a.m.

**SO ORDERED** this 17th day of February, 2006.

REGGIE B. WALTON
United States District Judge