IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | \| |
| Defendant. | \| |

**MOTION OF DEFENDANT NATIONAL ASSOCIATION
OF LETTER CARRIERS, AFL-CIO FOR SUMMARY JUDGMENT**

Defendant National Association of Letter Carriers, AFL-CIO ("NALC"), hereby moves, pursuant to Local Civil Rules 7(h) and 56.1 and Rule 56(c) of the Federal Rules of Civil Procedure, for summary judgment and to dismiss the entire action against NALC. This motion is supported by the accompanying Memorandum of Points and Authorities, the Statement Of Material Facts As To Which There Is No Genuine Issue, the Declaration of Peter Herman (and accompanying exhibits), together with all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court.

Dated: September 18, 2006

Respectfully submitted,

| | |
|---|---|
| /s/ Peter Herman | /s/ Victoria L. Bor |
| Peter Herman | Victoria L. Bor (Bar No. 288852) |
| Elizabeth O'Leary | Sherman, Dunn, Cohen, Leifer & Yellig, P.C. |
| Cohen, Weiss and Simon LLP | 900 Seventh Street, N.W., Suite 1000 |
| 330 West 42nd Street | Washington, D.C. 20001 |
| New York, NY 10036 | (202) 785-9300 |
| (212) 563-4100 | |
| | Attorneys for Defendant National Association of Letter Carriers, AFL-CIO |

00096126.DOC.1