**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES ROYALL, | \| |
| Plaintiff, | \| |
| v. | \|   Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | \| |
| Defendant. | \| |

**DECLARATION OF PETER HERMAN IN SUPPORT OF
MOTION OF DEFENDANT NATIONAL ASSOCIATION OF
LETTER CARRIERS, AFL-CIO FOR SUMMARY JUDGMENT**

I, Peter Herman, declare and state as follows:

1. I am a member of the firm of Cohen, Weiss and Simon LLP, lead counsel for defendant National Association of Letter Carriers, AFL-CIO ("NALC") in this matter. I make this declaration in support of NALC's motion for summary judgment and to dismiss the entire action against NALC.

2. Attached as Exhibit "A" hereto are true copies of excerpts from a copy of the transcript of the deposition of William Young in this matter, taken on June 29, 2006.

3. Attached as Exhibit "B" hereto are true copies of excerpts from a copy of the transcript of the deposition of Jane Broendel in this matter, taken on June 29, 2006.

4. Attached as Exhibit "C" hereto are true copies of excerpts from a copy of the transcript of the deposition of Sukja Neidlinger in this matter, taken on July 11, 2006.

5. Attached as Exhibit "D" hereto are true copies of excerpts from a copy of the transcript of the deposition of Francis Sclafani in this matter, taken on July 11, 2006.

00095918.DOC.1

      6.     Attached as Exhibit "E" hereto are true copies of excerpts from the original deposition transcript of Charles Royall in this matter, taken on July 21, 2006

      7.     I was present at the above-referenced depositions.

      8.     Attached as Exhibit "F" is a true copy of NALC's Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, served April 20, 2006. This document was marked as "Exhibit Broendel 1" at the deposition of Jane Broendel.

      9.     Attached as Exhibit "G" is a true copy of a Request for Payment, dated September 2, 2002, from the IRS to NALC. This document was marked as "Royall Exhibit No. 8" at the deposition of Charles Royall.

      10.     Attached as Exhibit "H" is a true copy of a Request for Payment, dated June 3, 2002, from the IRS to NALC. This document is Bates-stamped "NALC 115," "NALC 116," "NALC 117," and "NALC 118" and was produced by NALC to plaintiff during discovery.

      11.     Attached as Exhibit "I" is a true copy of a five-page memorandum from Frank Sclafani to Jane Broendel. This document was produced by NALC to plaintiff during discovery and was marked as "Neidlinger Exhibit No. 1" at the deposition of Sukja Neidlinger. Sclafani identified himself as the author of the memorandum at his deposition.

      12.     Attached as Exhibit "J" is a true copy of a one-page handwritten document prepared by plaintiff. This document was produced by plaintiff at his deposition and was marked as "Royall Exhibit No. 17" at the deposition of Charles Royall.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2006

                                  /s/ Peter Herman
                                  Peter Herman