# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
CHARLES ROYALL,               :
                              :
          Plaintiff,          :
                              :
v.                            :    Civil Action No.
                              :    1:05cv01711 (RBW)
NATIONAL ASSOCIATION OF       :
LETTER CARRIERS, AFL-CIO,     :
                              :
          Defendant.          :
                              :
- - - - - - - - - - - - - - - x

Thursday, June 29, 2006

Washington, D.C.

DEPOSITION OF:

JANE BROENDEL

a Witness in the above-entitled cause,

called for examination by counsel for the Plaintiff,

pursuant to notice and to agreement of counsel as to

time and place, at the law offices of Sherman, Dunn,

Cohen, Leifer & Yellig, P.C., 900 Seventh Street,

Northwest, Suite 1000, Washington, D.C. 20001,

commencing at 10:32 a.m., before Marney Alena

Mederos, RPR, a Notary Public in and for the

CHARLES ROYALL                                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                       June 29, 2006

Page 4

1                       P R O C E E D I N G S

2                               (Thereupon, Exhibit

3                               No. 1 was marked for

4                               identification.)

5       Whereupon,

6                          JANE BROENDEL

7           a Witness, called for examination by counsel

8       for the Plaintiff, having first been duly sworn, was

9       examined and testified as follows:

10          EXAMINATION BY COUNSEL FOR PLAINTIFF

11              BY MR. GAGLIARDO:

12          Q       Would you give us your name and

13      business address, please?

14          A       Jane Broendel, and I work at

15      100 Indiana Avenue, Northwest, Washington, D.C.

16          Q       And you're the secretary-treasurer of

17      the National Association of Letter Carriers?

18          A       Correct.

19          Q       And how long have you held that office,

20      Ms. Broendel?

21          A       Since February of '02.

22          Q       You were in that position during the

CHARLES ROYALL                                      JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS            June 29, 2006

Page 11

1  questions well, but specifics that were said I don't

2  remember.  You know, it would be the usual this is

3  what goes on here, this is how the union operates,

4  this is the position of account manager who answers

5  to director of finance, who answers to

6  secretary-treasurer, and the accounting manager is

7  responsible -- mainly responsible for payroll

8  duties, but there are other duties as assigned.

9       Q     Do you remember who talked about the

10  primary duty being payroll and other duties as

11  assigned?

12       A     Most likely at that time it would have

13  been Ron Stubblefield.

14       Q     Okay.  Do you recall anything else

15  about the interview of Mr. Royall?

16       A     No.

17       Q     Now, you said you participated in the

18  discussions after the interviews were conducted?

19       A     Yes.

20       Q     And what was the discussion about

21  Mr. Royall?

22       A     There would have been a comparison, you

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS           June 29, 2006

Page 12

1    know, what do you think of this skill versus that

2    skill and that sort of thing, before we came to a

3    conclusion of who might be best.

4          Q    Do you recall what Mr. Young said about

5    Mr. Royall, if he said anything?

6          A    I don't recall.

7          Q    Do you recall what you said about

8    Mr. Royall?

9          A    Only in that I concurred with Ron

10   Stubblefield.

11         Q    All right.  What did Mr. Stubblefield

12   say about him?

13         A    Ron felt that Charles would be the best

14   fit for NALC, and it basically had to do with some

15   of the skills Charles said that he had, one of those

16   being familiarity, of course, with J.D. Edwards,

17   which was a plus.

18         Q    What specifically was discussed about

19   the J.D. Edwards software in the interview?

20         A    In the interview itself?

21         Q    Yes, ma'am.

22         A    What we always tell the candidates is

CHARLES ROYALL                                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                        June 29, 2006

Page 13

1    that we have J.D. Edwards software in the accounting

2    and the payroll side and that we're aware, of

3    course, that a lot of people don't have experience

4    in it.  You get a lot of people with, you know,

5    Peachtree and that sort of thing and QuickBooks but

6    not J.D. Edwards.

