IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL, | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| v. | \|   Civil Action No. 1:05cv01711 (RBW) |
| | \| |
| NATIONAL ASSOCIATION OF | \| |
| LETTER CARRIERS, AFL-CIO, | \| |
| | \| |
| Defendant. | \| |

### ORDER

Defendant National Association of Letter Carriers, AFL-CIO, having moved for summary judgment and to dismiss this entire action against NALC, and the Court having concluded that, based upon the entire record in this matter, there is no genuine issue as to any material fact and that NALC is entitled to judgment as a matter of law, it is hereby

ORDERED that defendant NALC's motion is GRANTED and this entire action against NALC be and hereby is DISMISSED WITH PREJUDICE.

SO ORDERED

_____
Reggie B. Walton
United States District Judge

Dated: _____, 2006

00095519.DOC.1