IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL | \| |
| Plaintiff | \| |
| v. | \|   Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | \| |
| Defendant | \| |

**PLAINTIFF'S (UNOPPOSED0) MOTION FOR EXTENSION OF TIME
IN WHICH TO OPPOSE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Charles Royall, by and through counsel, hereby moves this Court for an extension of time in which to file his opposition to Defendant National Association of Letter Carriers's Motion for Summary Judgment. In support, of his motion he states as follows:

1. His opposition is currently due next Wednesday, October 18, 2006.

2. He has obtained opposing counsel's agreement to extend the time for filing his opposition until November 1, 2006.

3. He has agreed that opposing counsel may extend the time in which he may file a reply to and including November 15, 2006.

4. This extension of time is necessary for counsel to prepare a full and competent opposition. Additionally, this past weekend the undersigned experienced a death in the family, and is responsible for arrangements here and in New York City, which will cause his absence from the office for most of this week.

Respectfully Submitted,

_____
Thomas J. Gagliardo

Bar No. 192575
Attorney for Plaintiff
D.C. Bar No. 192575
8401 Colesville Road, Suite 315
Silver Spring, Maryland 20910-3312
301 589 1900 fax 301 589 1985

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was sent by first-class mail, postage prepaid, unless otherwise noted, this 30th day of November 2005 addressed to the following:

Peter Herman, Esq.
Cohen Weiss and Simon LLP
Attorneys for Defendant
33o West 42nd Street
New York, New York 10036

Victoria L. Bor. Esq.
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Attorneys for Defendants
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001

_____
Thomas J. Gagliardo