IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL | \| |
| Plaintiff | \| |
| v. | \| Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | \| |
| Defendant | \| |

**ORDER**

This matter having come before this Court on Plaintiff Charles Royall's unopposed motion for an extension of time in which to file his opposition to Defendant National Association of Letter Carriers's Motion for Summary Judgment, the premises considered, it is this _____ day of October 2006:

ORDERED that the time for Plaintiff to file his opposition to Defendant's Motion for Summary Judgment be and the same hereby is extended; and it is

FURTHER ORDERED that Plaintiff shall file his opposition, if any, on or before November 1, 2006; and it is

STILL FURTHER ORDERED that Defendant shall file a reply, if any, on or before the November 15, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE