IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES ROYALL** | \| |
| **Plaintiff** | \| |
| v. | \| Civil Action No. 1:05cv01711 (RBW) |
| **NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO** | \| |
| **Defendant** | \| |

**PLAINTIFF'S (UNOPPOSED) MOTION FOR EXTENSION OF TIME
IN WHICH TO OPPOSE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Charles Royall, by and through counsel, hereby moves this Court for an extension of time in which to file his opposition to Defendant National Association of Letter Carriers's Motion for Summary Judgment. In support, of his motion he states as follows:

1. His opposition is currently due next Wednesday, November 1, 2006.

2. He has obtained opposing counsel's agreement to extend the time for filing his opposition until Friday, November 10, 2006.

3. He has agreed that opposing counsel may extend the time in which he may file a reply to and including December 8, 2006.

4. This extension of time is necessary for counsel to prepare a full and competent opposition. Opposing counsel has advised that the agreed extension of the reply date is necessary to permit opposing counsel to prepare a full and a competent reply.

Respectfully Submitted,

_____
Thomas J. Gagliardo
Bar No. 192575

Attorney for Plaintiff
D.C. Bar No. 192575
8401 Colesville Road, Suite 315
Silver Spring, Maryland
301 589 1900 fax 301 589 1985

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was sent by first-class mail, postage prepaid, unless otherwise noted, this 31st day of October 2006 addressed to the following:

Peter Herman, Esq.
Cohen Weiss and Simon LLP
Attorneys for Defendant
33o West 42nd Street
New York, New York 10036

Victoria L. Bor. Esq.
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Attorneys for Defendants
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001

_____
Thomas J. Gagliardo