# EXHIBIT 1

1 very clear memory of how that occurred.

2 Mr. Stubblefield, Jane Broendel, the

3 secretary-treasurer, and myself interviewed

4 Mr. Royall and two other candidates. And then after

5 we had the initial interview with them, we had an

6 internal discussion.

7          I'll be candid about it.  Basically, I

8 made the decision, but I let Stubblefield decide

9 because I knew that he had to have somebody that he

10 was compatible with in order for us to get back,

11 because not only was there a lot of work to do, but

12 there was a backlog there.  There were things that

13 should have been done that weren't done, and so --

14     Q    That included taxes and tax returns?

15     A    Not that I'm aware of, not at that

16 point, but it certainly included stuff like savings

17 bonds.  People, you know, were having deductions

18 taken out of their savings bonds and they weren't

19 getting the bonds.  I recall that problem.  The

20 officers were having all kinds of issues with their

21 benefits.

22          I don't know how much detail you want,