# EXHIBIT 3

# MEMORANDUM

**TO:** Jane Broendel

**FROM:** Ron Stubblefield

**DATE:** June 19, 2002

**SUBJECT:** Status

---

**AUDIT:**
LM/AUDIT REQUEST TOOK UP PART OF MY DAY MONDAY. ALSO CONVENTION REPORT FOR COLCPE EXPENDITURES, WHICH IS NOW IN ALAN SEGAL'S COURT. STILL AWAITING AUDIT ADJUSTMENTS TO UPDATE OUR BOOKS AND THERE WILL BE ADDITIONAL AUDIT REQUESTS AFTER LM-4 REPORT IS COMPLETED. HAROLD ISIBEL INFORMS ME THAT WE HAVE OTHER LM REPORTS TO FILL IN AND HE HAS TAKEN THE LEAD ON THIS.

**HR:**

TOM YOUNG'S MEDICAL BILL IS PAID.

NANCY QUICK'S USPS INVOICE HAS BEEN GOING TO SUITE 510 (OUR BUILDING). ALSO SHERMAN WILLIAMS TO SUITE 706. BOTH HAVE BEEN CORRECTED. BRIAN HELLMAN'S INVOICE IS ALSO GOING TO SUITE 510, AS IT NOW SHOULD BE; HOWEVER, WHEN WE PAID THE PP 5 USPS INVOICE BRIAN 'S INVOICE WAS NOT PAID AS MBA HAD INSTRUCTED USPS TO SEND HIS INVOICE TO THEM PRIOR TO OUR KNOWLEDGE. WE WILL OWE SOME MONEY FOR BRIAN.

BUILDING LOCAL 82, BILL YOUNG HAS GIVEN THE GO AHEAD TO MAKE RETRO ADJUSTMENT.

OFFICER RETRO STILL PENDING, WILL NEED FRANK'S HELP

TEMP AGENCY CONTACTED FOR GEORGE GOULD, QUANNETTA LEWIS WILL REPORT ON JULY 8, 2002 TO PAULA PRINCE.


JD EDWARDS TRAINING AWAITING APPROVAL, I WOULD LIKE TO DISCUSS THIS WITH YOU IN LIGHT OF SUK'S UPCOMING VACATION (WEEK STARTING JULY 15, 2002) AND CHRIS (BACKUP) NO LONGER HERE.

NALC 95