# EXHIBIT 4

01-Apr-02
RAR
NALC Tax Notice Summary

NALC 74

### THE FOLLOWING ARE UNRELATED TO PAYROLL RETURN FILINGS -

| State/Tax Dept | Type of Notice | Reference Period | | Amt Due | Date of Notice | Comments |
|---|---|---|---|---|---|---|
| DC - Office of Tax & Rev | Corp Franchise Tax  D-20:penalty, interest | YE | 03/31/2001 | 1,940.29 | 10/15/2001 | check file if similar notice recvd and paid - if not, pay immediately |
| CA - Franchise Tax Bd | Earnings Withholding Tax Order:D P Hart | 1998, 2000 | | 1,294.87 | 02/04/2002 | review pr records for WH amts and payts |
| NY - Dept of Taxation & Finance | Child Support Enforcement Levy: H Knight | 10/04/2000 | | 14,507.81 | 03/06/2002 | review pr records for WH amts and payts |
| NY - Dept of Taxation & Finance | Tax Compliance Levy:T/G Tobin | 11/15/2001 | | 742.55 | 01/25/2002 | review pr records for WH amts and payts |
| CO - Dept of Labor & Employment | Uncashed unempl tax refund check | on or before | 08/14/2001 | 100.64 | 01/08/2002 | review bank rec info & respond |
| DC - Office of Tax & Revenue | Real Property Tax Bill | YE | 04/01/2002 | 4,495.68 | 03/11/2002 | make payment asap/bal due 6/1/2002 |
| CO - Dept of Labor & Employment | 20% tax credit eligibility for 2002 UI tax | year | 2002 | n/a | 02/26/2002 | Complete back of letter /mail asap |
| MA - Dept of Employment & Training | State of UI Account Bal/Contrib rate change | year | 2002 | n/a | 02/01/2002 | Record change in payroll data file for proper calculation of  Er UI tax on MA Ee wages |
| NY - Dept of Labor, UI Division | Unemployment Insur Tax Rate change | year | 2002 | n/a | 02/06/2002 | Record change in payroll data file for proper calculation of Er UI tax on NY Ee wages |
| IRS | Problem w/tax deposit (Form 941 tax) | Q4 | 12/31/2001 | n/a | 11/12/2001 | Review payment records and respond as to correct period to apply |
| CA - EDD | Benefit Audit | year | 2001 | n/a | 03/04/2001 | review file for previous filing of same report - Notice is over year old - should respond |

### THE FOLLOWING ARE DELINQUENT OR LATE PAYROLL FILING NOTICES -

| State/Tax Dept | Type of Notice | Reference Period | | Amt Due | Date of Notice | Comments |
|---|---|---|---|---|---|---|
| NY - Dept of Taxation & Finance | NYS-1 Return of Tax Withheld | 4 payroll periods | | n/a | 9/11-10/9/01 | Incomplete data on returns - respond to notices and mail asap |
| NY - Dept of Taxation & Finance | NYS-1 Return of Tax Withheld | 5 payroll periods | | n/a | 03/05/2002 | NO response required - notifying you that the 5 payts were filed late - due 3rd bus day after pay period |
| CA - EDD | DE2176 - Notice of Assessment | Q3 | 09/30/2001 | 109.51 | 02/21/2002 | Penalty & Interest assessed PAY Immediately |
| FL - Dept of Revenue | Final Notice of Assessment | Q3 | 09/30/2001 | 203.00 | 02/12/2002 | Penalty & Interest assessed PAY Immediately |
| IL - Dept of Revenue | 10Day Demand for non filed returns | mth | 09/30/2001 | ? | 01/12/2002 | review state tax file for report filing and respond immediately |
| MA - Dept of Revenue | Notice of Assessment | mth | 01/31/2002 | 31.90 | 03/12/2002 | Penalty & Interest assessed PAY Immediately |
| MN - Dept of Revenue | Tax Bill | mth | 12/31/2001 | 126.23 | 03/25/2002 | Penalty & Interest assessed PAY Immediately |
| MO - Dept of Revenue | Form 4619 Notice of Adjustment - wh tax | mth | 11/30/2001 | -1.71 | 02/14/2002 | Overpayment - should review payroll records a payment and respond |
| MO - Dept of Revenue | Form 4619 Notice of Adjustment - wh tax | mth | 01/31/2002 | -24.72 | 03/07/2002 | Overpayment - should review payroll records a payment and respond |
| MO - Dept of Revenue | Form 4619 Notice of Adjustment - wh tax | mth | 02/28/2002 | -19.98 | 03/21/2002 | Overpayment - should review payroll records a payment and respond |

| Agency | Description | Period | Amount | Date | Notes |
|---|---|---|---|---|---|
| MO - Dept of Labor & Indust Rel | FD#02-999 - two reports | Q4 | 12/31/2001 | ? | payment and respond 1/31 &2/28/02 review state tax file for report filing and respond |
| MO - Dept of Labor & Indust Rel | FD#02-999 | Q1 | 03/31/2001 | 200.00 | amt due $200 or 20% of tax due or paid not dated Late filing penalty assessed - pay immediately |
| NY - Dept of Labor - UI Div | Notice to Employers - Missing Reports | Q3 | 09/30/2001 | 1,550.00 | review records for payment 02/04/2002 Estimated assessment - review records and payments - and respond ASAP |
| OH - Dept of Job & Family Srvcs | Notice of Failure to File Reports | Q3 | 09/30/2001 | 36.84 | 03/12/2002 Penalty & Interest assessed PAY Immediately |
| OH - Dept of Job & Family Srvcs | Notice of Failure to File Reports | Q4 | 12/31/2001 | 0.00 | 03/19/2002 review state tax file for report filing and respond |
| OK - Tax Commission | Missing Tax Report | Q4 | 12/31/2001 | ? | 02/26/2002 review state tax file for report filing and respond even if zero tax due |
| OR - Dept of Revenue | Notice of Demand to File | Q3 | 09/30/2001 | ? | 02/11/2002 review state tax file for report filing and respond even if zero tax due |
| OR - Dept of Revenue (total of 3 notices from Oregon related to Q4 and Q3) | Notice of Demand to File | Q4 | 12/31/2001 | ? | 03/13/2002 review state tax file for report filing and respond even if zero tax due |
| PA - Dept of Revenue | Delinquent Return Notice - 2 notices recvd | Q3 | 09/30/2001 | ? | 01/11/2002 review state tax file for report filing and respond even if zero tax due |
| PA - Dept of Labor & Industry | Delinquent Statement - missing report | Q3 | 09/30/2001 | ? | 02/08/2002 review state tax file for report filing and respond even if zero tax due |
| RI - Division of Taxation | Withholding tax delinquencies | mth | 12/31/2001 | ? | 02/26/2002 review state tax file for report filing and respond even if zero tax due |
| WA - Employment Security Dept | Statement of Acct - delinquency - 2 notices | Q4 | 12/31/2001 | ? | 2/16 & 3/9/02 review state tax file for report filing and respond even if zero tax due |
| WA - Dept of Labor & Ind | Employer's Qtrly Report for Industrial Insur - Workmen's Comp | Q1 | 03/31/2002 | ? | This is a Current Period Filing - it is due on or before April 30, 2002 |

NALC 75