# EXHIBIT 5

CHARLES ROYALL                                              WILLIAM YOUNG
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                 June 29, 2006

Page 33

1   the 1099's at the end of the year, that was his
2   primary responsibility and that's the stuff we were
3   having all the problems with.
4        Q    Some of that was backlogged before he
5   got there, right?
6        A    I think that's accurate. Again, I
7   can't say that for sure, sir, but I want to be fair
8   here because I wouldn't be surprised if it was,
9   because we had no one in his position for a period
10  of time. So that would not shock me if when he came
11  in there there was a backlog.
12            But what I'm telling you is, even if
13  that's so, after he left, there were plenty more tax
14  problems that we had that directly fell while he was
15  there. You can't blame that on anyone else. It was
16  his responsibility, they didn't get paid, and we had
17  to pay the taxes and the penalties on them after we
18  terminated his employment.
19       Q    How do you know specifically that those
20  were taxes or penalties that accrued during his
21  time?
22       A    Because Carol Estabrook showed it to me