# EXHIBIT 6

# MEMORANDUM

TO:     Charles Royall

FROM: Ron Stubblefield

DATE: June 20, 2002

SUBJECT: Alan Apfelbaum payroll adjustment

cc:     Jane Broendel

---

Per the attached, please stop the following deductions and income for Alan Apfelbaum as he has retired from the USPS.

| DBA CODE | DESCRIPTION |
|---|---|
| 1009 | C/S ANN 2/0 |
| 1015 | C/S LIFE 2/0 |
| 1950 | DEPENDENT LIFE |
| 2001 | HEALTH FAMILY |
| 3010 | OPT-C LIFE |
| 3011 | OPT-B LIFE |
| 4006 | C/S ANN 2/0 |

*Completed 6/21/02 — Royall* (handwritten)

SEE ATTACHMENT.

ALSO, EXPECT A CHANGE IN STATE WITHHOLDING FROM VIRGINIA TO MARYLAND.

A RETRO ADJUSTMENT IS STILL NEEDED, I WILL WORK ON THIS .

*handwritten annotations:*
- "Do Retro on 9th chang via To Md"
- "6/2/05 Request for Geno Mullin for Alan"

**National Association of Letter Carriers of the United States of America**
100 INDIANA AVE., N.W., WASHINGTON, D.C.

APFELBAUM, ALAN    26697269

Route:
Advice No: 5272289
Deposit Date: 06/20/02
Period End: 06/14/02

### STATEMENT OF EARNINGS AND DEDUCTIONS

| PERIOD EARNINGS | HOURS | RATE | AMOUNT | DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 35.00 | 31.2093 | 1,092.32 | Gross | 1,092.32 | 27,177.22 |
| C/S ANN 2/0 | | | 58.36 | Federal Inco | 178.34 | 4,423.19 |
| C/S LIFE 2/0 | | | 5.35 | Federal FICA | 72.67 | 1,808.77 |
| TAX. LIFE INS | | | 16.15 | Medicare EE | 17.00 | 423.02 |
| Sick Avail. | | | 1.75 | Virginia Dep | 59.68 | 1,484.48 |
| Vacation Ava | | | 3.50 | UNITED WAY | 5.00 | 125.00 |
| | | | | DEPENDENTLIF | | 76.80 |
| | | | | HEALTHFAMILY | 21.69 | 648.65 |
| | | | | OPT-C Life | .73 | 18.25 |
| | | | | Opt B Life | 34.10 | 852.50 |
| | | | | C/S ANN 2/0 | 58.36 | 1,459.00 |
| | | | | * Taken/Avail | 38.50 | 44.00 |
| | | | | * Taken/Avail | 84.00 | 15.50 |
| | | Sick | 1,092.32 | | | |
| | | Vacation | 1,172.18 | * Deductions | 447.57 | * Net  644.75 |

\* Gross
\*\* Taxable

✓ press the green button beneath it. This should give you a green light in the row of lights above the buttons. *In the first column ('P') for each Group that has 'WRT'*

✓ Put a '3' ~~next to the job on the~~ 'Work with Payment Groups' screen that has 'WRT' in the 'Next Status' column. Enter the Date you are running the checks as the 'Payment G/L date' In the check number column, enter the second check in the sequence of checks that you loaded in the printer (i.e. if 183923 is showing in the printer, enter 183924). *Enter Two*

✓ When the screen shows the 'Next Status' as 'UPD', log off (..) OR start a second AS/400 Session and log into the computer as ACCTPRNT as the Login Name, and G110 as the password. *min. current screen*

✓ Enter '1' for Display Outque

✓ Place a '3' by every job that is listed before your print job and press enter. Your print job will have a file name that starts with an 'S' and will say APCHECKS under the Form Type. *→ Hold Other Jobs*

✓ Make sure that you have enough blank checks by looking at the number of pages in the job. This corresponds to the number of checks. If you do not have enough blank checks get another box of checks from Information Systems. Don't worry about the checks we are not using, we'll just void them.

✓ If you have enough checks, go to the next step.

(Press F5) to make sure that your job is at the top of the queue. *5 to see c/c it*

✓ F3 out of this screen.

✓ Enter '2' for Start Writer. Press F11 to erase the first message that comes up. Place an 'I' to respond to the second message 'Verify Alignment'. *enter*

✓ The printer should start printing at this time.

Make sure that the check number printed on the check by the printer matches the check number on the check itself. Make sure all amounts being printed are legible. Stand by to make sure the printer does not jam. If it does, you can press the unmarked button and the printer will stop. If this happens, enter '3' on your computer to cancel the writer, press F1 to exit this screen. This will take you back to Work with Payment Groups. If you had problems, put an '8' next to the payment group to reset it and start the process over again.

✓ If everything was fine after the printer stops printing, enter '3' to cancel the writer.

