**EXHIBIT 7**

# NALC  HEALTH  BENEFIT  PLAN

Charles —
please provide
me with a
back-up sheet. I
want to see
who we are
paying on.
J Broendel

Rec'd.
6/6/02

# NALC  HEALTH  BENEFIT  PLAN

Revised  Per  Jane  Broendel  ✓

Prepared  By:  *Charles M. Royall*

Charles  M.  Royall

Date Prepared:  6/7/02

June  07,  2002

Approved  By:  _____

Date Approved:  _____

**#3771**
**WEEK  ENDING: JUNE 07, 2002**

|  |  |  |
|---|---:|---|
| 1.4104 | 8,103.36 | |
| 2.4104 | 640.92 | (a) |
| 8.4104 | 381.00 | |
| 4001.6104 | 162.84 | **Noble** |
| **TOTAL** | **$9,288.12** | |

NATIONAL ASSOCIATION OF LETTER CARRIERS

# HEALTH BENEFIT PLAN FOR EMPLOYEES AND STAFF

P.O. Box 678, Ashburn, Virginia 20146 • (703) 729-4677
Vincent R. Sombrotto, Administrator

## Registration Form

**Identification Number**

| 046 | 70 | 6043 |

☒ New Enrollment      ☐ Change in Enrollment      ☐ Update

1. Name  **Sega**  **Kimberlee**  **A**
          *Last*        *First*        *Middle Initial*

2. Address  **2967 Tilden St. NW   Washington DC 20008**
           *Number and Street*      *City*      *State*  *Zip Code*

3. Date of Birth  | Month **04** | Day **20** | Year **80** |     *Use Numbers*      4. Are you married?  Yes ☐  No. ☒     5. Sex: Male ☐  Female ☒

6. **Enrollment Code**  *(For Self Only enter 321, for Self and Family enter 322.)*

**Enrollment Code Number**

| 3 | 2 | 1 |

7. In space below, list all eligible family members: List your spouse first, then your unmarried children under 22, including legally adopted children, or children awaiting adoption, foster and stepchildren who live with you in a regular parent-child relationship. Include also any unmarried child over 22 who became disabled before age 22 and who, because of disability, is incapable of self-support. (Attach doctor's certification for a disabled child age 22 or over.)

| Names of Family Members | Relationship To Employee | Social Security Number | Sex | | Date of Birth | | |
|---|---|---|---|---|---|---|---|
| | | | Male | Female | Month | Day | Year |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

8. Other group medical coverage  ☐  ☐     If yes, is insurance issued through active employment?  YES ☐  NO ☐
   Type of plan: ☐ Managed care (HMO, POS, PPO, PSO)  ☐ Fee-for-service  ☐ Other _____
   Name of insured person _____  Relationship to patient _____
   Name of organization / employer through which obtained _____
   MEDICAL INSURANCE:     Name and address of other insurance company (where claims are sent) _____
   _____
   _____
   Effective date _____/_____/_____   Cancellation date _____/_____/_____
   Policy # _____   Self Only ☐  Family ☐

Employee's Signature  *Kimberlee A*              Date  **06|05|02**

☐ I elect NOT to enroll in the NALC Health Benefit Plan for Employees and Staff. *(See reverse side for details)*

Employee's Signature _____   Date _____

*To be completed by NALC Health Benefit Plan*

EFFECTIVE DATE _____                    Form 152  6/01  • ⬤ LOCAL 44-C

# NALC HEALTH BENEFIT PLAN
## STAFF HEALTH INSURANCE PREMIUMS
### PREMIUM RATES EFFECTIVE JANUARY 1, 2002

**CHECK ONE:**   ☒ NALC   ☐ NALC DC BLDG   ☐ MBA   ☐ NALCREST

**COVERAGE PERIOD:**   WEEK(S) ENDED *06/07/02*   MONTH OF *June, 2002*

| PREMIUM CALCULATION WORKSHEET | WEEKLY PREMIUM | | MONTHLY PREMIUM | |
|---|---|---|---|---|
| | 321-SELF ONLY | 322-SELF & FAMILY | 321-SELF ONLY | 322-SELF & FAMILY |
| TOTAL # COVERED — PRIOR PERIOD | *28* | *40* | | |
| ADD:   (1) LIST BELOW | | | | |
| DEDUCT:   (2) LIST BELOW | | | | |
| TOTAL # COVERED — THIS PERIOD | *28* | *40* | | |
| PREMIUM RATE PER EMPLOYEE | x $76.20 | x $162.84 | x $330.19 | x $705.63 |
| TOTALS | $ *2,133.60* | $ *6,513.60* | $ | $ |

