# EXHIBIT 8

Case 1:05-cv-01711-RBW   Document 13-10   Filed 11/17/2006   Page 2 of 2

CHARLES ROYALL                                                    WILLIAM YOUNG
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                       June 29, 2006

Page 21

1  occasions after Royall was hired there were tax
2  penalties that had to be paid.
3      What I'm not sure of is if there were
4  occasions prior to when he was hired after Greg
5  Santiago left while Stubblefield was there but
6  before he got there, because there was a period when
7  Stubblefield was there by himself and I didn't -- I
8  don't know whether there were penalties or not. I
9  wouldn't be surprised if there was, to be honest
10 with you, because, again, he was trying to do two
11 jobs, but I am not sure.
12     Q   Is it possible that the penalties
13 accrued for unpaid taxes or unfiled forms during the
14 time when Mr. Royall was not employed by the union?
15     A   It's possible that they were there
16 before he got there, yes, but they continued after
17 he was there, and I know that was made clear to him
18 that that was his responsibility by Stubblefield to
19 take care of those taxes on a number of occasions.
20     Q   Do you personally have any documents
21 that would support that contention?
22     A   No.

Page 22

1      Q   Now, you also mentioned you had five or
2  ten --
3          MR. HERMAN: Wait. For the record, we
4  produced certain documents in discovery. When
5  you're saying does he personally, meaning him
6  personally?
7          MR. GAGLIARDO: Yes.
8          MR. HERMAN: We're not talking about
9  discovery?
10         MR. GAGLIARDO: That's correct. And I
11 acknowledge that documents were provided.
12         MR. HERMAN: Right.
13         MR. GAGLIARDO: Off the record.
14         (Discussion off the record.)
15         BY MR. GAGLIARDO:
16     Q   Let me ask you about these five to ten
17 meetings with Mr. Stubblefield that you referred
18 to.
19         The first question is the same. Do you
20 remember when they occurred?
21     A   During the time that he was hired,
22 which would be February to August.

Page 23

1      Q   Do you have notes or any --
2      A   No.
3      Q   Okay. Do you have any --
4      A   Listen, let me -- the answer is no.
5  Let me explain it to you. The only reason I got
6  involved in this at all is because there's penalties
7  here, and the union has got to pay the penalties.
8          So it got up to my attention that we
9  were paying these penalties because we weren't
10 keeping these taxes current, and I said, "We've got
11 to stop that. That's why we hired this guy."
12         And I went to Stubblefield and said,
13 "What's going on here?"
14         He said, "He's struggling with it."
15         And after he left -- let me tell you
16 this: After he left and we hired Carol Estabrook,
17 we had more penalties from taxes that were during
18 the period that Charles was there that weren't paid
19 that came in afterwards that we had to pay, and we
20 negotiated some of them down. We were able to do
21 that, to negotiate some relief on the penalty part
22 of it from the IRS for these -- for the failure to

Page 24

1  keep current with these taxes.
2      Q   These are payroll taxes?
3      A   That is correct.
4      Q   Nothing else? Just payroll taxes?
5      A   I'm not saying that, but the ones that
6  I saw were payroll taxes.
7      Q   All right. Were there any other
8  matters concerning Mr. Royall that Mr. Stubblefield
9  brought to your attention during these five or ten
10 meetings other than the tax situation?
11     A   No. Not to me, no.
12     Q   Okay. Was Mr. Broendel present at any
13 of those meetings?
14     A   No.
15     Q   These were one on one between you
16 and --
17     A   Most of them were on the phone. I told
18 him that I had to be informed anytime that we had to
19 pay penalties because this was wrong. We had a
20 finance department for years and we never paid a
21 penalty, all of our bills were paid on time, and we
22 never had these issues. And my whole thing was