# EXHIBIT 9

1    Q.    Did you work with him once a week?

2          MR. HERMAN:  Do not interrupt her testimony.

3          MR. GAGLIARDO:  I'm not interrupting.

4          MR. HERMAN:  You were interrupting.  Let me

5 just get this statement in.  It's not an objection.

6          MR. GAGLIARDO:  Go ahead, go ahead.

7          MR. HERMAN:  Just please let her finish her

8 answer before you ask another question.

9          BY MR. GAGLIARDO:

10   Q.    Sure.  You didn't work with him every day,

11 did you, Ms. Neidlinger?

12   A.    When you say every day, how many hours a

13 day?

14   Q.    I don't know.  You were there.  I wasn't.

15   A.    It was --

16   Q.    How much did you -- how long -- when did --

17 you said for two months you tried to teach him

18 payroll; is that correct?

19   A.    You know, I can't say every single day.

20   Q.    You don't remember.

21   A.    But I remember --

22         MR. HERMAN:  Tom, you're continuing to