# EXHIBIT 10

Page 13

1 it after Mr. Royall left NALC?

2    A.    No.

3    Q.    Okay.  While he was employed, what did you

4 talk to Mrs. Broendel about regarding Mr. Royall's

5 work performance?

6    A.    I thought he was very incompetent.

7    Q.    You thought he was very incompetent?

8    A.    Incompetent.

9    Q.    Uh-huh.

10    A.    Because he didn't have much knowledge of

11 what we were doing.

12    Q.    In what regard?

13    A.    For instance, he wants to learn my payroll,

14 and he took like over two months for me to teach him

15 my payroll, basic payroll.

16    Q.    Every -- did you work with him every day,

17 did you?

18    A.    Every day for a while when --

19    Q.    That's not true.  You worked with him once a

20 week, didn't you?

21         MR. HERMAN:  Don't interrupt, Tom.

22         BY MR. GAGLIARDO: