# EXHIBIT 11

1 way -- some way, and I even -- I remember and even
2 asking for the raise, ask her for the raise because --
3     Q.    What did she tell you when you asked for the
4 raise?
5     A.    She understands and -- well --
6     Q.    What did she say about the raise you asked
7 for?  Did you get it?  Did you get the raise?
8     A.    Yeah, I did get step raise, step raise.
9     Q.    All right.  What is -- how much money is
10 that?
11    A.    Not that much.  600 a year or something, a
12 year.
13    Q.    Okay.  So you asked for a step increase and
14 you got a step increase.
15    A.    Yes.
16    Q.    And that was in response to your going to
17 Mrs. Broendel saying that you had a difficult time?
18    A.    You know, raise wasn't the reason I actually
19 went to her.
20    Q.    Uh-huh.
21    A.    I tried to tell -- I was -- because it
22 wasn't easy for me that time.  I mean, when you have