**EXHIBIT 12**

1  whatever on the initials or something like that.

2      Q.    And that happened.  He gave you -- he did

3  initial or sign the papers he was required to initial

4  or sign.

5            MR. HERMAN:  Objection.

6            BY MR. GAGLIARDO:

7      Q.    You have to say -- you said yes, did you

8  not?  Mr. Royall initialled and signed what he was

9  required to initial and sign.

10     A.    Yeah, every time, yes.

11     Q.    Yes.  Now, did you learn anything from

12 Mr. Royall?

13     A.    Not really.

14     Q.    Did he ever help you?

15     A.    No.

16     Q.    Did he ever --

17     A.    He helped me when I was gone.  He wants to

18 learn payroll very much and -- and he did the payroll.

19 In that way, he did help me, yes.

20     Q.    All right.  So he got the payroll out while

21 you were gone, correct?

22     A.    Right.

```
 1     Q.    And he did so timely.  It got out on time.
 2     A.    Yes, I suppose so, yes.
 3     Q.    And it got out without any problems.  Isn't
 4 that also true?
 5     A.    There were -- I remember there did -- few
 6 corrections that I did have to make, something to fix
 7 in there, but yes.
 8     Q.    All right.  And there have been times when
 9 the payroll you've gotten out had to have corrections
10 and things had to be fixed after it got done also.
11 Isn't that true?
12     A.    Well, I'm only human.  I'm sure it happens
13 sometimes.
14     Q.    Right.
15     A.    Not that often.
16     Q.    Right.  Do you remember what had to be fixed
17 with the payroll that Mr. Royall did while you were
18 gone?
19     A.    No, I don't.
20     Q.    Minor things?  They were minor adjustments
21 that had to be made?
22     A.    To me, when payroll's concerned, everything
```