# EXHIBIT 13

## DBA code Changes

G07

2 EE Information

4 DBA Instructions

I Inquiry

Enter, Quick, Rtn, 4
Name

Enter Skip to Code: 1400

Enter C (To make Change)

Press, F4 and Rtn.

Make the Change at:

Pay Prd Cqle  N Y Y Y Y

(See Sample)

(20)

```
060181              . . . . . . . DBA Instructions . . . . . . .        Year . . 02
                                                            Cleared Items(Y/N) . _
Action Code. . . . C
Employee No. . . .  4087254   QUICK, NANCY I.
                              Union:              Job Type:         Step :

Skip To Code . . . 1400


O  Code T C Description Z    . . . Amount/Rate . . .     . . Dates . .    G
                            Level 1        Level 2      Start    Stop    V  Payee No
_  1400 D # MISC.DED.    _    67.5500                 _____  _____ _  _____
   Group Code . ___    Table Code . _____   Amt Due . _____
   Prior Limit. _____   Pay Prds-Calc Y Y Y Y Y   Periods. _____
   Union Code . _____   Job Type . _____   Step . . _____
   Limitations:         Explanation . _____
     Pay Period . . _____   Monthly . _____   Qtrly . _____
     Annual Lvl 1. _____   Annual 2. _____   Period % _____
```

Done    4 only

```
Opt:   9=Dlt  F4=Detail  F5=Acct Master  F10=DBA Review  F20=Next  F24=More
```

```
                    0 · *

            20·80÷
            20·81÷

            20·80÷
            20·81÷

 004
  20.805    33·22*
```

Sue, set-up
this deduction
for Pittman.
Thanks.
Charles
8/9/02

# GS PLAN
## REEMENT/PROMISSORY NOTE
TSP-21

greement/Promissory Note, including the information on the back, and sign
st complete this form and return it, with the supplemental documentation
and the Loan Payment Allotment Form, to:

**Loan Number:**
0215837-F

National Finance Center, Thrift Savings Plan Service Office
P.O. Box 61500, New Orleans, LA 70161-1500

**Date Prepared:**
06-11-02

the TSP Service Office does not receive your completed loan package within 45 days of the date shown
at the right, your loan application will be cancelled.

---

**I.
INFORMATION
ABOUT YOU**

Name: DANNY R PITTMAN
Date of Birth: 05/30/49
Social Security Number: _____-3438
Daytime Phone: (314) 872-0227
Purpose of Loan: GENERAL

Your check will be mailed to the following address:

226 E WHITTIER ST
KANSAS CITY, MO 64119-3128

---

**II.
TERMS OF
LOAN**

| ANNUAL PERCENTAGE RATE (The cost of your loan as a yearly interest rate) | FINANCE CHARGE (The amount of interest you will pay on your loan) | Amount Financed (The amount of your loan) | Total Amount of Payments (The amount you will have paid when you have made all scheduled payments) |
|---|---|---|---|
| 5.250 % | $ 245.01 | $ 3000.00 | $ 3245.01 |

| Frequency of Payments | Total Number of Payments | Repayment Period | Amount of Each Payment |
|---|---|---|---|
| 26 Per Year | 78 | 3 Years 0 Months | $ 41.61 |

The finance charge shown above is based on the loan terms also shown above. Your payroll office may round
the payment up to the nearest whole dollar amount. This may affect the finance charge and the number of
payments, but the annual percentage rate will remain as shown above.

---

**III.
LOAN
CANCELLATION**

If you do not want this loan, check the cancellation block, sign your name next to it, and return this
form to the TSP Service Office.
If you want a loan but are not satisfied with the above loan terms, check the cancellation block, sign
your name next to it, and return this form with a new Form TSP-20, Loan Application.

☐ Cancel my loan application.
_____   _____
Signature                      Date

If you want this loan, please complete the rest of the form.

---

**IV.
PROMISE
TO PAY**

Before signing this Promissory Note, read the additional terms, including the Borrower's Certification, on
the back of this form.
**Promise to Pay:** I understand that this is a Promissory Note. If this loan is issued, I promise to pay to the
Thrift Savings Plan the entire loan amount shown above, including interest on the unpaid balance, under
the terms and conditions described above and on the back of this document. I have read, understand, and
agree to these terms and conditions, including the Borrower's Certification. I am entitled to a copy of
this document, and I understand that the Federal Retirement Thrift Investment Board (or its authorized agent)
will send me a copy of it when my loan check is issued.

_Danny R Pittman_   6-18-02
Signature of Participant                      Date

---

**V.
SPOUSE'S
CONSENT**

To be completed
by Spouse of
FERS Employee

If you are covered by the Federal Employees' Retirement System (or statutorily equivalent system) and you
are married, your spouse must give consent before you may obtain a loan. If your spouse's whereabouts
are unknown to you (or if special circumstances make it impossible to obtain your spouse's signature),
please submit Form TSP-16, Exception to Spousal Requirements. (If you are covered by the Civil Service
Retirement System (or statutorily equivalent system), your spouse's consent is not required.)

**Spouse's Consent:** By signing below I give my consent to this loan from my spouse's Thrift Savings Plan
account.

_____   _____   _____
Typed or Printed Name of Participant's Spouse   Signature of Participant's Spouse   Date

---

**VI.
LOAN
DISPOSITION**

Official Use Only

☐ Approved   ☐ Disapproved

_____   _____   _____
Typed or Printed Name of TSP Official   TSP Official's Signature   Date

---

The address shown in Section I, above, is your
official TSP address. If it is different from the
address printed on the right, you must have your
agency submit your correct address to the
National Finance Center.

226 E WHITTIER ST
CLAYCOMO, MO 64119-3128