# EXHIBIT 14

CHARLES ROYALL                                               WILLIAM YOUNG
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                  June 29, 2006

Page 57

1  the time it got cleared up?
2      A   Oh, maybe -- I'm not sure. Maybe a
3  month.
4      Q   Okay.
5      A   See, what happens is, they send you a
6  letter telling you that you owe, and then they send
7  you a letter showing it's paid.
8      Q   Right.
9      A   I got the letter saying if it's not
10 paid you're gone, and then I got a letter showing it
11 was paid.
12     Q   Okay.
13     A   How that happened and when that
14 happened, I don't know. I can probably produce
15 those, though, because I have a file at home where I
16 keep all of that stuff.
17     Q   All right. I'm going to make a
18 supplemental request that will spell that out.
19         Any other complaints?
20     A   Yeah, there were lots, but I'm trying
21 to sit here and think. Just different stuff.
22 People would have things -- I think there were some

Page 58

1  problems with the AFL-CIO savings account. Some of
2  the employees have money that they put in the
3  AFL-CIO credit union, and I believe there were
4  issues with that.
5      Q   Do you remember any specific people who
6  complained?
7      A   No, I'm sorry, I don't.
8      Q   Okay.
9      A   I'm sorry, I don't.
10         Let me think what else. I told you
11 about the vendors and them not being paid timely.
12     Q   Let me ask you one question. Other
13 than the man that you knew whose name escapes me,
14 Mark Eagen, did any other vendors complain
15 directly?
16     A   Not to me.
17     Q   To anybody that you know of?
18     A   I don't know, man, because they
19 wouldn't come to me normally.
20     Q   I don't know is an okay answer as long
21 as it's honest.
22     A   Yeah, it is honest. I really don't

Page 59

1  know.
2      Q   I wasn't implying that it wasn't. I'm
3  just saying that I want to be clear. I'm asking you
4  what you remember. I mean, I understand there are a
5  lot of things that happen that I certainly don't
6  remember in my own life, so it's not like I'm trying
7  to trap you or trick you.
8      A   You know, I've got to tell you what I
9  know.
10     Q   Right.
11     A   I'm just saying that there were --
12 there were definitely other complaints.
13         Look, here is how I felt about this,
14 man: It seemed like every day I came to work, there
15 was another issue with somebody complaining about
16 lack of performance out of that finance department,
17 and I felt like I was -- I was having Broendel up to
18 my office, it seemed like, almost every day. It
19 probably wasn't, but that's what it seemed like.
20         It would be one thing right after
21 another after another, and I just kept saying the
22 same thing, and she was very sympathetic to this

Page 60

1  too, "We have to get this department back to the
2  point where we're not experiencing this on a daily
3  basis." It was driving everybody crazy.
4          We've got other things that we have to
5  do, as I'm sure you know, and I don't want to have
6  to focus -- I never had to before -- on that finance
7  department, and I don't now. Things are paid,
8  they're timely, we don't have these issues anymore.
9  It's the way it should be, and that's all I ever
10 wanted, man. It didn't matter to me who did it.
11 Just get it done.
12     Q   Okay. All right. Thank you. I
13 appreciate you taking the time. I know you have a
14 lot to do.
15     A   Are you all through?
16     Q   Your lawyer may want to ask you some
17 questions, but I don't know.
18     A   That's fine.
19         MR. HERMAN: I don't have any
20 questions.
21         MR. GAGLIARDO: Okay. Do you want to
22 explain to him about signing?

15 (Pages 57 to 60)

SLR REPORTING
(301) 340-0042