# EXHIBIT 15

**From:** Jane E. Broendel
**To:** Ronald STUBBLEFIELD
**Date:** 4/3/02 6:41PM
**Subject:** savings bonds

*great*

Jim Sauber called and was ecstatic. He received his savings bonds and they were backdated so that he won't lose time on accrual of interest. He went to see you but you were gone and I asked him to send an e-mail to you but in case he forgot, here it is.

*Charles*
*Ren*

*good Job*

**From:** Jim SAUBER
**To:** STUBBLEFIELD, Ronald
**Date:** 4/3/02 7:08PM
**Subject:** Thanks!

Dear Ron,

I just wanted you to know that I received my backlog of savings bonds from the Treasury this week and I appear to be caught up. I really appreciate that you were able to fix the problem. Since the bonds are back dated to the months I would have received them, I don't appear to have lost a penny in earnings. Thanks again.

Jim

**CC:**   Jane E. Broendel