# EXHIBIT 16 A - D

Accounts Payable Duties

Check Signatures

> Bills - go to Jane Broendel then to a second officer, Gary Mullins, Bill Young, or Myra Warren
>
> Arbitrators - go to Myra Warren then to another offficer.

Arbitration Codes

Regional code - 0101 to 1501        HQ, National level arbitration - use 3101.6701.code

| | |
|---|---|
| 6701.AD | Arbitrated & Denied |
| 6701.AM | Arbitrated & Modified |
| 6701.AO | Arbitrated & Other |
| 6701.AS | Arbitrated & Sustained |
| 6701.CM | Cancelled by Management |
| 6701.CO | Cancelled Other |
| 6701.CS | Cancelled Case Settled |
| 6701.CU | Cancelled by Union |
| 6701.CW | Cancelled Case Withdrawn |
| 6701.C4 | Cancelled Appealed to Step 4 (national level) |
| 6701.O | Other |

When mailing arbitration bills, send copy of invoice with check.
File in the end unit cabinet.

Building Codes

| | |
|---|---|
| 3802.6408 | Supply Items - Engineers & Carpenters |
| 3802.6805 | Professional Services |

Items Over $500

Fixed Assets - Need to be capitalized - use different codes, if not sure, ask Charles, it will save him time later in the month.

1.2033 - Computers at HQ, if below $500 - use 2901.6612 for computer supplies.
1.2033.001 - All Regional Computers, if below $500 - use 0101.6612...1501.6612

1.2031 - Furniture & Fixtures
1.2031.001 - All Regional Offices, Furniture & Fixtures

Sales Tax

Rate - 5.75%          Vendors like K&R & McMaster don't include sales tax.

Codes        1.4138 - Amount (28.75)
             4001.6426 - Positive Amount 28.75

1.4138 - Slush fund for Sales Tax (in a way) its accrued monthly.
4001.6426 - Sales Tax Code

        Examples - Publications, Subscriptions,
             Supplies - Building & Supply Department (usually)

From Main Screen: 06 - General Accounting
             03 - Reports & Inquires
             19 - Account Ledger Inquiry - Put in 1.4138 for specific month.

*DC Sales Tax Booklet kept in top drawer, Jane must sign and make copy for our files.

Stop Payments - First American Bank, ?
        Call Heath Barkley @ (615) 781-7020
        Fill out Stop Payment Form, kept in top drawer on left side
        You will need to get Bill Yates stamp for the signature (kept in safe)

Phone Bills - Are in log book on lotus, under g drive
        AT&T, Bell Atlantic, Pacific Bell, US West, etc.
        Examples: 0101.6614, 0201.6614....1501.6614
             Car Phone: 0101.6614.CAR....1501.6614.CAR

*Use return envelope whenever possible, especially Expanet, Bell Atlantic, SW Bell
        Washington Gas, Verizon and Pepco

Maintenance - Xerox, Pitney Bowes on lotus in log book, under g drive.
        Examples: 0101.6617 or 6412 for Pitney Bowes.
             0101.6612...1501.6612 for Xerox items.
        Exception w/ Xerox - 1.4180 - Xerox machines & equipment purchases.

*Xerox - send all remittance to Philadelphia address, they are processed at this location.

All Other Vendors - You need to Look Up In System.
                Some Vendors are on Lotus (under c drive)
                *Rents, 1st of month bills kept on WordPerfect.
                        AFL-CIO attached remittance sheet in top drawer.
                        Transportation Trades Dept, Union Service
                        Paul Curry, Beth Holloway, Holiday Inn (parking)

## CHECK PROCESSING STEPS

Check Preparation:
1.  Be sure that you have account numbers for checks being input in the J.D. Edwards system. When in doubt, please ask Eri or Greg for the correct account number. Checks are to be individually recorded in the system with few exceptions. The exceptions are checks which have already been batched by Cyndi. Mainly, batched checks will be Postal Record personal ad checks (which I have already shown you), and convention delegate checks. I have asked Cyndi to batch them for your convenience. When you are recording batched checks in the system, use the date written on them as the 'Receipt/Item Number' (to make it easier to cross-reference with Cyndi's record). Duplicate the same date in the 'Receipt Item Date' field in the JDE system.

Recording Checks on the Distribution Sheet:
1.  Record individual check or batch against the corresponding account number on the distribution sheet. If there is no corresponding account number on the sheet, create one on a blank line on the sheet.

2.  After all checks have been recorded on the sheet, total it up and write the total in the debit column on the sheet.

Recording in the JDE System:
1.  Record each check individually or as a batch in the system as stated above. I have already shown you how to record checks, but the steps below will tend to reiterate the procedure:

    a. After sign-on, take option 4 on the menu
    b. Select Option 3 (under 'Daily Operations')
    c. Then select option 4 (Receipts Entry Heads Up)
    Checks without an outstanding receivable:
        i. Enter all relevant check data in the various fields on top of the screen.
        ii. Enter 'G' in the 'TI' field and record the same check amount in the 'Amount Applied' field.
        iii. Press F4 to open up the fold area and record the general ledger account number in 'G/L Account' field.
        iv. Press Enter.
    Checks with an outstanding receivable:
        i. After typing an 'A' in the 'action code' field and the cursor has moved to the "Display Account' field, you press F9 to select the name of the account and enter '4' beside the account name. Press Enter and the account name will be displayed on the 'Receipts Entry (Heads Up) screen.
        ii. Press F13 to display the outstanding receivable.

   iii. Record all relevant check information on the top of the screen
      in the various fields.
   iv. Place an 'I' beside the amount in the 'TI' field and press Enter.
      **IT IS NOT NECESSARY TO OPEN THE FOLD AREA WHEN**
      **ENTERING CHECK WITH OUTSTANDING RECEIVABLE.**

After all the entries have been completed, compare the total of the entries with the total amount on
the distribution sheet for accuracy. Record the batch number on the top of your distribution sheet
for ease of reference.

