**EXHIBIT 17**

## Annuity Trust Fund Branch Deductions
## For Pay Period PP #8, 2002

LOTUS    G:\SANTIAGO\WORK\ATF\ATF.WK4

| Branch Name | Basic Pay | ATF Contribution |
|---|---|---|
| 1 | $10,259.28 | $1,231.11 |
| 11 | $10,411.77 | $1,249.41 |
| 12 | $839.60 | $100.75 |
| 36 | $18,069.60 | $2,168.35 |
| 38 | $16,789.20 | $2,014.70 |
| 40 | $9,298.40 | $1,115.81 |
| 41 | $7,333.69 | $880.04 |
| 43 | $5,288.02 | $634.56 |
| 84 | $7,175.62 | $861.07 |
| 134 | $2,109.58 | $253.15 |
| 137 | $3,951.78 | $474.21 |
| 157 | $6,817.73 | $818.13 |
| 157 | | |
| 157 | | |
| X ? 411 | $1,899.00 | $227.88 |
| 562 | $1,007.52 | $120.90 |
| 1071 | $16,784.63 | $2,014.16 |
| 1100 | $24,468.83 | $2,936.26 |
| 4319 | $2,519.04 | $302.28 |
| 6000 | $18,534.34 | $2,224.12 |
| Total | $163,557.63 | $19,626.91 |

Prepared By: _____

Date: 04/29/02 _____

**NOTE:**    X ?, No Report Received From The Branch.

## NALC ANNUITY TRUST FUND
## BRANCH WAGE AND HOUR REPORT

Branch No. _____1_____     Branch Federal Tax I.D. No. _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_

Pay Period No. _8_     Pay Period Dates _3-23-02 / 4-5-02_

### OFFICERS AND EMPLOYEES PARTICIPATING IN ATF

| Name | Social Security No. | Hours Worked | Basic Pay | Accrued COLA (if any) | Gross Pay |
|------|--------------------|--------------|-----------|------------------------|-----------|
| 1. Sandra D. Laemmel | 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 | 80 | 1929.60 | | 1929.60 |
| 2. Ronald Stephen | 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 | 80 | 1834.58 | | 1834.58 |
| 3. Stephen W. Burt | 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 | 68 | 1538.24 | | 1538.24 |
| 4. Carl E. Blassingame Jr. | 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 | 57½ | 1274.14 | | 1274.14 |
| 5. Cornell Fears Sr | 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 | 64 | 1413.82 | | 1413.82 |
| 6. Michael J. Slavin | 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 | 37 | 855.08 | | 855.08 |
| 7. Kenneth W. Davidson | 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 | 64 | 1413.82 | | 1413.82 |
| 8. | | | | | |
| 9. | | | | | 10,259.28 |
| 10. | | | | | |

Signature _____ TREASURER     4-10-02
             Branch Secretary-Treasurer                    Date

# NALC ANNUITY TRUST FUND

## BRANCH WAGES AND HOURS REPORT

BRANCH NO.   11        BRANCH FEDERAL TAX I.D # 36-1034555

PAY PERIOD NO.   8        PAY PERIOD DATES 4/6/02-4/19/02

| NAME | SOCIAL SECURITY# | HOURS WORKED | BASIC PAY | ACCURED C O L A - | GROSS PAY |
|------|------------------|--------------|-----------|-------------------|-----------|
| JAMES E. WORSHAM | 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 | 80 | 2,615.53 | | 2,615.53 |
| DENNIS J. KRANICKI | 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 | 80 | 2,358.76 | | 2,358.76 |
| JIMMIE CANADA | 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 | 80 | 2,179.18 | | 2,179.18 |
| JOHN R. MCKINNEY | 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 | 80 | 2,179.18 | | 2,179.18 |
| CHRYSTAL HODGES | 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 | 80 | 1,079.12 | | 1,079.12 |

10 411.77

SIGNATURE _John R. McKinney_
BRANCH TREASURER

04/29/02

DATE

NALC ANNUITY TRUST FUND
BRANCH WAGE AND HOUR REPORT

Branch No. _____12_____

Branch Federal Tax I.D. No. __046112352__

Pay Period No. ____8____

Pay Period Dates __3/23/02 - 4/5/02__

OFFICERS AND EMPLOYEES PARTICIPATING IN ATF

| Name | Social Security No. | Hours Worked | Basic Pay | Accrued COLA (if any) | Gross Pay |
|---|---|---|---|---|---|
| 1. James Servideo | 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 | 40 | – | – | 839.60 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

Signature _____Joseph P. Servideo_____
Branch Secretary-Treasurer

__4/9/02__
Date

# NALC ANNUITY TRUST FUND
## BRANCH WAGE AND HOUR REPORT

Branch No. 36 - Branch Federal Tax I.D. # **13-0677912**
Pay Period No. 08/02   Pay Period Date  03/23/02 - 04/05/02

