# EXHIBIT 18

# NALC ANNUITY TRUST FUND
## BRANCH WAGE AND HOUR REPORT

| BRANCH NUMBER | | BRANCH SECRETARY - TREASURER |
|---|---|---|
| 1 | ✓ | MICHAEL J. SLAVIN |
| 11 |  | JOHN R. McKINNEY |
| 12 | ✓ | JAMES SERVIDEE |
| 36 | ✓ | PATRICK J. McNALLY |
| 38 | ✓ | GEORGE PRETTO |
| 40 | ✓ | WILLIAM J. HUFF |
| 41 |  | STEVE WITKOWSKI |
| 43 | ✓ | JAMES METZ |
| 84 | ✓ | JOYCE M. ROCK |
| 134 | ✓ | BRUCE C. BAILEY |
| 137 |  | WILLIAM W. SHAY |
| 157 | ✓ | JAMES McGARVEY |
| 411 | ? | THOMAS POOLE |
| 562 | ✓ | SUSAN LEE |
| 1071 |  | LUYANDA SANTOS |
| 1100 |  | BARBARA STICKLER |
| 4319 | ✓ | CHARLES R. ARMSTRONG |
| 6000 | ✓ | RICK HUBERT |

*Royall*
06/28/02

June 27, 2002

FIELD(name/title)
National Association of
 Letter Carriers FIELD(Branch No.)
FIELD(Add)

Dear FIELD(Sal):

It has come to my attention that a number of branches participating in the Annuity Trust Fund are not submitting their NALC Annuity Trust Fund Branch Wage and Hour Report in a timely manner. Therefore, I am sending out a "reminder" letter that the above-mentioned report must reach the Finance Department no later than the Thursday after the end of the pay week which you are submitting.

Due to the importance of timeliness in this matter, I would advise that the reports be faxed to NALC headquarters with a cover sheet to the attention of Charles Royall, Accounting Manager. Our fax number is (202) 737-1540. Please do not hesitate to call my office should you have any questions on this matter. The Finance Department is interested in serving you in the best way possible.

Yours in Unionism,

Jane E. Broendel
Secretary-Treasurer

cc: Charley Royall