# EXHIBIT 20 A - E

**From:**    Jane E. Broendel
**To:**       Ronald STUBBLEFIELD
**Date:**    4/3/02 6:41PM
**Subject:**  savings bonds

*great*

Jim Sauber called and was ecstatic. He received his savings bonds and they were backdated so that he won't lose time on accrual of interest. He went to see you but you were gone and I asked him to send an e-mail to you but in case he forgot, here it is.

*Charles*
*Ren*

*Good Job*

@ p. 1 of 2

**From:**      Jim SAUBER
**To:**        STUBBLEFIELD, Ronald
**Date:**      4/3/02 7:08PM
**Subject:**   Thanks!

Dear Ron,

I just wanted you to know that I received my backlog of savings bonds from the Treasury this week and I appear to be caught up.  I really appreciate that you were able to fix the problem.  Since the bonds are back dated to the months I would have received them, I don't appear to have lost a penny in earnings.  Thanks again.

Jim


**CC:**        Jane E. Broendel

@ P. 2 of 2

**U.S. SAVINGS BONDS** – *EE*
February, 2002                          G/Santigo/work/Bonds

| NAME | SOC SEC # | FORWARD From Jan. | DEDUCTIONS in February | TOTAL | COST OF BONDS | QUANTITY OF BONDS | DENOM CODE | FORWARD to March |
|------|-----------|-------------------|------------------------|-------|---------------|-------------------|------------|------------------|
| LUCINI | ___-__-6065 | $25.00 | $50.00 | $75.00 | $50.00 | 1 | 4 | $25.00 |
| BLEDSOE | ___-__-8053 | $25.00 | $100.00 | $125.00 | $100.00 | 2 | 4 | $25.00 |
| CROGGON | ___-__-3575 | $0.00 | $100.00 | $100.00 | $100.00 | 1 | 5 | $0.00 |
| BEDOR | ___-__-8880 | $0.00 | $200.00 | $200.00 | $200.00 | 2 | 5 | $0.00 |
|  |  |  | $450.00 |  | $450.00 |  |  |  |
|  |  |  | ============ |  | ========= |  |  |  |

Prepared  By: _~~Moyall~~_                    Approved  By: _~~JBrendel~~_

Date: 04/9/02                                Date: 4-11-02

#76161

*HQ*    1.4110 -    850.00

*Bldg.*  2.4110 -    100.00

b p. 1 of 8

**U.S. SAVINGS BONDS - I BONDS**
February, 2002

G/Santigo/work/Bonds 1

| NAME | SOC SEC # | FORWARD From Jan. | DEDUCTIONS in February | TOTAL | COST OF BONDS | QUANTITY OF BONDS | DENOM CODE | FORWARD to March |
|------|-----------|-------------------|------------------------|-------|---------------|-------------------|------------|------------------|
| MCCORMALLY | 4743 | $50.00 | $100.00 | $150.00 | $100.00 | 1 | 4 | $50.00 |
| SAUBER | 4669 | $90.00 | $140.00 | $230.00 | $200.00 | 2 | 4 | $30.00 |
| NEIDLINGER | 9357 | $50.00 | $200.00 | $250.00 | $200.00 | 2 | 4 | $50.00 |
| | | | $440.00 | | $500.00 | | | |
| | | | ============ | | ========= | | | |

Prepared By: _____

Date: 04/9/02 _____

Approved By: _____

Date: 4-11/02 _____

2

# U.S. SAVINGS BONDS - EE BONDS
APRIL, 2002                G/Santigo/work/Bonds

| NAME | SOC SEC # | FORWARD From Mar | DEDUCTIONS in April | TOTAL | COST OF BONDS | QUANTITY OF BONDS | DENOM CODE | FORWARD to May |
|------|-----------|------------------|---------------------|-------|---------------|-------------------|------------|----------------|
| LUCINI | 6065 | $25.00 | $50.00 | $75.00 | $50.00 | 1 | 4 | $25.00 |
| BLEDSOE | 8053 | $25.00 | $100.00 | $125.00 | $100.00 | 2 | 4 | $25.00 |
| CROGGON | 3575 | $0.00 | $200.00 | $200.00 | $100.00 | 1 | 5 | $100.00 |
| BEDOR | 8880 | $0.00 | $200.00 | $200.00 | $200.00 | 2 | 5 | $0.00 |
| | | | $550.00 ============ | | $450.00 ========= | 6 | | |

