**EXHIBIT 21**

**From:** Jane E. Broendel
**To:** Charles Royall; Ronald STUBBLEFIELD
**Date:** 5/14/02 12:23PM
**Subject:** Fwd: USPS billing

Have we paid this? Are we current?

U. S. POSTAL SERVICE                    1 of   1
Invoice

Date: MAR-13-2002  Invoice No: 700953547        Customer No: 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

Make Check Payable To:
USPS DISBURSING OFFICER

SHELDON R WILLIAMS JR
C/O: USLC
UNION TREASURER
100 INDIANA AVE NW  STE 706
WASHINGTON DC 20001-2144

Mail To:
USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9640

TIN:    41-0760000

REFERENCE: PRD INVOICE: X70160
DUE: APR-12-2002    ASC:  MN        TERMS:  30 NET

| Invoice Description | QTY | UOM | Item Amount | Total Amount |
|---|---|---|---|---|
| UNION OFFICIAL INSURANCE/BENEFITS RELATED DEBT | 1 | EACH | 2,501.37 | 2,501.37 |

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 01-26 THRU 02-05.

| PAY PERIOD | RETIREMENT BASIC SALARY | RETIREMENT EMPL AMT | RETIREMENT GOVT AMT | HEALTH BENEFIT EMPL AMT | HEALTH BENEFIT GOVT AMT | LIFE INSURANCE REG AMT | LIFE INSURANCE OPT-A AMT | LIFE INSURANCE OPT-B AMT | LIFE INSURANCE OPT-C AMT |
|---|---|---|---|---|---|---|---|---|---|
| 01-26 | 1,679.24 | 117.55 | 117.55 | 33.38 | 102.22 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-01 | 1,679.24 | 117.55 | 117.55 | 33.38 | 102.22 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-02 | 1,679.24 | 117.55 | 117.55 | 33.38 | 102.22 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-03 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-04 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-05 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |

RET FICA CODE : 1

For proper credit please write customer number and invoice number on your remittance. Mail your remittance and a copy of this invoice to the Disbursing Office address shown above.

NET AMOUNT DUE
2,501.37

Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9612

b p. 1 of 4

**National Association of Letter Carriers of the United States of America**
100 INDIANA AVE., N.W. WASHINGTON, D.C.

Check No. — 234846
Check Date — 05/15/02

| INVOICE NUMBER | DATE | DESCRIPTION | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| APRIL, 2002 | 043002 | Postal Invoice April, 2002 | 144,004.97 | | 144,004.97 |
| | | | 144,004.97 | | 144,004.97 |

DETACH STATEMENT BEFORE DEPOSITING

**National Association of Letter Carriers of the United States of America**
100 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

First American
First American National Bank
Paris, Tennessee

THIS PAYMENT MADE POSSIBLE BY UNION LABOR

No. 234846    87-695/843

CHECK NO. 00234846

| | DATE | AMOUNT |
|---|---|---|
| 5080 | 05/15/02 | ****144,004.97 |

PAY ONE HUNDRED FORTY FOUR THOUSAND FOUR AND 97/100 ************************

VOID IF NOT CASHED WITHIN 180 DAYS

TO THE ORDER OF:

FINANCE BRANCH
ACCOUNTING SERVICE CENTER
2825 LONE OAK PARKWAY
EAGAN MN 55121-9612

GENERAL FUND

_[signature]_
PRESIDENT

NON NEGOTIABLE

_[signature]_
SECRETARY - TREASURER

UNITED STATES POSTA UNITED STATES POSTAL SERVICE   g:\royall/work/usps/
FRINGE BENEFITS BILLI FRINGE BENEFITS BILLING
(VENDOR #5080)       (VENDOR #5080)

| NAME | NAME | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| JIMMY WILLIAMS | JIMMY WILLIAMS | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 3.60 | 62.76 | 3,368.85 |
| ROBERT WILLIAMS | ROBERT WILLIAMS | 688.74 | 688.74 | 653.22 | 184.77 | 0.00 | 193.50 | 0.00 | 62.76 | 2,471.73 |
| SHELDON WILLIAMS | SHELDON WILLIAMS | 705.30 | 705.30 | 653.22 | 184.77 | 16.20 | 163.68 | 8.70 | 64.20 | 2,501.37 NO INVOICE |
| JUDY WILLOUGHBY | JUDY WILLOUGHBY | 705.30 | 705.30 | 653.22 | 184.77 | 5.40 | 132.00 | 3.60 | 64.20 | 2,453.79 |
| WILLIAM YOUNG | WILLIAM YOUNG | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 62.76 | 3,230.85 |
| | | 34,825.51 | 27,626.62 | 59,663.89 | 12,866.90 | 232.68 | 5,602.50 | 260.76 | 2,926.11 | 144,004.97 |