7         Q     And what was said in Mr. Royall's

8    interview about the J.D. Edwards software for

9    accounting and payroll by anybody?

10        A     By anybody, including Mr. Royall?

11        Q     Sure.

12        A     Just that he said he had familiarity

13   with it and that he would pick up very quickly on

14   the way we operated.

15        Q     All right.  Anything else?

16        A     Not that I recall, no.

17        Q     Okay.  Now, did you have any direct

18   supervision over Mr. Royall or was it all through

19   Mr. Stubblefield?

20        A     He and I would talk.

21        Q     He meaning?

22        A     Charles.  Charles Royall and I.

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

Page 14

1        Q      All right.  And what would those talks

2    be about?

3        A      It would be about duties and things

4    that maybe needed to be done.  The few times that I

5    talked to him were basically when I would get a

6    complaint, could you look into this, I'm being told

7    that this wasn't paid.

8        Q      And did he promptly look into the

9    complaints?

10       A      Not always, no.

11       Q      What did you do when he wouldn't?

12       A      I would talk to Ron and ask him to go

13   talk to Charles and see where this was.

14       Q      Why would you talk to Ron instead of

15   directly to Charles if you had first asked him to

16   look into the complaint?

17       A      Because I was hoping that maybe since

18   he was reporting to Ron that Ron needed -- A, Ron

19   needed to know what was going on, and, B, Ron needed

20   to establish himself as the person to report to.

21       Q      Did Mr. Royall do anything right in his

22   job?

CHARLES ROYALL                                         JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS             June 29, 2006

Page 15

1          MR. HERMAN:  Object to the form of the

2     question.

3               You can answer it if you can.

4          MR. GAGLIARDO:  Well, I'll ask it

5     differently.

6               BY MR. GAGLIARDO:

7     Q     Were you satisfied with Mr. Royall's

8     performance in any way?

9     A     He was on time.

10    Q     Anything else?

11    A     And he didn't, as far as I recall,

12    leave work early.  I don't recall that he called in

13    sick a lot.

14    Q     Anything else?

15    A     No.

16    Q     When did you first feel that Mr. Royall

17    wasn't meeting the responsibilities of his job?

18    A     Well, I gave it some time, you know,

19    being new and everything.  I would say by -- by May

20    of '02.

21    Q     And what had happened by May of '02

22    that led you to feel that way?

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                June 29, 2006

Page 16

1       A       There were a few things that weren't

2    getting done in a timely manner, and they weren't

3    getting done correctly.

4       Q       All right.   What were those things?

5       A       Tax deposits, and there was a big

6    problem with the -- what we call the DBA codes in

7    the payroll system.

8       Q       All right.   Tell me what -- go ahead.

9       A       They were inaccurate.   So if they're

10   not entered correctly, then we don't debit that

11   person's paycheck, the gross.

12      Q       The input is done by Suk, is it not?

13      A       Suk was -- is the finance -- she's the

14   payroll clerk, so --

15      Q       She does the DBA code entry, does she

16   not?

17      A       She's not supposed to without

18   oversight.   That was something that Bond-Beebee made

19   very clear to us.

20      Q       But she does the manual task of

21   entering the DBA codes, does she not?

22      A       Only when told by the accounting

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS        June 29, 2006

Page 17

1    manager to do it.

2              Q      All right.

3              A      There has to be oversight because of

4    the implication of embezzlement, that sort of

5    thing.

6              Q      All right.   What is a DBA code?

7              A      There are certain codes that go in

8    for -- if you're having amounts taken out of your

9    paycheck for specific items like United Way, savings

10   bonds, Committee on Letter Carriers Political

11   Education, the taxes, any other benefit -- I'm

12   trying to think of any other benefits we provide.

13             Q      Isn't it true that for these kinds of

14   things an employee signs a form authorizing these

15   various deductions?