Press the unmarked button on the printer to take it offline and then press the new page button four times. This will allow you to tear off the checks behind the printer. Press Space Down to unload the checks from the printer.

Write down the last check number used, and the check(s) that need to be voided. Give the void check to Chris after properly defacing it. Return the unused checks to the secure area.

Take Option '3' to Cancel the Writer.

✓ Press F1 to exit, *Type in* ___1___
        *command*

(7) ✓ Return to screen G0413 (F3)        *work w/ payment group*
        *option 9   enter*

*3 write* ✓ Enter a '4' in the Next Status after you determine that the checks are O.K.
*ess. to*    (*column 1*)    → *Thu 1st 3*
*A*

✓ Option 14, Review the Open Batches. Enter 'A' in the second column to approve the batch. Make a note of the batch number, press F3.    (*See New Batch*)
        *38822*

✓ Option 15 Post, enter the batch #, Fld Exit, Enter.

*New differ functions*

_Contact_
Michelle
Riggins
410-265
6033
Ext 2289.

✓

Glenda
~~Pat~~ Lawson
410-265
6049
o New
Enrollment

```
SPECTERA, INC.
P.O. BOX 31850
BALTIMORE, MD 21207-1850
(410) 265-6033

                                                            INVOICE  133113

NAT'L ASSN. OF LETTER CARRIERS
100 INDIANA AVE, N.W.
WASHINGTON        DC 20001-0000
ATTENTION: VINCENT DISANDRO

ACCOUNT NUMBER -    03267

                                                JULY  01, 2002
=====================================================================
PROGRAM FOR THE MONTH OF JULY    2002
---------------------------------------------------------------------
02 OPTICAL CARE PROGRAM    ( NATION. ASSOC LETTER CARR - 000203267)
                            58 MEMBERS @ $    5.10 . . . $     295.80

                                                TOTAL  $        295.80
=====================================================================
```

PLEASE, MAKE CHECK PAYABLE TO:
S P E C T E R A, INC.
P.O. BOX 31850
BALTIMORE, MD 21207-1850

To fax eligibility changes
please use (410) 265-6049

VINCENT DISANDRO
NAT'L ASSN. OF LETTER CARRIERS
100 INDIANA AVE, N.W.
WASHINGTON, DC 20001-0000



NALC Finance Office RECEIVED JUN 28 2002

```
DATE:  7/01/2002                            S P E C T E R A,  I N C.                                PAGE   1
PGM : UOC713R6                                 ELIGIBILITY LISTING

SUB CODE: NALC - NATION. ASSOC LETTER CARR.  LOC.002         ACCOUNT NUMBER - 000203267

SOC-SEC#         LAST NAME        FIRST NAME      INT    COVERAGE

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      APFELBAUM        ALAN            J      E
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      BOWMAN           CHARLIE                F
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      BRANDES          PAULINA         D      F
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      BRUCE            DENNA                  E
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      CAINE            TANIKA                 F
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      CARRIERE         KATHLEEN               F
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      CHANEY           CYNTHIA         D      E
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      CIKOTAS          ROSEMARIE              F
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      CONLAN           DALE                   E
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      CZECHANSKI       STEVEN          T      F
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      DANIELS          JERRY           L      F
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      DECARCO          LINDA                  E
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      DELIO            JAMES                  F
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      DITCHEY          MICHELLE               F
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      DUNN             BARBARA                F
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      EDMONDS          MICHAEL                F
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      FULLER           SIBLEY                 E
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      GALINDO          JUAN            J      F
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      GALLAGER         DANIEL          T      1
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      GIORDANO         LINDA                  F
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      GOLDSTEIN        RALPH                  E
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      GOLTRY           ELIZABETH              F
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      GOULD            FEORGE          B      E
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      GREENLEE         MARY LEE               F
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      HABERMANN        KIM                    F
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      HANSON           BENJAMIN               F
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      HEREFORD         DOROTHY                F
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      HICOK            MICHAEL         W      F
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      HOOD             LINDA           J      F
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      HULT             STEVE                  F
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      JENKINS          WILLIAM         D      F
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      LICALZI          MARIA                  F
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      MAIN-RUSH        CANDACE                F
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      MCCORMALLY       SEAN                   F
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      MCLINICH         BOSKO                  E
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      MILLER           FLOYD           J      F
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      MOLINA           DALE                   F
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      MOORE            LINDA                  F
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      NEIDLINGER       SUK                    F
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      NICELY           WAYNE                  F
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      PORCH            ANNE            T      F
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      PRINCE           PAULA                  F
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      PROCTOR          KEITH           M      F
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      REARDON          GERALDIN               F
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      ROBERTSON        NEIL                   F
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      SAUBER           JAMES                  E
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      SAUNDERS         SCOTT           E      E
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      SEGAL            ALLEN           D      F
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      SWERDLOFF        LORRIANE               F
```