**TOTAL PREMIUM ENCLOSED**   $ *8,647.20*   | $ |

### (1) ADD:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| *Kimberlee A. Sega* | *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* | *06/03/02* | |
| | | | |
| | | | |
| | | | |

### (2) DEDUCT:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*REASON CODES:**   
1   NEW HIRE   
2   CHANGED OPTIONS (EX: 321 TO 322)   
3   TERMINATION   
4   RETIRED   
5   OTHER (PLEASE DESCRIBE)

*WHITE COPY (ORIGINAL) — REMIT WITH PAYMENT*          *YELLOW COPY — RETAIN FOR YOUR RECORDS*

Form A-29  1/02   ● ⬡ 444-C

# NALC HEALTH BENEFIT PLAN
## STAFF HEALTH INSURANCE PREMIUMS
### PREMIUM RATES EFFECTIVE JANUARY 1, 2002

**CHECK ONE:**  ☐ NALC  ☒ NALC DC BLDG  ☐ MBA  ☐ NALCREST

**COVERAGE PERIOD:** WEEK(S) ENDED *06/07/02*   MONTH OF *June, 2002*

| PREMIUM CALCULATION WORKSHEET | WEEKLY PREMIUM | | MONTHLY PREMIUM | |
|---|---|---|---|---|
| | 321-SELF ONLY | 322-SELF & FAMILY | 321-SELF ONLY | 322-SELF & FAMILY |
| TOTAL # COVERED — PRIOR PERIOD | 2 | 3 | | |
| ADD: (1) LIST BELOW | | | | |
| DEDUCT: (2) LIST BELOW | | | | |
| TOTAL # COVERED — THIS PERIOD | 2 | 3 | | |
| PREMIUM RATE PER EMPLOYEE | x $76.20 | x $162.84 | x $330.19 | x $705.63 |
| TOTALS | $ 152.40 | $ 488.52 | $ | $ |

**TOTAL PREMIUM ENCLOSED**    $ 640.92       $

## (1) ADD:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## (2) DEDUCT:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*REASON CODES:**
- I   NEW HIRE
- 2   CHANGED OPTIONS (EX: 321 TO 322)
- 3   TERMINATION
- 4   RETIRED
- 5   OTHER (PLEASE DESCRIBE)

*WHITE COPY (ORIGINAL) — REMIT WITH PAYMENT*              *YELLOW COPY — RETAIN FOR YOUR RECORDS*

Form A-29 1/02    ● ⬤ 444-C

# NALC HEALTH BENEFIT PLAN

*# 2*

# NALC HEALTH BENEFIT PLAN

| | |
|---|---|
| Revised Per Jane Broendel | **#3771** |
| Prepared By: _Charles M. Royall_ | <u>**WEEK ENDING: JUNE 07, 2002**</u> |
| Charles M. Royall | |

|  |  |  |
|---|---|---|
| | 1.4104 | 8,103.36 |
| Date Prepared: 6/07/02 | 2.4104 | 640.92 (a) |
| June 07, 2002 | | |
| | 8.4104 | 381.00 |
| Approved By: | | |
| | 4001.6104 | 162.84   *Noble* |
| Date Approved: 6/10/02 | **TOTAL** | **$9,288.12** |

PAGE 2 OF 3

| NALC DC BUILDING EMPLOYEES | COVERAGE | PREMIUM RATE | TOTALS |
|---|---|---|---|
| 1. Bowman, Charlie | Self | $76.20 | $76.20 |
| 2. Milinic, Bosko | Self | $76.20 | $76.20 |
|  |  |  | $152.40 |
| 1. Galondo, Juan J. | Family | $162.84 |  |
| 2. Hicok, Michael W. | Family | $162.84 |  |
| 3. Jenkins, William | Family | $162.84 |  |
|  |  |  | $488.52 |