<u>Correcting an Entry</u>

      After sign-on, select option 4 (Accounts Receivable) on the menu screen.
1. Select Option 14 (Receipts Journal Review)
2. Enter your account ID and press Enter to display all entries.
3. Put the number '1' beside the batch you wish to correct and press Enter.
4. Put the number '1' beside the itemized entry you wish to correct and press
   Enter to display the original entry screen (Receipts Entry Heads Up).
5. Put a 'C' in the 'Action Code' field and make your correction.
6. Press Enter.

<u>Preparing A Deposit Slip for Bank Deposit</u>
      There are two bank accounts - one for payroll account and the other for rent.
For all deposits, other than rent, use **BOOK 1** and use **BOOK 2** for rent deposits.
Rent deposits are from two sources - MBA, and Citizens Committee for Ernest Hollings.

**DO NOT MIX RENT CHECKS WITH OTHER DEPOSITS. USE SEPARATE**
**DISTRIBUTION SHEETS.**

1. Total all individual checks together and enter as one item on one line
   in the deposit book. All entries should be made in duplicate.
2. Tear off both copies and attach to checks with adding machine tape and
   leave in the safe for deposit pick-up after stamping the checks with the
   deposit stamp. WRITE THE ACCOUNT NUMBER FOR RENT
   (206715471) BEHIND RENT CHECKS. REMEMBER TO USE BOOK 2
   FOR RENT CHECKS ONLY. DO NOT STAMP RENT CHECKS WITH
   THE DEPOSIT STAMP.
3. When the duplicate of the deposit slip is brought from the bank, attach it to
   the distribution sheet and file.

**ALSO, DO NOT DEPOSIT HEALTH PLAN CHECKS ($36.00). I HAVE ASKED**
**CYNDI NOT TO GIVE THEM TO YOU.**

<u>Setting Up a Receivable</u>

For rent checks, I have already set up the receivables and prepared the relevant invoices for November and December. For all others, follow the same steps as I have already shown you previously.

*[handwritten annotations at top:]*

Charles   38818   40   39,539.11
Chas/Harlo 38820   1   173,547.37
Linda   38819   3   885.06
combine New   38822   44   213,971.54 Total

Check Printing Procedure

✓ Chris or Linda will tell you that they have a batch in the system.

✓ Screen G0411, Option 7 - Voucher Journal Review is where you approve the batches that are ready to be run

✓ Put a '*' in the USER ID space to see all of the batches that are in.

✓ Put a '1' in the first column to take a look at the batch if you want to.

✓ Print Detail (Screen)

✓ Put an 'A' in the second column to approve the batch and press Enter.

✓ F3   *[handwritten: make Note of Batch #(s)]*

*[handwritten: 427]* ✓ Screen G0411, Option 8 is the screen where you post the batches that you just approved.
*[handwritten: 920]* ✓ Enter the Batch Number of the batch that you wish to post, hit Fld Exit, and press Enter, *[handwritten: Repeat for each batch]*

✓ Type in 'WRKSBMJOB, *WRKSTN'. (or type 43) to go to the output queue to make sure that the batches posted correctly.   *[handwritten: X]*

✓ Place an '8' next to the jobs that you want to look at.  The most recently posted jobs will be at the bottom of the list.  The job will probably be called J0980000003.

✓ Then place a '5' next to the first and second line items that pop up on the screen.  *[handwritten: enter]* On the first line item got to the bottom of the page and make sure that it says 'Batch will post'.  On the second line item just take a look at what it generates for reasonableness   *[handwritten: B in control for portion]*

*[handwritten: ✗ F3 Twice (Exit)]*
✓ Screen G0413, Option 5 'Create Payment Groups' - Put a '1' next to the last available — *[handwritten: change data if necessary]* Dreamwriter - Version 0001 (if you are running General Fund Checks)  If you have COLCPE *[handwritten: +other]* checks to run, place a '1' next to the first Dreamwriter - Version Vince.  *[handwritten: enter, enter, enter]*

✓ Type 'WRKSBMJOB *WRKSTN' to look at the results of running this dreamwriter.  This file will be called 'J04570001' and will be at the bottom of the page.  Place an '8' next to this job and then a '5' to look at the results.  If everything looks reasonable exit out, and go to G0413,

*[handwritten: 0413]* ✓ Option 9 - Work with Payment Groups,   *[handwritten: enter F3 Twice]*
*[handwritten: Twice (Shift F8 & F7)]*

✓ Press Enter after you take Option 9.  This should bring up the payment group that was created in the previous step.

✓ BOOK LOG

✓ Put the checks in the printer at this point.  Turn the printer on and push the blue knob labeled ABCDEF forward, pull the blue knob underneath the first knob towards you.  Thread the checks up through the printer and position them on the tractor feed mechanism.  Pull the ABCDEF knob back towards you.  Roll the check up until you can just see the President's signature line, then click it back one line.  Press the button on the printer that does not have an overlay, and then

*[handwritten diagram of printer panel with button markings]*