### OFFICERS AND EMPLOYEES PARTICIPATING IN ATF

| Name | Social Sec. No. | Hours Worked | Basic Pay Annual (If any) | Accrued COLA | Gross Pay |
|---|---|---|---|---|---|
| 1.  Frank M. Orapello | 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 | 80 | 66,206.40 | | 2,546.40 |
| 2.  Charles P. Heege | 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 | 80 | 65,395.20 | | 2,515.20 |
| 3.  John Springman | 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 | 80 | 62,587.20 | | 2,407.20 |
| 4.  Patrick J. McNally | 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 | 80 | 62,587.20 | | 2,407.20 |
| 5.  Ruben Santiago | 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 | 80 | 63,273.60 | | 2,433.60 |
| 6.  Dinaturma Taroc | 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 | 80 | 26,000.00 | | 1,000.00 |
| 7.  Tencia David | 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 | 80 | 35,360.00 | | 1,360.00 |
| 8.  Elaine Delan | 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 | 80 | 29,120.00 | | 1,120.00 |
| 9.  Matthew Dimmler | 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 | 40 | 13,520.00 | | 520.00 |
| 10. Albert Marino | 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 | 00 | 23,920.00 | | 000.00 |
| 11. Patrick Lucus | 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 | 80 | 24,960.00 | | 960.00 |
| 12. Jose Ramos | 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 | 80 | 20,800.00 | | 800.00 |

18,069.60

Signature: _____
Branch Financial Secretary

April 10, 2002
Date

BRANCH ATF CONTRIBUTIONS
For th Month of March, 2002
**Pay Period # 8**

g/rOYALLEWORKATF\BRANCH

| BRANCH | NAME | SOC SEC NUMBER | SALARY | BRANCH CONTRIBUTION |
|---|---|---|---|---|
| 1 | Laemmel, Sandra D | 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 | $1,929.60 | $231.55 |
| | Stephen, Ronald | 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 | $1,834.58 | $220.15 |
| | Burt, Stephen W | 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 | $1,538.24 | $184.59 |
| | Blassingame, Jr., Carl E | 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 | $1,274.14 | $152.90 |
| | Fears Sr., Cornell | 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 | $1,413.82 | $169.66 |
| | Slavin,, Michael J. | 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 | $855.08 | $102.61 |
| | Davidspm, Kenneth W. | 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 | $1,413.82 | $169.66 |
| | | | | $0.00 |
| | subtotal | | $10,259.28 | $1,231.12 |
| 11 | Worsham, James | 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 | $2,615.53 | $313.86 |
| | Kranicki, Dennis | 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 | $2,358.76 | $283.05 |
| | Canada, Jimmie | 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 | $2,179.18 | $261.50 |
| | McKinney, John | 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 | $2,179.18 | $261.50 |
| | Hodges, Crystal | 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 | $1,079.12 | $129.49 |
| | | | | $0.00 |
| | subtotal | | $10,411.77 | $1,249.40 |
| 12 | Servideo, James | 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 | $839.60 | $100.75 |
| 36 | Orapello, Frank | 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 | $2,546.40 | $305.57 |
| | Heege, Charles | 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 | $2,515.20 | $301.82 |
| | Springman, John | 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 | $2,407.20 | $288.86 |
| | McNally, Patrick | 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 | $2,407.20 | $288.86 |
| | Santiago, Ruben | 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 | $2,433.60 | $292.03 |
| | Clark, Willie | 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 | $0.00 | $0.00 |
| | Taroc, Dinaturma | 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 | $1,000.00 | $120.00 |

| | Name | SSN | Amount | Amount |
|---|---|---|---|---|
| | Tencia, David | 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 | $1,360.00 | $163.20 |
| | Delan, Elaine | 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 | $1,120.00 | $134.40 |
| | Dimmler, Matthew | 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 | $520.00 | $62.40 |
| | Marino, Albert | 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 | $0.00 | $0.00 |
| | Lucas, Patrick | 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 | $960.00 | $115.20 |
| | Ramos, Jose | 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 | $800.00 | $96.00 |
| | | | | $0.00 |
| | subtotal | | $18,069.60 | $2,168.34 |
| 38 | Didriksen, Bruce | 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 | $1,978.40 | $237.41 |
| | Borgognoni, Robert | 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 | $1,953.60 | $234.43 |
| | Maglio, Peter | 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 | $1,931.20 | $231.74 |
| | Stasse, James | 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 | $1,931.20 | $231.74 |
| | Quinn, Dennis | 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 | $1,931.20 | $231.74 |
| | Keegan, Paul | 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 | $1,931.20 | $231.74 |
| | Biggs, Paul | 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 | $1,931.20 | $231.74 |
| | O'Neill, Michael | 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 | $1,931.20 | $231.74 |
| | Silvestri, Ralph | 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 | $820.00 | $98.40 |
| | Massa, Anthony | 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 | $450.00 | $54.00 |
| | | | | $0.00 |
| | subtotal | | $16,789.20 | $2,014.68 |
| 40 | Barnes, William | 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 | $1,864.00 | $223.68 |
| | Diamond, Patricia | 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 | $1,190.40 | $142.85 |
| | Hopkins, James | 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 | $1,864.00 | $223.68 |
| | Perk, Dennis A | 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 | $2,087.20 | $250.46 |
| | Rupp, Daniel T | 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 | $2,292.80 | $275.14 |
| | | | | $0.00 |
| | subtotal | | $9,298.40 | $1,115.81 |
| 41 | Mangano, Angelo | 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 | $2,694.00 | $323.28 |
| | DeRossi, Joseph | 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 | $2,694.00 | $323.28 |
| | Witkowski, Stephen | 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 | $1,945.69 | $233.48 |
| | | | | $0.00 |
| | subtotal | | $7,333.69 | $880.04 |
| 43 | Gabbard, Gary | 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 | $2,223.38 | $266.81 |