April 10, 2002

Total Purchase Price $ 500.00



Nat'l Assoc of Letter Carriers
SAVINGS BONDS

Page -
Date - 4/

Nat'l Assoc of Letter Carriers
SAVINGS BONDS

Page -
Date - 4/

| Employee # DBA | Employee Name DBA Description | T T | Work Date | Pay Per Date | Table | DBA Basis | M | DBA Rate | DBA Amount | Union | Job | Step |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NEIDLINGER, SUK | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | | | | | | Total Employee - | | | 200.00 | | | |
| | SAUBER, JAMES W. | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| | | | | | | Total Employee - | | | 140.00 | | | |
| | CROGGON, OWEN | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | | | | | | Total Employee - | | | 100.00 | | | |
| | BEDOR JOSEPH | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| 1200 | SAVINGS BOND | D | 03/01/02 | 03/01/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | | | | | | Total Employee - | | | 200.00 | | | |
| | BLEDSOE, ROGER | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 03/01/02 | 03/01/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | | | | | | Total Employee - | | | 100.00 | | | |
| | MCCORMALLY, SEAN P. | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | | | | | | Total Employee - | | | 100.00 | | | |

3

**U.S. SAVINGS BONDS - I BONDS**
APRIL,2002

G/Santigo/work/Bonds 1

| NAME | SOC SEC # | FORWARD From Mar. | DEDUCTIONS in April | TOTAL | COST OF BONDS | QUANTITY OF BONDS | DENOM CODE | FORWARD to May |
|---|---|---|---|---|---|---|---|---|
| MCCORMALLY | ████-4743 | $50.00 | $100.00 | $150.00 | $100.00 | 1 | 4 | $50.00 |
| SAUBER | ████-4669 | $90.00 | $140.00 | $230.00 | $200.00 | 2 | 4 | $30.00 |
| NEIDLINGER | ████-9357 | $50.00 | $200.00 | $250.00 | $200.00 | 2 | 4 | $50.00 |
|  |  |  | $440.00 |  | $500.00 | 5 |  |  |
|  |  |  | ============ |  | ========= | ✓ |  |  |

Prepared By: *Royall*

Approved By: _____

Date: *20 May 2002*

Date: _____

Notes: Sold at Face $50, Code 2
$100, Code 4
$200, Code 5

2

| Employee # DBA | Employee Name DBA Description | T T | Work Date | Pay Per Date | Table | DBA Basis | M | DBA Rate | DBA Amount | Union | Jo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NEIDLINGER, SUE | | | | | | | | | | |
| 1200 | SAVINGS BOND | | 03/29/02 | 03/29/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/05/02 | 04/05/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | D | 04/12/02 | 04/12/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/19/02 | 04/19/02 | | 50.00 | $ | 50.0000 | 50.00 | | |

*(2)* *$100*

Total Employee – 200.00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | SAUBER, JAMES W. | | | | | | | | | | |
| 1200 | SAVINGS BOND | | 03/29/02 | 03/29/02 | | 35.00 | $ | 35.0000 | 35.00 | | |
| 1200 | SAVINGS BOND | | 04/05/02 | 04/05/02 | | 35.00 | $ | 35.0000 | 35.00 | | |
| 1200 | SAVINGS BOND | | 04/12/02 | 04/12/02 | | 35.00 | $ | 35.0000 | 35.00 | | |
| 1200 | SAVINGS BOND | | 04/19/02 | 04/19/02 | | 35.00 | $ | 35.0000 | 35.00 | | |

*(2)* *$100*

Total Employee – 140.00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | CROGGON, OWEN | | | | | | | | | | |
| 1200 | SAVINGS BOND | | 03/29/02 | 03/29/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/05/02 | 04/05/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/12/02 | 04/12/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/19/02 | 04/19/02 | | 50.00 | $ | 50.0000 | 50.00 | | |

*(1)* *$200*

Total Employee – 200.00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | BEDOR JOSEPH | | | | | | | | | | |
| 1200 | SAVINGS BOND | | 04/05/02 | 04/05/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/12/02 | 04/12/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/19/02 | 04/19/02 | | 50.00 | $ | 50.0000 | 50.00 | | |
| 1200 | SAVINGS BOND | | 04/26/02 | 04/26/02 | | 50.00 | $ | 50.0000 | 50.00 | | |

*(2)* *$200*

Total Employee – 200.00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | BLEDSOE, ROGER | | | | | | | | | | |
| 1200 | SAVINGS BOND | | 04/05/02 | 04/05/02 | | 25.00 | $ | 25.0000 | 25.00 | | |
| 1200 | SAVINGS BOND | | 04/12/02 | 04/12/02 | | 25.00 | $ | 25.0000 | 25.00 | | |
| 1200 | SAVINGS BOND | | 04/19/02 | 04/19/02 | | 25.00 | $ | 25.0000 | 25.00 | | |
| 1200 | SAVINGS BOND | | 04/26/02 | 04/26/02 | | 25.00 | $ | 25.0000 | 25.00 | | |