UNITED STATES POSTA UNITED STATES POSTAL SERVICE   g:\royall/work/usps/
FRINGE BENEFITS BILLI FRINGE BENEFITS BILLING
(VENDOR #5080)       (VENDOR #5080)
UNITED STATES POSTA UNITED STATES POSTAL SERVICE   g:\royall/work/usps/
FRINGE BENEFITS BILLI FRINGE BENEFITS BILLING
(VENDOR #5080)       (VENDOR #5080)

PP 2001-26 thru 2002-05

| NAME | NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.4143 OPT B | 1.4143 OPT C | 1.4148 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | ALAN APFELBAUM | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 409.20 | 8.70 | 64.20 | 3,683.31 |
| KATHY BALDWIN | KATHY BALDWIN | 688.74 | 688.74 | 653.22 | 184.77 | 3.60 | 46.44 | 2.76 | 62.76 | 2,331.03 |
| GILBERT BARELA | GILBERT BARELA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 46.44 | 2.76 | 62.76 | 3,034.05 |
| JOSEPH BARNETT | JOSEPH BARNETT | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 5.40 | 129.00 | 0.00 | 62.76 | 3,119.25 |
| JOSEPH BEDOR | JOSEPH BEDOR | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 193.50 | 5.40 | 62.76 | 3,429.75 |
| ROGER BLEDSOE | ROGER BLEDSOE | 688.74 | 688.74 | 1,484.76 | 305.85 | 3.60 | 77.40 | 13.80 | 62.76 | 3,325.65 |
| JANE BROENDEL | JANE BROENDEL | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 103.20 | 0.00 | 62.76 | 3,088.05 |
| ARTHUR BUCK | ARTHUR BUCK | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 62.76 | 3,230.85 |
| JOHN CASCIANO | JOHN CASCIANO | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 132.00 | 18.00 | 64.20 | 3,420.81 |
| JULES COHEN | JULES COHEN | 705.30 | 705.30 | 1,484.76 | 305.85 | 12.30 | 303.60 | 7.05 | 64.20 | 3,588.36 |
| WILLIAM COOKE | WILLIAM COOKE | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 0.00 | 5.40 | 64.20 | 3,279.21 |
| RICHARD DICECCA | RICHARD DICECCA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 3.60 | 77.40 | 2.76 | 62.76 | 3,068.61 |
| MICHELE DITCHEY | MICHELE DITCHEY | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 62.76 | 2,984.85 |
| TIMOTHY DOWDY | TIMOTHY DOWDY | 688.74 | 688.74 | 653.22 | 184.77 | 3.60 | 77.40 | 2.76 | 62.76 | 2,361.99 |
| AL FERRANTO | AL FERRANTO | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 193.50 | 5.40 | 62.76 | 3,438.15 |
| EDWARD FURRU | EDWARD FURRU | 688.74 | 688.74 | 1,484.76 | 305.85 | 16.20 | 399.90 | 0.00 | 62.76 | 3,646.95 |
| LINDA GIORDANO | LINDA GIORDANO | 688.74 | 688.74 | 653.22 | 184.77 | 5.40 | 77.40 | 0.00 | 62.76 | 2,361.03 |
| HAROLD GOODWIN | HAROLD GOODWIN | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 79.20 | 27.00 | 64.20 | 3,371.61 |
| DOUGLAS GULLEY | DOUGLAS GULLEY | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 64.20 | 3,265.41 |