16             A      Yes.

17             Q      And then those forms are given to Suk

18   to enter into the software system; isn't that also

19   correct?

20             A      No.   They're given to the account

21   manager.

22             Q      And then given to Suk to put into the

CHARLES ROYALL                                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                       June 29, 2006

Page 18

1    software?

2         A      The account manager makes sure that Suk

3    is aware, but the accounting manager oversees that

4    due to the problems of embezzlement.

5         Q      Well, has there been -- was there

6    embezzlement during Mr. Royall's term?

7         A      No, not that we're aware of.

8         Q      All right.  And Suk is still employed

9    here?

10        A      Yes.

11        Q      And I mean her no disrespect by calling

12   her by her first name, but that's what I know.

13        A      Her last name is Neidlinger.

14        Q      Ms. Neidlinger, all right.

15               You talked about tax deposits and the

16   DBA codes.  Anything else that led you in May of '02

17   to feel that Mr. Royall was not doing his job in a

18   timely or correct manner?

19        A      I would probably have to go back and

20   look at some documents.

21        Q      What documents would you have to look

22   at?

CHARLES ROYALL                                      JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

Page 19

1          A      Tax documents, probably United Way

2     documents.  I do recall Sean McCormally from

3     The Postal Record very angry one afternoon --

4          Q      All right.  Wait a minute.  His name is

5     what?

6          A      Sean.

7          Q      His last name?

8          A      McCormally.

9          Q      M-c-C-o-r-m-l-e-y?

10         A      m-a-l-l-y.

11         Q      m-a-l-l-y.

12                Mr. McCormally is with the newspaper --

13     the union paper or magazine?

14         A      Yeah, the magazine.  We call it

15     The Postal Record.  He's in the communications

16     department.

17         Q      What was he angry about?

18         A      He was not receiving his savings bonds.

19         Q      All right.  We were talking about May

20     when you came to your conclusion.

21                Do you remember when in relationship to

22     May that Mr. McCormally made this complaint?

CHARLES ROYALL                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS           June 29, 2006

Page 20

1           MR. HERMAN:  Again, just for the

2    record, I'm not sure that accurately captures her

3    prior testimony, but you can answer the question.

4           THE WITNESS:  No, I don't recall

5    exactly when it was.

6           BY MR. GAGLIARDO:

7       Q    All right.  Anything else?  You were

8    saying you would have to look at some other

9    documents in order to complete the answer.

10      A    We talked about tax deposits?

11      Q    Yes.  Well, the two things you

12   mentioned were --

13      A    United Way, savings bonds, of course

14   the USPS -- the Postal Service quarterly billing.

15      Q    The benefits deductions that Mr. Young

16   talked about?

17      A    Yes.

18      Q    Did anybody complain to you about that?

19      A    There was an executive council

20   meeting -- I can't remember exactly when it was --

21   when a number of officers expressed their

22   dissatisfaction.

CHARLES ROYALL                                        JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS            June 29, 2006

Page 21

1        Q        How often does the executive council

2    meet?

3        A        At least twice a year.

4        Q        And there were complaints at that

5    meeting?

6        A        Yes.

7        Q        And what did you do in response to the

8    complaints?

9        A        Well, I told the council I would look

10   into it.

11       Q        And did you?

12       A        Yes.

13       Q        And what did you do?

14       A        I talked to Ron Stubblefield about it.

15       Q        Okay.  Did you do anything other than

16   tell Mr. Stubblefield?

17       A        I don't recall.  I don't recall if

18   Mr. Royall was in that meeting or not.

19       Q        Okay.  Were the complaints resolved

20   after you spoke to Mr. Stubblefield?