# SPECTERA

## VISION PLAN ENROLLMENT FORM: NATIONAL ASSOCIATION OF LETTER CARRIERS

**I. Choose Your Level of Coverage** (check one):

FOR INTERNAL USE ONLY:
- ☐ Employee Only (_____)
- ☑ Employee + 1 Dependent (_____)
- ☐ Employee + Family (_____)

**II. Effective Date** (must complete): 07 / 02 / 01
(Month) (Day) (Year)

**III. Employee Information** (please print clearly):

Your Name: STEWART  LINDA  P.    Your Payroll #: _____
(Last) (First) (Middle Initial)

D.O.B. 02 / 20 / 59    Soc. Sec. # 579 - 84 - 5815    ☐ Male ☑ Female

Address: 1210 PERRY ST. N.E.
(Street Address)
WASH.    D.C.    20017
(City) (State) (Zip)

Home Phone (202) 832-1474    Work Phone (202) 662-2492

**IV. List All Eligible Family Members Below** (if electing dependent coverage):

| | First Name | Last Name | Date of Birth | Full-Time Student? |
|---|---|---|---|---|
| Spouse | | | / / | not applicable |
| Child | AARON | TAPSCOTT | 12 / 02 / 92 | ☐ Yes ☐ No |
| Child | | | / / | ☐ Yes ☐ No |
| Child | | | / / | ☐ Yes ☐ No |
| Child | | | / / | ☐ Yes ☐ No |

Your Signature: [signed Linda P. Stewart]    Date 07 / 02 / 01

Spectera, Inc.
2811 Lord Baltimore Drive
Baltimore, Maryland 21244

vise.3T    5/99

# SPECTERA

**VISION PLAN ENROLLMENT FORM:** <u>NATIONAL ASSOCIATION OF LETTER CARRIERS</u>

## I. Choose Your Level of Coverage (check one):

FOR INTERNAL USE ONLY:
- ☐ Employee Only (_____)
- ☐ Employee + 1 Dependent (_____)
- ☒ Employee + Family (_____)

## II. Effective Date (must complete):

08 / 28 / 2001
(Month) (Day) (Year)

## III. Employee Information (please print clearly):

Your Name: Stubblefield  Ronald  L.  Your Payroll # _____
(Last) (First) (Middle Initial)

D.O.B. 11/16/48  Soc. Sec. # 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  ☒ Male ☐ Female

Address: 13420 TAMARACK Rd
(Street Address)
Silver Spring  Md.  20904
(City) (State) (Zip)

Home Phone (301) 384-7351  Work Phone (202) 662-2808

## IV. List All Eligible Family Members Below (if electing dependent coverage):

| | First Name | Last Name | Date of Birth | Full-Time Student? |
|---|---|---|---|---|
| Spouse | Debra | Stubblefield | 5/03/59 | not applicable |
| Child | Ronald E. | Stubblefield | 2/02/90 | ☒ Yes ☐ No |
| Child | Robert | Stubblefield | 3/26/92 | ☒ Yes ☐ No |
| Child | Lillian | Stubblefield | 12/28/94 | ☒ Yes ☐ No |
| Child | | | / / | ☐ Yes ☐ No |

Your Signature: Ronald L. Stubblefield  Date 8/28/01

Spectera, Inc.
2811 Lord Baltimore Drive
Baltimore, Maryland 21244

vise.3T                                                                 5/99

```
SPECTERA, INC.
EMPLOYEE BENEFIT SERVICES
-------------------------
2811 LORD BALTIMORE DRIVE
BALTIMORE, MARYLAND   21244-2644
1-800-638-3895
FAX (410)265-5013                                      7/12/2002


     RONALD STUBBLEFIELD
     13420 TAMA RACK RD
     SILVER SPRING          MD    20904

                                   PATIENT: RONALD
                               PLAN NUMBER: NALP
                                BIRTH DATE: 11/16/1948
```

Dear Participant:

We are unable to process your claim at this time for the reason(s) listed below:

- YOUR CONTRACT TERMINATED BEFORE THE DATE OF SERVICE



If you wish to appeal this determination, your appeal must be submitted in writing to Spectera, Inc., Claims Appeals, 2811 Lord Baltimore Drive, Baltimore, Maryland 21244 within sixty(60) days of the date of this letter.  If you appeal, you may review any pertinent documents and submit issues and comments in writing. Your claim will then be reconsidered and you will receive written notice of the determination within(60) days, or within one hundred twenty(120) days under special circumstances.  If your claim is again denied in whole or in part, you will receive a written explanation of the denial and the plan or contract provisions on which the denial is based.

                         Sincerely,


                         ANNA SOLOWESZYK