**TOTAL PREMIUM FOR BUILDING EMPLOYEES**                    (a)    **$640.92**

| NALC HEADQUARTERS EMPLOYEES | COVERAGE | PREMIUM RATE | PREMIUM RATE |
|---|---|---|---|
| 1. Bosson, Sherry | Family |  | $162.84 |
| 2. Bowman, Vickie | Self | $76.20 |  |
| 3. Boyette, Danielle J. | Family |  | $162.84 |
| 4. Brown, Kathleen F. | Family |  | $162.84 |
| 5. Bruce, Denna L. | Self | $76.20 |  |
| 6. Caine, Janice | Self | $76.20 |  |
| 7. Campbell, Jason R. | Self | $76.20 |  |
| 8. Carriere, Kathleen L. | Family |  | $162.84 |
| 9. Chaney, Cynthia D. | Self | $76.20 |  |
| 10. Cikotas, Rosemarie | Family |  | $162.84 |
| 11. Conlan, Dale A. | Self | $76.20 |  |
| 12. Czechanski, Steven T. | Family |  | $162.84 |
| 13. Daniels, Jerry | Family |  | $162.84 |
| 14. DeCarlo, Linda | Self | $76.20 |  |
| 15. Delio, James | Family |  | $162.84 |
| 16. Dunn, Barbara | Self | $76.20 |  |
| 17. Dunning, Shelia M. | Family |  | $162.84 |
| 18. Edmonds, Michael | Family |  | $162.84 |
| 19. Florini, Diane M. | Family |  | $162.84 |
| 20. Fuller, Sibley | Family |  | $162.84 |
| 21. Gallagher, Daniel J. | Family |  | $162.84 |
| 22. Goldstein, Ralph | Family |  | $162.84 |
| 23. Goltry, Elizabeth A. | Self | $76.20 |  |
| 24. Gould, George B. | Family |  | $162.84 |
| 25. Haberman, Kim Q. | Self | $76.20 |  |
| 26. Hanson Ben K. | Family |  | $162.84 |
| 27. Hereford, Dorothy D. | Family |  | $162.84 |
| 28. Hojlo, Frances N. | Self | $76.20 |  |
| 29. Johnston, Eric R. | Self | $76.20 |  |
| 30. Keigher, Elaine F. | Family |  | $162.84 |
| 31. Koci, Felice | Self | $76.20 |  |
| 32. Kotchmar, Richard | Self | $76.20 |  |
| 33. Lemelle, Iris M. | Self | $76.20 |  |
| 34. LiCalzi, Maria | Family |  | $162.84 |
| **Page 2** | **Totals** | **$1,143.00** | **$3,093.96** |

| NALC HEADQUARTERS EMPLOYEES | COVERAGE | PREMIUM RATE | PREMIUM RATE |
|---|---|---|---|
| 35. McCormally, Sean P. | Family | | $162.84 |
| 36. Medina, Carla | Family | | $162.84 |
| 37. Miller, Floyd | Family | | $162.84 |
| 38. Molina, Dale | Family | | $162.84 |
| 39. Moore, Linda | Self | $76.20 | |
| 40. Neldlinger, Suk J. | Family | | $162.84 |
| 41. Nicely, Wayne | Family | | $162.84 |
| 42. Noble, David W.        Terminated | Family | | $162.84 |
| 43. Penca, Trisha | Family | | $162.84 |
| 44. Pidcock, Jane | Family | | $162.84 |
| 45. Porch, Anne T. | Family | | $162.84 |
| 46. Prince, Paula | Family | | $162.84 |
| 47. Proctor, Keith | Self | $76.20 | |
| 48. Ramey, Bradley | Self | $76.20 | |
| 49. Reardon, Geraldine G. | Self | $76.20 | |
| 50. Royall, Charles M. | Self | $76.20 | |
| 51. Rush, Candace H. | Family | | $162.84 |
| 52. Sauber, James | Family | | $162.84 |
| 53. Segal, Allen D. | Self | $76.20 | |
| 54. Shea, Michael D. | Self | $76.20 | |
| 55. Spiess, Katherine Ann | Family | | $162.84 |
| 56. Stewart, Linda P. | Family | | $162.84 |
| 57. Stevens, Yvonne D. | Family | | $162.84 |
| 58. Stubblefield, Ronald L. | Family | | $162.84 |
| 59. Swerdloff, Lorraine P. | Family | | $162.84 |
| 60. Takach, Karen K. | Family | | $162.84 |
| 61. Tarbrake, christopher P. | Self | $76.20 | |
| 62. Terry, Jacqueline C. | Family | | $162.84 |
| 63. Tomlinson, Donald | Self | $76.20 | |
| 64. Von Bergen, Drew | Self | $76.20 | |
| 65. Waesco, Bonnie | Family | | $162.84 |
| 66. Williams, Dianne | Self | $76.20 | |
| 67. Wood, Brenda  J. | Self | $76.20 | |
| 68. Sega, Kimberlee A.        *Added at 06/07/02 | Self | $76.20 | |
| Page 2   Totals | | $990.60 | $3,419.64 |