|  | Name | SSN |  |  |
|---|---|---|---|---|
|  | Gabbard, Lynne | 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 | $965.60 | $115.87 |
|  | Giesting, Jerry | 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 | $2,099.04 | $251.88 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $5,288.02 | $634.56 |
| 84 | Race, John | 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 | $2,179.29 | $261.51 |
|  | McDowell, John | 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 | $1,930.87 | $231.70 |
|  | Wenzel, David | 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 | $1,889.46 | $226.74 |
|  | Mancuso, Monica | 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 | $1,176.00 | $141.12 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $7,175.62 | $861.07 |
| 134 | Lostumbo, James M | 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 | $2,109.58 | $253.15 |
| 137 | Pacile, Dominic | 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 | $2,767.28 | $332.07 |
|  | Shay, William W | 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 | $1,184.50 | $142.14 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $3,951.78 | $474.21 |
| 157 | McKenna, Philip | 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 | $0.00 | $0.00 |
|  | Dodaro, Denise | 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 | $1,160.39 | $139.25 |
|  | Geoghegan, John | 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 | $2,049.76 | $245.97 |
|  | McGarvey, James | 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 | $1,803.79 | $216.45 |
|  |  |  |  | $0.00 |
|  | McKinney, William | 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 | $1,803.79 | $216.45 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $6,817.73 | $818.12 |
| 411 | Ryan, Jerry | 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 | $1,899.00 | $227.88 |
| 562 | Weiner, Andrew | 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 | $1,007.52 | $120.90 |
| 1071 | Burroughs, William | 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 | $2,464.18 | $295.70 |
|  | Gill, Michael | 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 | $2,442.73 | $293.13 |
|  | Bostic, Timothy | 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 | $2,393.33 | $287.20 |

| Group | Name | SSN | Amount 1 | Amount 2 |
|---|---|---|---|---|
| | Luyanda, Santos | 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 | $2,442.73 | $293.13 |
| | Miale, Laurie | 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 | $2,442.73 | $293.13 |
| | Travers, Mark | 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 | $2,393.33 | $287.20 |
| | Roman, Denise | 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 | $1,231.20 | $147.74 |
| | Lopez, Marley | 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 | $974.40 | $116.93 |
| | | | | $0.00 |
| | subtotal | | $16,784.63 | $2,014.16 |
| 1100 | Baiz, Kirk | 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 | $2,138.74 | $256.65 |
| | De la O, David | 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 | $2,138.74 | $256.65 |
| | Heintz, William | 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 | $2,138.74 | $256.65 |
| | Henry, James | 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 | $2,138.74 | $256.65 |
| | Jackson, Chris | 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 | $2,138.74 | $256.65 |
| | Jackson, John | 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 | $2,148.36 | $257.80 |
| | Lippincott, Bonnie | 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 | $2,148.36 | $257.80 |
| | McMillian, Kevin | 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 | $2,138.74 | $256.65 |
| | Miller, Charles | 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 | $2,213.74 | $265.65 |
| | Rubly, Lathy | 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 | $819.60 | $98.35 |
| | Stickler, Barbara | 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 | $2,138.74 | $256.65 |
| | Wellen, John W | 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 | $2,167.59 | $260.11 |
| | | | | $0.00 |
| | subtotal | | $24,468.83 | $2,936.26 |
| 4319 | McQuigg, Donald | 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 | $2,519.04 | $302.28 |
| 6000 | Prestana, Dominic A | 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 | $2,579.67 | $309.56 |
| | Barton, Walter | 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 | $2,443.43 | $293.21 |
| | Keyes, Tom | 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 | $2,443.43 | $293.21 |
| | Carter, Larry | 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 | $2,443.43 | $293.21 |
| | Hubert, Rick | 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 | $2,443.43 | $293.21 |
| | Diamond, Dave | 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 | $2,443.43 | $293.21 |
| | D'Avamzo, Nick | 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 | $1,868.76 | $224.25 |
| | McLehose, Richard | 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 | $1,868.76 | $224.25 |
| | | | | $0.00 |
| | subtotal | | $18,534.34 | $2,224.11 |

**GRAND TOTAL**          $163,557.63        $19,626.84

Trace #

Date: 05/15/02          **$19,626.91**

Prepared By: _____    Date: _____

Approved By: _____    Date: _____