*(2)* *$100*

Total Employee – 100.00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | MCCORMALLY, SEAN P. | | | | | | | | | | |
| 1200 | SAVINGS BOND | | 03/29/02 | 03/29/02 | | 25.00 | $ | 25.0000 | 25.00 | | |
| 1200 | SAVINGS BOND | | 04/05/02 | 04/05/02 | | 25.00 | $ | 25.0000 | 25.00 | | |
| 1200 | SAVINGS BOND | | 04/12/02 | 04/12/02 | | 25.00 | $ | 25.0000 | 25.00 | | |
| 1200 | SAVINGS BOND | | 04/19/02 | 04/19/02 | | 25.00 | $ | 25.0000 | 25.00 | | |

*(1)* *$50*

Total Employee – 100.00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

3

SAVINGS BONDS                                                                                    Date

| Employee #<br>DBA | Employee Name<br>DBA Description | T<br>T | Work<br>Date | Pay Per<br>Date | Table | DBA<br>Basis | M | DBA<br>Rate | DBA<br>Amount | Union | Job |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~XXXXX~~ LUCINI, WILLIAM J. | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 04/05/02 | 04/05/02 | | 12.50 | $ | 12.5000 | 12.50 | | |
| 1200 | SAVINGS BOND | D | 04/12/02 | 04/12/02 | | 12.50 | $ | 12.5000 | 12.50 | | |
| 1200 | SAVINGS BOND | D | 04/19/02 | 04/19/02 | | 12.50 | $ | 12.5000 | 12.50 | | |
| 1200 | SAVINGS BOND | D | 04/26/02 | 04/26/02 | | 12.50 | $ | 12.5000 | 12.50 | | |

EE

(1)
$100

Total Employee –                               50.00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Report Total –                               990.00

4

SAVINGS BONDS

| Employee #<br>DBA | Employee Name<br>DBA Description | T<br>T | Work<br>Date | Pay Per<br>Date | Table | DBA<br>Basis | M | DBA<br>Rate | DBA<br>Amount | Union | Job | Step | Arrear<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEIDLINGER, SUK | | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| | Total Employee – | | | | | | | | 200.00 | | | | |
| SAUBER, JAMES W. | | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 10/26/01 | 10/26/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| | Total Employee – | | | | | | | | 175.00 | | | | |
| CROGGON, OWEN | | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 10/26/01 | 10/26/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| | Total Employee – | | | | | | | | 100.00 | | | | |
| BEDOR JOSEPH | | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/30/01 | 11/30/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| | Total Employee – | | | | | | | | 250.00 | | | | |
| BLEDSOE, ROGER | | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/30/01 | 11/30/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| | Total Employee – | | | | | | | | 125.00 | | | | |
| MCCORMALLY, SEAN P. | | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 10/26/01 | 10/26/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |



William H. Young
*Executive Vice President*

Ronald G. Brown
*Vice President*

William R. Yates
*Secretary-Treasurer*

Jane E. Broendel
*Asst. Secretary-Treasurer*

Gary H. Mullins
*Director, City Delivery*

Alan C. Ferranto
*Director, Safety & Health*

Michael J. O'Connor
*Director, Life Insurance*

Thomas H. Young, Jr.
*Director, Health Insurance*

Joseph LaPlaca
*Director of Retired Members*

*BOARD OF TRUSTEES*

Larry Brown, Jr., Chm.

Daniel T. Rupp

Randall L. Keller

**National Association**

OF **LETTER CARRIERS**

Vincent R. Sombrotto
*President*

100 Indiana Avenue, N.W., Washington, D.C. 20001-2144
Telephone: (202) 393-4695

Federal Reserve Bank
Of Richmond
P.O. BOX 85044
Richmond, Virginia 23261

August 12, 2002

Re: The November ,2001 I Bond Purchase For Ms. Neidlinger.

Dear Ms. Paulson:

We had a discussion sometime ago concerning the turnover in the Accounting Department that created some delays and errors in reporting.

During the process of reconciling the bonds account I have once again,  discovered a deduction from an employee's payroll that was not paid back in November, 2001. It was not the fault of the employee but management. She feels and rightful so,  that she should receive interest starting in the month of  November, 2001. Therefore, I am respectfully requesting that you make her effective date of purchase November, 2001.

Thanks in advance for your immediate attention to this matter and should you have any questions concerning this request, please give me a call at (202) 662-2806. I will be out of the office from 13 August 2002 until 26 August 2002.

Yours sincerely,

Charles M. Royall,
Accounting Manager

e P. 1 of 5

AFFILIATED | AMERICAN FEDERATION OF LABOR—CONGRESS OF INDUSTRIAL ORGANIZATIONS
WITH | UNION NETWORK INTERNATIONAL

## Order Summary for Purchases of Payroll Series I Bonds

This order covers the payroll period ending 11/30/2001

Your payment for savings bond purchases should be received by the Federal Reserve Bank cut-off hour on or before the last business day of the month to ensure that month's issue date on the bonds.