| DALE HART | DALE HART | 705.30 | 705.30 | 653.22 | 184.77 | 16.20 | 245.52 | 0.00 | 64.20 | 2,574.51 |
| JOAN HURST | JOAN HURST | 705.30 | 705.30 | 653.22 | 184.77 | 8.40 | 0.00 | 5.40 | 64.20 | 2,326.59 |
| ERNEST KIRKLAND | ERNEST KIRKLAND | 705.30 | 705.30 | 653.22 | 184.77 | 8.40 | 198.00 | 5.40 | 64.20 | 2,524.59 |
| JAMES KOROLOWICZ | JAMES KOROLOWICZ | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 0.00 | 5.40 | 64.20 | 3,279.21 NO INVOICE |
| ALAN LINDE | ALAN LINDE | 344.37 | 344.37 | 791.25 | 130.14 | 0.00 | 77.40 | 5.40 | 31.38 | 1,724.31 |
| WILLIAM LUCINI | WILLIAM LUCINI | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 18.00 | 62.76 | 3,383.25 |
| GEORGE MIGNOSI | GEORGE MIGNOSI | 688.74 | 688.74 | 1,484.76 | 305.85 | 3.60 | 77.40 | 2.76 | 62.76 | 3,314.61 |
| JOSEPH MORRIS | JOSEPH MORRIS | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,477.21 |
| GARY MULLINS | GARY MULLINS | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,477.21 |
| TIMOTHY O'MALLEY | TIMOTHY O'MALLEY | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 193.50 | 27.00 | 62.76 | 3,459.75 |
| MANUEL PERALTA | MANUEL PERALTA | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 132.00 | 3.60 | 64.20 | 3,406.41 |
| ANDREW PETERSEN | ANDREW PETERSEN | 386.01 | 28.86 | 693.51 | 175.71 | 0.80 | 0.00 | 0.00 | 20.92 | 1,305.81 |
| DANNY PITTMAN | DANNY PITTMAN | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 193.50 | 0.00 | 62.76 | 3,432.75 |
| PAUL PRICE | PAUL PRICE | 1,052.76 | 78.72 | 653.22 | 184.77 | 3.60 | 77.40 | 0.00 | 62.76 | 2,113.23 |
| FRED ROLANDO | FRED ROLANDO | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 18.00 | 62.76 | 3,383.25 |
| JAMES SHERFEY | JAMES SHERFEY | 705.30 | 705.30 | 1,484.76 | 305.85 | 16.20 | 245.52 | 8.70 | 64.20 | 3,535.83 |
| VINCENT SOMBROTTO | VINCENT SOMBROTTO | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 0.00 | 20.40 | 62.76 | 3,251.25 |
| DONALD SOUTHERN | DONALD SOUTHERN | 246.85 | 246.85 | 511.87 | 129.68 | 5.98 | 0.00 | 3.21 | 23.69 | 1,168.13 |
| NEAL TISDALE | NEAL TISDALE | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 0.00 | 62.76 | 3,308.25 |
| JOHN WALSH | JOHN WALSH | 688.74 | 688.74 | 653.22 | 184.77 | 8.40 | 193.50 | 5.40 | 62.76 | 2,485.53 |
| MYRA WARREN | MYRA WARREN | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 3.60 | 62.76 | 3,311.85 |
| RONALD WATSON | RONALD WATSON | 1,078.08 | 80.58 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 64.20 | 3,013.47 |
| BARRY WEINER | BARRY WEINER | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 118.80 | 0.00 | 64.20 | 3,384.21 |
| MICHAEL WEIR | MICHAEL WEIR | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 0.00 | 62.76 | 3,308.25 |