21       A        Not totally, no.

22       Q        They were partially resolved?

CHARLES ROYALL                                           JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                June 29, 2006

Page 22

1          A      Some were, yeah.

2          Q      Okay.  Is that what you mean, that some

3   council members' benefits deductions were then

4   corrected but others were not, or was there some

5   other --

6          A      No.  We would have continuing problems.

7          Q      I don't mean to interrupt you, but you

8   said there were complaints at the executive council

9   meeting, you told them you would look into it, and

10  you went to Stubblefield.  And then my question was,

11  were the complaints that were raised at the

12  executive council meeting resolved, and you said not

13  entirely or words to that effect.

14         A      Not entirely.

15         Q      So what was resolved and what wasn't,

16  is what I'm asking?

17         A      The problems with the savings bonds

18  continued.  The problems with United Way continued.

19  The Postal Service benefit problem eventually was

20  resolved.

21         Q      Okay.  When you say eventually, when

22  was it resolved in relation to the executive council

CHARLES ROYALL                                           JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                June 29, 2006

Page 26

1    that savings bond and United Way issues continued?

2         A     Correct.

3         Q     All right.  How long did the savings

4    bond issue continue?

5         A     I don't know that it was ever resolved

6    until we put Frank Sclafani on it, because, see,

7    even this issue here, even though it was a payroll

8    issue, Charles did not resolve this issue

9    (indicating).  Ron took it upon himself to resolve

10   this issue (indicating).

11        Q     When you keep saying this issue, you're

12   referring to Deposition Exhibit 2?

13        A     Yes.

14        Q     And you're talking about the benefits

15   deductions?

16        A     Yes, the Postal Service benefits.

17        Q     How do you know that it was

18   Mr. Stubblefield and not Mr. Royall that corrected

19   the problem, other than the memo is from

20   Mr. Stubblefield?

21        A     Because Ron did this.  I have

22   memorandums that tell me who was working on what,

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

                                                        Page 27

1    and Ron Stubblefield worked on this.

2         Q    And that's reflected in the memoranda

3    that you have?

4         A    Not in this memorandum.  I have other

5    documents from Ron Stubblefield.

6              MR. GAGLIARDO:  If those weren't

7    produced, I'm going to file a supplemental and I'll

8    be asking for them.

9              MR. HERMAN:  They've been produced.

10             THE WITNESS:  You should have those.

11             BY MR. GAGLIARDO:

12        Q    All right.  What about the United Way

13   issue?

14        A    I don't recall exactly.  I believe the

15   United Way issue was resolved within a few months.

16        Q    All right.  And whose responsibility

17   was that?

18        A    The responsibility lied upon the

19   account manager, who is the payroll supervisor.

20        Q    And who corrected it?

21        A    I'm not sure who corrected that.

22        Q    Whether you've referred to them in the

CHARLES ROYALL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS

JANE BROENDEL
June 29, 2006

Page 39

1    the lawsuit was filed.

2                Did you speak to him about it while

3    Mr. Royall was employed at NALC?

4        A    Yes.

5        Q    Okay.  Tell me about those

6    conversations, please.

7        A    Sometime -- I believe in the summer of

8    '02, Frank Sclafani came to me and said that he

9    deserved a number of things in the finance

10   department that weren't right, that he could help us

11   make it run the way that it should.

12       Q    All right.  What was Mr. Sclafani's

13   position at the time that he told you that?

14       A    He was a temporary employee that we had

15   gotten from Acsys.

16       Q    And he was employed doing what or as

17   what at NALC?

18       A    He was in the finance department.  We

19   put him on -- I believe Bond-Beebee had recommended

20   that we get some more help in there, because the

21   audit starts in May.  Our books close 3/31 every

22   year.  That's the end of our fiscal year.

CHARLES ROYALL                                      JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

Page 40

1          Q      All right.

2          A      So Frank was hired as a temporary to

3    help -- to help Ron, actually, but instead he did a

4    lot of things that were -- a number of things that

5    were in the payroll department as well.

6          Q      All right.  Let me understand.  Is

7    Mr. Sclafani an accountant?

8          A      Yes.

9          Q      Is he a CPA?

10          A      No.

11          Q      Do you know what his background in

12    accounting is?