| | Self | Family |
|---|---|---|
| **Grand Totals For Week Ending  06/07/02** | $2,286.00 | $7,002.12 |
| **Combined  Totals** | | $9,288.12 |

# NALC HEALTH BENEFIT PLAN
## STAFF HEALTH INSURANCE PREMIUMS
### PREMIUM RATES EFFECTIVE JANUARY 1, 2002

**CHECK ONE:**  ☐ NALC   ☒ NALC DC BLDG   ☐ MBA   ☐ NALCREST

**COVERAGE PERIOD:**  WEEK(S) ENDED  *06/07/02*   MONTH OF *June, 2002*

| PREMIUM CALCULATION WORKSHEET | WEEKLY PREMIUM | | MONTHLY PREMIUM | |
|---|---|---|---|---|
| | 321-SELF ONLY | 322-SELF & FAMILY | 321-SELF ONLY | 322-SELF & FAMILY |
| TOTAL # COVERED — PRIOR PERIOD | 2 | 3 | | |
| ADD:  (1) *LIST BELOW* | | | | |
| DEDUCT:  (2) *LIST BELOW* | | | | |
| TOTAL # COVERED — THIS PERIOD | 2 | 3 | | |
| PREMIUM RATE PER EMPLOYEE | x $76.20 | x $162.84 | x $330.19 | x $705.63 |
| TOTALS | $ 152.40 | $ 488.52 | $ | $ |

**TOTAL PREMIUM ENCLOSED**   $ 640.92    $

**(1)  ADD:**

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**(2)  DEDUCT:**

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*REASON CODES:**
1  NEW HIRE
2  CHANGED OPTIONS (EX: 321 TO 322)
3  TERMINATION
4  RETIRED
5  OTHER (PLEASE DESCRIBE)

*WHITE COPY (ORIGINAL) — REMIT WITH PAYMENT*          *YELLOW COPY — RETAIN FOR YOUR RECORDS*

Form A-29  1/02   ● 200▪ 444•C

# NALC HEALTH BENEFIT PLAN
## STAFF HEALTH INSURANCE PREMIUMS
### PREMIUM RATES EFFECTIVE JANUARY 1, 2002

**CHECK ONE:**   ☒ NALC   ☐ NALC DC BLDG   ☐ MBA   ☐ NALCREST

**COVERAGE PERIOD:**   WEEK(S) ENDED  *06/07/02*   MONTH OF *June, 2002*

| PREMIUM CALCULATION WORKSHEET | WEEKLY PREMIUM | | MONTHLY PREMIUM | |
|---|---|---|---|---|
| | 321-SELF ONLY | 322-SELF & FAMILY | 321-SELF ONLY | 322-SELF & FAMILY |
| TOTAL # COVERED — PRIOR PERIOD | 28 | 40 | | |
| ADD: (1) LIST BELOW | | | | |
| DEDUCT: (2) LIST BELOW | | | | |
| TOTAL # COVERED — THIS PERIOD | 28 | 40 | | |
| PREMIUM RATE PER EMPLOYEE | x $76.20 | x $162.84 | x $330.19 | x $705.63 |
| TOTALS | $ 2,133.60 | $ 6,513.60 | $ | $ |

**TOTAL PREMIUM ENCLOSED**   $ 8,647.20      $

### (1) ADD:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| Kimberlee A. Sega | 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 | 06/03/02 | 1 |
| | | | |
| | | | |
| | | | |

### (2) DEDUCT:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*REASON CODES:**
1. NEW HIRE
2. CHANGED OPTIONS (EX: 321 TO 322)
3. TERMINATION
4. RETIRED
5. OTHER (PLEASE DESCRIBE)

*WHITE COPY (ORIGINAL) — REMIT WITH PAYMENT*          *YELLOW COPY — RETAIN FOR YOUR RECORDS*

Form A-29 1/02   ● 230 444-C