Bond to bear the issue date of 11/2001

### Pieces per Denomination

| $50 | $75 | $100 | $200 | $500 | $1,000 | $5,000 | $10,000 | Total Pieces | Total Purchase Price |
|-----|-----|------|------|------|--------|--------|---------|--------------|----------------------|
| 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | $ 200.00 |

Signature: _____

---

| **Order submitted by Company 511898 Location 0000** | **DO NOT WRITE IN SPACE BELOW**<br>**FRB Use ONLY** |
|---|---|

NATIONAL ASSOC OF LETTER CARRIERS
100 INDIANA AVE., NW
WASHINGTON, DC 20001

*CHARLES M. ROYALL*

(202) 662-2806 (Voice Phone)
(202) 737-1540 (Fax Number)

Order Received Date _____

Issue Date _____

Transaction ID _____

Split Trans ID _____

### Payment Information

Amount Enclosed: _____

Advanced Payment of: _____

Sent to FRB: _____

1st Pass _____  2nd Pass _____

Arbitration _____  Resolution _____

Marked for Arbitration _____

Funds Received Date _____

### Method of Payment

[ ] ACH - Effect Payment Date _____

[ ] *Voucher _____
[ ] Check Enclosed
[ ] Reserve/Correspondent Account
[ ] Wire Transfer

*Government Agencies Only

Unmatched Funds _____

Summary with Payment: _____

Payment # _____  Check # _____

ABA Number _____

Unmatched Funds _____ $ _____

To Company _____ $ _____

1st Pass _____  2nd Pass _____

Arbitration _____  Resolution _____

Marked for Arbitration _____

Send 1 copy to the FRB and keep 1 copy for your records

*2*

**Page 1**                  **Payroll Savings Bond Ordering System**                **August 12, 2002**

**Bond Purchase Report**

**Company: 511898   Location: 0000**

Employee ID ~~2~~ MRN 4

SUK J NEIDLINGER
8525 WASHINGTON AVENUE
ALEXANDRIA, VA 22309-
     2 @$100 I    OR DAVID E NEIDLINGER

**Pay Ending Date   11/30/01 6:15:25 PM**

3

# Payroll Savings Bonds Ordering System

## Summary Report

### Company: 511898  Location: 0000

#### August 12, 2002

**Series EE Bonds**

| Denomination | Quantity | Issue Amount | Face Amount |
|---|---|---|---|
| $50 | 0 | $0.00 | $0.00 |
| $75 | 0 | $0.00 | $0.00 |
| $100 | 0 | $0.00 | $0.00 |
| $200 | 0 | $0.00 | $0.00 |
| $500 | 0 | $0.00 | $0.00 |
| $1,000 | 0 | $0.00 | $0.00 |
| $5,000 | 0 | $0.00 | $0.00 |
| $10,000 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | $0.00 |

**Series I Bonds**

| Denomination | Quantity | Issue /Face Amount |
|---|---|---|
| $50 | 0 | $0.00 |
| $75 | 0 | $0.00 |
| $100 | 2 | $200.00 |
| $200 | 0 | $0.00 |
| $500 | 0 | $0.00 |
| $1,000 | 0 | $0.00 |
| $5,000 | 0 | $0.00 |
| $10,000 | 0 | $0.00 |
| | 2 | $200.00 |

**Total Quantity**     2

**Total Issue Amount**     $ 200.00

**Pay Ending Date**     11/30/01 6:15:53 PM

| Employee #  DBA | Employee Name  DBA Description | T T | Work Date | Pay Per Date | Table | DBA Basis | M | DBA Rate | DBA Amount | Union | Job | Step | Arrear Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NEIDLINGER, SUK | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| | | | | | | Total Employee – | | | 200.00 | | | | |
| | SAUBER, JAMES W. | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 10/26/01 | 10/26/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 35.00 | $ | 35.0000 | 35.00 | | | | |
| | | | | | | Total Employee – | | | 175.00 | | | | |
| | CROGGON, OWEN | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 10/26/01 | 10/26/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| | | | | | | Total Employee – | | | 100.00 | | | | |
| | BEDOR JOSEPH | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/30/01 | 11/30/01 | | 50.00 | $ | 50.0000 | 50.00 | | | | |
| | | | | | | Total Employee – | | | 250.00 | | | | |
| | BLEDSOE, ROGER | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/09/01 | 11/09/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/16/01 | 11/16/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/23/01 | 11/23/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/30/01 | 11/30/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| | | | | | | Total Employee – | | | 125.00 | | | | |
| | MCCORMALLY, SEAN P. | | | | | | | | | | | | |
| 1200 | SAVINGS BOND | D | 10/26/01 | 10/26/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |
| 1200 | SAVINGS BOND | D | 11/02/01 | 11/02/01 | | 25.00 | $ | 25.0000 | 25.00 | | | | |