P. 3 of 4

U. S. POSTAL SERVICE                               1 of
Invoice

Date: JUN-05-2002   Invoice No: 700991289        Customer No: 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

```
                                        | Make Check Payable To:
                                        | USPS DISBURSING OFFICER

SHELDON R WILLIAMS JR
C/O: USLC                               | Mail To:
UNION TREASURER                         | USPS DISBURSING OFFICER
100 INDIANA AVE NW  STE 706             | ACCOUNTING SERVICE CENTER
WASHINGTON DC 20001-2144                | 2825 LONE OAK PKWY
                                        | EAGAN MN  55121-9640
                                        |
                                        | TIN:  41-0760000
```

REFERENCE: PRD INVOICE: X75900
DUE: JUL-05-2002   ASC: MN          TERMS: 30 NET

| Invoice Description | QTY | UOM | Item Amount | Total Amount |
|---|---|---|---|---|
| UNION OFFICIAL INSURANCE/BENEFITS RELATED DEBT | 1 | EACH | 2,525.76 | 2,525.76 |

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 02-06 THRU 02-11.

| PAY. PERIOD | RETIREMENT BASIC SALARY | RETIREMENT EMPL AMT | RETIREMENT GOVT AMT | HEALTH BENEFIT EMPL AMT | HEALTH BENEFIT GOVT AMT | LIFE INSURANCE REG AMT | LIFE INSURANCE OPT-A AMT | LIFE INSURANCE OPT-B AMT | LIFE INSURANCE OPT-C AMT |
|---|---|---|---|---|---|---|---|---|---|
| 02-06 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-07 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-08 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-09 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-10 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-11 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |

RET FICA CODE : 1

```
For proper credit please write customer number and          | NET AMOUNT DUE
invoice number on your remittance. Mail your remittance     |
and a copy of this invoice to the Disbursing Office         | 2,525.76
address shown above.                                        |
```

Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9612

C P. 1 of 4

National Association of Letter Carriers
of the United States of America
100 INDIANA AVE. N.W. WASHINGTON, D.C.

Check No. 235580
Check Date - 06/13/02

Stub 1 of 1

| CE NUMBER | DATE | DESCRIPTION | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| E 2002 | 061302 | JUNE FRINGE BEN BILLING | 142,984.55 | | 142,984.55 |
| | | | 142,984.55 | | 142,984.55 |

DETACH STATEMENT BEFORE DEPOSITING

National Association of Letter Carriers
of the United States of America
100 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

First American
First American National Bank
Paris, Tennessee

THIS PAYMENT MADE POSSIBLE
BY UNION LABOR

No. 235580
CHECK NO. 00235580

| DATE | AMOUNT |
|---|---|
| 06/13/02 | $***142,984.55 |

5080

VOID IF NOT CASHED WITHIN 180 DAYS

HUNDRED FORTY TWO THOUSAND NINE HUNDRED EIGHTY FOUR AND 55/100 ***************

THE ORDER OF:

FINANCE BRANCH
ACCOUNTING SERVICE CENTER
2825 LONE OAK PARKWAY
EAGAN MN 55121-9612

GENERAL FUND

PRESIDENT
NON-NEGOTIABLE
SECRETARY-TREASURER

C P. 2 of 4

UNITED STATES POSTAL SERVICE  
FRINGE BENEFITS BILLING  
(VENDOR #5080)