13          A      I know he graduated from Strayer.  He

14    came to us through Acsys.  He had contracted with a

15    number of agencies, and he was one of these people

16    that go in and kind of troubleshoot and turn an

17    organization around.

18          Q      Do you know if he did this anywhere

19    else; that is, did troubleshooting and turning

20    somebody around?

21          A      At least two other places.

22          Q      What were those two places?

CHARLES ROYALL                                              JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                  June 29, 2006

Page 45

1       A     Yes.

2       Q     All right.  As I said, it's now been

3    marked as Deposition Exhibit Number 3.

4             The first thing I noticed is that

5    there's no date on this.  When was this prepared?

6       A     In the summer of '02.

7       Q     And you received it at that time?

8       A     Yes.

9       Q     Okay.  My question was, were there any

10   other comments or observations made about personnel

11   in the department of finance, and you said you would

12   have to review this first.

13            Having had the chance to review the

14   document, what would you like to tell me?

15      A     There were other things said about

16   personnel in the document.  It looks like the

17   director of finance is in here, accounting manager,

18   the people in accounts payable, accounts receivable,

19   and then our payroll clerk, as well as Harold

20   Isbell, who is now deceased.

21      Q     Now, did you ask Mr. Sclafani to

22   prepare this document?

CHARLES ROYALL                                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                      June 29, 2006

Page 46

1      A      He came to me and started talking to me

2   about some of these things, and I just asked him,

3   yeah, to put it in writing to me.

4      Q      All right.  Let's turn to page 3 where

5   he talks about the accounting manager and

6   specifically about Mr. Royall.  He says that his

7   accounting abilities, in his opinion and his

8   terminology, are suspect.

9            Did he ever explain to you what he

10  meant by that?

11     A      He explains it later in this same

12  paragraph.

13     Q      Let me be clear.  Other than what he

14  says in this document, did he ever explain to you

15  what he meant by that statement?

16            MR. HERMAN:  I object to the form of

17  the question.

18            If you understand it, you can answer

19  it.

20            THE WITNESS:  I don't really

21  understand --

22            BY MR. GAGLIARDO:

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

Page 47

1        Q      Did you and Mr. Sclafani ever talk

2    about Mr. Royall's accounting abilities other

3    than -- did you ever talk about it?  Did you ever

4    talk about Mr. Royall's accounting abilities?

5        A      Abilities to add, subtract, multiply,

6    divide, figure out tax --

7        Q      Let's do it this way:  Mr. --

8               MR. HERMAN:  If you don't understand

9    the question, say you don't understand it.

10              MR. GAGLIARDO:  I will rephrase.

11              BY MR. GAGLIARDO:

12       Q      Mr. Sclafani included in his five-page

13   memo one paragraph about Mr. Royall?

14       A      Yes.

15       Q      Did you and he ever talk about what he

16   wrote about Mr. Royall in this memorandum?

17       A      Yes.

18       Q      All right.  When was that?

19       A      Before and after this was prepared.

20       Q      All right.  Before this was prepared,

21   what did Mr. Sclafani tell you about Mr. Royall?

22       A      That things in payroll were not getting

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                June 29, 2006

Page 48

1   done correctly, things were not getting done on

2   time.

3           Q       Did he ever show you things that hadn't

4   been done correctly; that is, did he show you any

5   documents that contained mistakes or other problems?

6           A       Yes, I believe he did.

7           Q       What did he show you?

8           A       Spreadsheets.

9           Q       All right.  And what did he say was

10  wrong with the spreadsheets?

11          A       They didn't contain the correct

12  information on them, and, therefore, you couldn't

13  get the correct answer.

14          Q       Do you remember what information it

15  was?

16          A       No.

17          Q       Do you still have those spreadsheets?

18          A       I don't believe so.

19          Q       Did he give you hard copies of the

20  spreadsheets?