g:\royall\work\usps/0211

INVOICES RECEIVED JUNE 13, 2002

PP 2002-06 thru 2002-11

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | 329.14 | 329.14 | 738.50 | 121.46 | 0.00 | 190.96 | 4.06 | 29.96 | 1,743.22 |
| KATHY BALDWIN | 688.74 | 688.74 | 693.12 | 169.26 | 3.60 | 46.44 | 2.76 | 62.76 | 2,355.42 |
| GILBERT BARELA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 0.00 | 46.44 | 2.76 | 62.76 | 3,086.22 |
| JOSEPH BARNETT | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 5.40 | 129.00 | 0.00 | 62.76 | 3,171.42 |
| JOSEPH BEDOR | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 193.50 | 5.40 | 62.76 | 3,481.92 |
| ROGER BLEDSOE | 688.74 | 688.74 | 1,582.50 | 260.28 | 3.60 | 77.40 | 13.80 | 62.76 | 3,377.82 |
| JANE BROENDEL | 78.72 | 1,052.76 | 1,582.50 | 260.28 | 0.00 | 103.20 | 0.00 | 62.76 | 3,140.22 |
| ARTHUR BUCK | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 62.76 | 3,283.02 |
| JOHN CASCIANO | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 132.00 | 18.00 | 64.20 | 3,472.98 |
| JULES COHEN | 564.24 | 564.24 | 1,266.00 | 208.22 | 12.96 | 327.36 | 6.96 | 51.36 | 3,001.34 |
| WILLIAM COOKE | 705.30 | 705.30 | 1,582.50 | 260.28 | 13.60 | 0.00 | 7.60 | 64.20 | 3,338.78 |
| RICHARD DICECCA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 3.60 | 77.40 | 2.76 | 62.76 | 3,120.78 |
| MICHELE DITCHEY | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 62.76 | 3,037.02 |
| TIMOTHY DOWDY | 688.74 | 688.74 | 693.12 | 169.26 | 3.60 | 77.40 | 2.76 | 62.76 | 2,386.38 |
| AL FERRANTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 5.40 | 62.76 | 3,490.32 |
| EDWARD FURRU | 688.74 | 688.74 | 1,582.50 | 260.28 | 16.20 | 399.90 | 0.00 | 62.76 | 3,699.12 |
| LINDA GIORDANO | 688.74 | 688.74 | 693.12 | 169.26 | 5.40 | 77.40 | 0.00 | 62.76 | 2,385.42 |
| HAROLD GOODWIN | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 79.20 | 27.00 | 64.20 | 3,423.78 |
| DOUGLAS GULLEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 64.20 | 3,317.58 |
| DALE HART | 705.30 | 705.30 | 693.12 | 169.26 | 16.20 | 245.52 | 0.00 | 64.20 | 2,598.90 |
| JOAN HURST | 705.30 | 705.30 | 693.12 | 169.26 | 8.40 | 0.00 | 5.40 | 64.20 | 2,350.98 |
| ERNEST KIRKLAND | 705.30 | 705.30 | 693.12 | 169.26 | 8.40 | 198.00 | 5.40 | 64.20 | 2,548.98 |
| JAMES KOROLOWICZ | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 0.00 | 5.40 | 64.20 | 3,331.38 |
| ALAN LINDE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 154.80 | 10.80 | 62.76 | 3,448.62 |
| WILLIAM LUCINI | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 129.00 | 18.00 | 62.76 | 3,435.42 |
| GEORGE MIGNOSI | 688.74 | 688.74 | 1,582.50 | 260.28 | 3.60 | 77.40 | 2.76 | 62.76 | 3,366.78 |
| JOSEPH MORRIS | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 198.00 | 5.40 | 64.20 | 3,529.38 |
| GARY MULLINS | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 198.00 | 5.40 | 64.20 | 3,529.38 |
| TIMOTHY O'MALLEY | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 27.00 | 62.76 | 3,511.92 |
| MANUEL PERALTA | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 132.00 | 3.60 | 64.20 | 3,458.58 |
| ANDREW PETERSEN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DANNY PITTMAN | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 0.00 | 62.76 | 3,484.92 |
| PAUL PRICE | 1,052.76 | 78.72 | 693.12 | 169.26 | 3.60 | 77.40 | 0.00 | 62.76 | 2,137.62 |
| FRED ROLANDO | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 129.00 | 18.00 | 62.76 | 3,435.42 |
| JAMES SHERFEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 36.00 | 554.40 | 15.60 | 64.20 | 3,923.58 |
| VINCENT SOMBROTTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 0.00 | 20.40 | 62.76 | 3,303.42 |
| DONALD SOUTHERN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NEAL TISDALE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 0.00 | 62.76 | 3,360.42 |

C P. 3984

...ED STATES POSTAL SERVICE  
...RINGE BENEFITS BILLING  
(VENDOR #5080)

g:\royall/work/usps/0211

**INVOICES RECEIVED JUNE 13, 2002**

PP 2002-06 thru 2002-11

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| JOHN WALSH | 688.74 | 688.74 | 693.12 | 169.26 | 8.40 | 193.50 | 5.40 | 62.76 | 2,509.92 |
| MYRA WARREN | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 3.60 | 62.76 | 3,364.02 |
| RONALD WATSON | 1,078.08 | 80.58 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 64.20 | 3,065.64 |
| BARRY WEINER | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 118.80 | 0.00 | 64.20 | 3,436.38 |
| MICHAEL WEIR | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 0.00 | 62.76 | 3,360.42 |
| JIMMY WILLIAMS | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 129.00 | 3.60 | 62.76 | 3,421.02 |
| ROBERT WILLIAMS | 688.74 | 688.74 | 693.12 | 169.26 | 0.00 | 193.50 | 0.00 | 62.76 | 2,496.12 |
| SHELDON WILLIAMS | 705.30 | 705.30 | 693.12 | 169.26 | 16.20 | 163.68 | 8.70 | 64.20 | 2,525.76 |
| JUDY WILLOUGHBY | 705.30 | 705.30 | 693.12 | 169.26 | 5.40 | 132.00 | 3.60 | 64.20 | 2,478.18 |
| WILLIAM YOUNG | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 62.76 | 3,283.02 |
| | 33,045.76 | 28,152.10 | 61,851.32 | 10,780.78 | 251.56 | 5,794.30 | 267.32 | 2,865.80 | 143,008.94 |

PAID TWO CHECKS 142,984.55  
24.39  
TOTAL 143,008.94