21          A       Yes.

22          Q       And did he indicate mistakes by marking

CHARLES ROYALL                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS        June 29, 2006

Page 52

1    go to Mr. Royall and you didn't go to

2    Mr. Stubblefield?

3         A    I didn't go there with the document in

4    hand saying we need to discuss this.

5         Q    All right.  So tell me now about the

6    discussions that you did have and with whom about

7    the contents of this memorandum as it pertains to

8    Mr. Royall.

9              MR. HERMAN:  I object to the form of

10   the question.  It's ambiguous.

11             If you understand it, you can answer

12   it.

13             THE WITNESS:  No.  The only thing I

14   would add is that the things that Mr. Sclafani told

15   me in the Accounting Manager section did not

16   surprise me.  I was already aware of this by that

17   time.

18             BY MR. GAGLIARDO:

19        Q    All right.  So what did you do about

20   it?

21        A    Other than specific instances or I had

22   conversations with Mr. Royall about things that

CHARLES ROYALL                                        JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

Page 53

1    needed to be corrected, I did not discipline him for

2    anything that was said in this memo.

3           Q    It's true, is it not, that there was no

4    discipline or correction taken towards or against

5    Mr. Royall prior to his termination?

6                MR. HERMAN:  Object to the form of the

7    question.

8                BY MR. GAGLIARDO:

9           Q    Was Mr. Royall ever disciplined prior

10   to being terminated?

11          A    We don't have disciplinary procedures

12   for staff.

13          Q    So that's no, he wasn't disciplined?

14          A    No.  Only discussed.

15          Q    So there was no corrective action

16   taken?

17               MR. HERMAN:  Object to the form of the

18   question.

19               THE WITNESS:  Corrective action?

20               BY MR. GAGLIARDO:

21          Q    Yes.

22          A    The only corrective action would be

CHARLES ROYALL                                              JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS            June 29, 2006

Page 54

1    when you go discuss something with someone and point

2    out something that needs to be corrected, they are

3    expected as a professional employee to make the

4    necessary corrections.

5          Q     All right.  So now let's talk about

6    these specific discussions that you had with

7    Mr. Royall.

8                Tell me when they were, first of all.

9    When did you talk to Mr. Royall about specific

10   matters?

11         A     I don't remember when they were.  The

12   matters that would have been discussed would have

13   been the United Way incident, the savings bond

14   incident, the discussions at the executive council

15   about the payroll problems, as well as the Postal

16   Service benefit problem.

17         Q     Go ahead.

18         A     There were also problems with the COLA

19   adjustments.

20               MR. GAGLIARDO:  Excuse me for just a

21   second.  Off the record.

22               (Discussion off the record.)

CHARLES ROYALL                                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                       June 29, 2006

Page 57

1              BY MR. GAGLIARDO:

2      Q     Were the deductions not being remitted

3  to United Way monthly after they had been deducted

4  from checks?  Strike that.

5              What was the problem with -- what was

6  Mr. Royall doing that you wanted him to do

7  differently or better regarding the United Way?

8      A     Pay them every month.

9      Q     Okay.  Are you saying that he didn't

10 pay them every month?

11     A     No, he did not.

12     Q     All right.  Did he pay on some

13 employees but not others or did he simply not pay

14 any?

15     A     Not pay any.

16     Q     Okay.  And when was this that he didn't

17 pay any remittance to United Way?

18     A      I would have to go back and check, but

19 most likely the spring of '02.

20     Q     All right.  Well, he was hired on

21 February 24th?

22     A     Yes.

CHARLES ROYALL                                      JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                June 29, 2006

Page 58

1          Q      Did he miss the first month, the second

2    month, the third month, the fourth month, the fifth,

3    the sixth, and the final month that he was employed

4    there, or only some of those, or you don't know?

5          A      I don't know.

6          Q      All right.  So you told him to pay

7    things monthly?

8          A      United Way, yes.

9          Q      We're only talking about United Way

10   now.  So you told him to pay United Way monthly in a

11   specific discussion that you had with him?

12         A      Yes.

13         Q      All right.  After that discussion, did

14   United Way get paid monthly?

15         A      I would have to go back and check the

16   records.

17         Q      All right.  So you don't know that

18   either?

19         A      I don't recall --

20         MR. HERMAN:  Object to the form.  I

21   don't know whether that was meant to be a question,

22   but it's an argumentative statement.

CHARLES ROYALL                                                    JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                      June 29, 2006

Page 59

1              BY MR. GAGLIARDO:

2         Q    All right.  Let's talk about the

3    savings bond incident as you termed it.

4              What was the savings bond incident?

5    I'm sorry, strike that.  Let me ask it again.

6              What did you specifically tell

7    Mr. Royall about the savings bond incident?

8         A    That Sean McCormally had poked his head

9    in my door and that he was quite upset.  He had not

10   received his savings bonds.

11        Q    Okay.

12        A    He had talked to us about that before,

13   and I had talked to Mr. Royall about it before, and

14   it still wasn't being done and he was upset, and

15   that we had to get that in in a timely manner

16   because those savings bonds are dated.

17        Q    Okay.  After you spoke to Mr. Royall,

18   as you've just described, did it get taken care of?

19        A    No.

20        Q    Did it ever get taken care of?

21        A    Eventually, yeah, but I don't believe

22   by Mr. Royall .

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS             June 29, 2006

Page 60

1      Q      Well, who do you believe it was taken

2  care of by?

3      A      Sclafani.

4      Q      What causes you to believe that?

5      A      Because he would have been there after

6  Charles left.

7      Q      Anything else on the savings bond

8  incident?

9      A      No.

10     Q      The executive council payroll problem,

11 what did you specifically tell Mr. Royall about

12 that?

13     A      That problem, I believe, I took to Ron

14 Stubblefield.

15     Q      Not to Mr. Royall?

16     A      Not on the Postal Service benefits.

17     Q      Are you sure you took it to

18 Mr. Stubblefield or are you pretty sure?

19     A      Pretty sure.

20     Q      Okay.  Do you have any documents that

21 would refresh your recollection?

22     A      No.  The only documents I have are

CHARLES ROYALL                                                JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                   June 29, 2006

Page 61

1    memorandums from Ron saying he's working on it.

2         Q    Well, do you know if he meant he

3    personally was working on it or somebody in his

4    department was working on it?

5         A    He and Frank.

6         Q    How do you know that Sclafani was

7    involved?

8         A    I believe the documents say Frank --

9    Frank and I.

10        Q    All right.  Do you have any documents

11   that would refresh your recollection on that?

12        A    Yeah.

13             MR. HERMAN:  They're in the production.

14             MR. GAGLIARDO:  Well, she needs to

15   identify them.

16             MR. HERMAN:  She didn't say that she

17   needed to refresh her recollection.  She testified

18   that -- well, she testified that --

19             MR. GAGLIARDO:  All right.  Okay.

20   Fine.  Fine.  I don't care.  That's okay.

21             BY MR. GAGLIARDO:

22        Q    What did you tell Mr. Royall about the

CHARLES ROYALL                                        JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

Page 62

1    Postal Service benefit problem?

2         A     That those were quarterly statements

3    and that they needed to be paid when they came in.

4         Q     All right.  And did that problem get

5    resolved?

6         A     Yes.

7         Q     Promptly?

8         A     Because they're only paid quarterly,

9    you can't really say promptly simply because it's an

10   every-three-months thing, but the problem was

11   resolved in July of '02.

12        Q     By Mr. Royall?

13        A     By Mr. Stubblefield.

14        Q     By Mr. Stubblefield.

15              And how do you know it was

16   Mr. Stubblefield and not Mr. Royall?

17        A     Because the memo went out from Ron

18   stating to the officers that the problem had been

19   corrected.

20        Q     Do you know if he did the work

21   personally or whether Mr. Royall did it?

22        A     Ron Stubblefield did that work.

CHARLES ROYALL                                                JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS              June 29, 2006

Page 63

1      Q      Because he sent the memo?  Do you have

2  any basis other than he sent the memo to say that?

3      A      He and I had discussed his working on

4  that, because at the same time he was trying to get

5  the audit done.

6      Q      Well, I'm confused.  Did you talk to

7  Mr. Royall about the Postal Service benefit problem

8  or not?

9      A      He was -- he knew there was a problem,

10  but Ron Stubblefield was the one working on the

11  problem.

12      Q      I thought we were talking about

13  specific problems with Mr. Royall's performance.

14      A      It is confusing in that there's --

15  there were two problems.  There were problems with

16  what was stated -- there were problems with what we

17  owed the Postal Service versus what was in the DBA

18  part of the payroll, which would withdraw the

19  correct amount so that we hadn't withdrawn the

20  incorrect amounts from your paycheck in order to pay

21  the Postal Service when that quarterly bill came,

22  but there was also a problem with the quarterly bill

CHARLES ROYALL                                          JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                June 29, 2006

Page 64

1    not with the Postal Service but with us not paying

2    on time.  So there were two problems.  There was a

3    DBA problem, and then there was a timeliness

4    problem.

5         Q     All right.  Did you talk to either --

6    did you talk about either of those problems with

7    Mr. Royall?

8         A     The timeliness problem.

9         Q     And the timeliness problem was resolved

10   by whom?  I want to be clear about your testimony.

11   Who resolved the paying-on-time issue?

12        A     I don't know if it was Ron or if it was

13   Mr. Royall, because Ron had taken it upon himself to

14   do the other piece of it.  But normally the --

15        Q     The DBA part?

16        A     Yes.

17        Q     I'm sorry, I cut you off.

18        A     But normally the quarterly payment that

19   we owe the Postal Service goes to the accounting

20   manager, who then tells the finance department

21   accounts payable to cut the check to the Postal

22   Service.

CHARLES ROYALL                                              JANE BROENDEL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                  June 29, 2006

Page 65

1        Q      Were there any other specific

2   discussions with Mr. Royall about the Postal Service

3   benefit problem other than what we've talked about

4   so far?

5        A      Not that I recall.

6        Q      All right.

7        A      Not from me.

8        Q      From you.  From you, yes.

9        A      From me, no.

10       Q      About the COLA adjustments, what was

11  the -- what were the specific discussions you had

12  with Mr. Royall about COLA adjustments?

13       A      Just to be aware that the different

14  unions have a different contract date and,

15  therefore, a different COLA date where they get

16  their cost of living adjustments.

17       Q      All right.  That was it?

18       A      The discussion was held because some of

19  the unions -- I believe it was at that time the

20  engineer and maybe either the carpenter or the

21  painter -- was due a raise that they didn't get.

22  No, it wasn't the carpenter and painter.  It was

CHARLES ROYALL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS

JANE BROENDEL
June 29, 2006

Page 66

1    SEIU.

2           Q       So was it the engineer and SEIU or just

3    SEIU?

4           A       It was SEIU and I believe the Operating

5    Engineers.   There's two of them.

6           Q       There are two of them?

7           A       Yes.

8           Q       All right.   So you brought it to

9    Mr. Royall's attention, and he made the correction

10   that was needed?

11                  MR. HERMAN:   Objection.

12                  MR. GAGLIARDO:   I can lead her.

13                  THE WITNESS:   Excuse me?

14                  BY MR. GAGLIARDO:

15          Q       The problem was corrected, was it not?

16          A       The problem was corrected.

17          Q       The people got their raises?

18          A       Eventually they got their raises.

19          Q       Do you know how long it took to

20   happen?  Was it one payroll period?

21          A       They may have gotten the raise within

22   two or three payrolls, but then their retroactive