**EXHIBIT 21**

```
                                        U. S. POSTAL SERVICE              1 of  1
                                              Invoice

Date: MAR-13-2002   Invoice No: 700953547     Customer No: 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
                                              ------------------------------------
                                              | Make Check Payable To:
                                              | USPS DISBURSING OFFICER
                                              ------------------------------------
SHELDON R WILLIAMS JR
C/O: USLC                                     | Mail To:
UNION TREASURER                               | USPS DISBURSING OFFICER
100 INDIANA AVE NW  STE 706                   | ACCOUNTING SERVICE CENTER
WASHINGTON DC 20001-2144                      | 2825 LONE OAK PKWY
                                              | EAGAN MN   55121-9640
                                              |
                                              | TIN:   41-0760000
                                              ------------------------------------
REFERENCE: PRD INVOICE: X70160
DUE: APR-12-2002     ASC:  MN        TERMS:  30 NET

Invoice Description                   QTY     UOM     Item Amount  Total Amount

UNION OFFICIAL INSURANCE/BENEFITS       1     EACH       2,501.37      2,501.37
RELATED DEBT

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 01-26 THRU 02-05.

          ---  RETIREMENT  ---   - HEALTH BENEFIT -   -- LIFE INSURANCE --
PAY       BASIC    EMPL    GOVT    EMPL    GOVT    REG    OPT-A  OPT-B  OPT-C
PERIOD    SALARY   AMT     AMT     AMT     AMT     AMT    AMT    AMT    AMT
01-26    1,679.24  117.55  117.55  33.38  102.22  10.70   2.70   27.28  1.45
02-01    1,679.24  117.55  117.55  33.38  102.22  10.70   2.70   27.28  1.45
02-02    1,679.24  117.55  117.55  33.38  102.22  10.70   2.70   27.28  1.45
02-03    1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28  1.45
02-04    1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28  1.45
02-05    1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28  1.45

RET FICA CODE : 1
```

For proper credit please write customer number and          NET AMOUNT DUE
invoice number on your remittance. Mail your remittance
and a copy of this invoice to the Disbursing Office            2,501.37
address shown above.

Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN   55121-9612

b p. 1 of 4



UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

PP 2001-26 thru 2002-05

g:\royall\work\usps\

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.4143 OPT B | 1.4143 OPT C | 1.4148 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| JIMMY WILLIAMS | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 3.60 | 62.76 | 3,368.85 |
| ROBERT WILLIAMS | 688.74 | 688.74 | 653.22 | 184.77 | 0.00 | 492.50 | 0.00 | 62.76 | |

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

g:\royall\work\usps\

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.4143 OPT B | 1.4143 OPT C | 1.4148 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 409.20 | 8.70 | 64.20 | 3,683.31 |
| KATHY BALDWIN | 688.74 | 688.74 | 653.22 | 184.77 | 3.60 | 46.44 | 2.76 | 62.76 | 2,331.03 |
| GILBERT BARELA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 46.44 | 2.76 | 62.76 | 3,034.05 |
| JOSEPH BARNETT | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 5.40 | 129.00 | 0.00 | 62.76 | 3,119.25 |
| JOSEPH BEDOR | 688.74 | 688.74 | 1,484.76 | 305.85 | 3.60 | 193.50 | 5.40 | 62.76 | 3,429.75 |
| ROGER BLEDSOE | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 13.80 | 62.76 | 3,325.65 |
| JANE BROENDEL | 1,052.76 | 78.72 | 653.22 | 184.77 | 3.60 | 103.20 | 5.40 | 62.76 | 3,088.05 |
| ARTHUR BUCK | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 132.00 | 0.00 | 62.76 | 3,420.81 |
| JOHN CASCIANO | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 303.60 | 18.00 | 62.76 | 3,588.36 |
| JULES COHEN | 705.30 | 705.30 | 1,484.76 | 305.85 | 12.30 | 7.05 | 2.76 | 64.20 | 3,279.21 |
| WILLIAM COOKE | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 77.40 | 5.40 | 64.20 | 3,068.61 |
| RICHARD DICECCA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 3.60 | 0.00 | 2.76 | 62.76 | 2,984.85 |
| MICHELE DITCHEY | 688.74 | 688.74 | 653.22 | 184.77 | 0.00 | 0.00 | 0.00 | 62.76 | 2,361.99 |
| TIMOTHY DOWDY | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 3.60 | 77.40 | 5.40 | 62.76 | 3,438.15 |
| AL FERRANTO | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 193.50 | 5.40 | 62.76 | 3,646.95 |
| EDWARD FURRU | 688.74 | 688.74 | 653.22 | 184.77 | 16.20 | 399.90 | 0.00 | 62.76 | 2,361.03 |
| LINDA GIORDANO | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 77.40 | 0.00 | 62.76 | 3,371.61 |
| HAROLD GOODWIN | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 79.20 | 27.00 | 62.76 | 3,265.41 |
| DOUGLAS GULLEY | 705.30 | 705.30 | 1,484.76 | 305.85 | 16.20 | 0.00 | 0.00 | 62.76 | 2,574.51 |
| DALE HART | 705.30 | 705.30 | 653.22 | 184.77 | 8.40 | 0.00 | 0.00 | 64.20 | 2,326.59 |
| JOAN HURST | 705.30 | 705.30 | 653.22 | 184.77 | 0.00 | 245.52 | 5.40 | 64.20 | 2,524.59 |
| ERNEST KIRKLAND | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,279.21 |
| JAMES KOROLOWICZ | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 8.40 | 0.00 | 5.40 | 64.20 | 2,984.85 |
| ALAN LINDE | 344.37 | 344.37 | 791.25 | 130.14 | 0.00 | 77.40 | 5.40 | 31.38 | 1,724.31 |
| WILLIAM LUCINI | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 18.00 | 62.76 | 3,383.25 |
| GEORGE MIGNOSI | 688.74 | 688.74 | 1,484.76 | 305.85 | 3.60 | 77.40 | 2.76 | 62.76 | 3,314.61 |
| JOSEPH MORRIS | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,477.21 |
| GARY MULLINS | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,477.21 |
| TIMOTHY O'MALLEY | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 193.50 | 27.00 | 62.76 | 3,459.75 |
| MANUEL PERALTA | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 193.50 | 3.60 | 62.76 | 3,406.41 |
| ANDREW PETERSEN | 386.01 | 28.86 | 693.51 | 175.71 | 0.80 | 0.00 | 0.00 | 20.92 | 1,305.81 |
| DANNY PITTMAN | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 132.00 | 3.60 | 64.20 | 3,432.75 |
| PAUL PRICE | 688.74 | 78.72 | 688.74 | 184.77 | 3.60 | 77.40 | 0.00 | 62.76 | 2,113.23 |
| FRED ROLANDO | 1,052.76 | 688.74 | 653.22 | 184.77 | 8.40 | 193.50 | 0.00 | 62.76 | 3,383.25 |
| JAMES SHERFEY | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 129.00 | 0.00 | 62.76 | 3,535.83 |
| VINCENT SOMBROTTO | 688.74 | 688.74 | 1,484.76 | 305.85 | 16.20 | 245.52 | 8.70 | 62.76 | 3,251.25 |
| DONALD SOUTHERN | 246.85 | 246.85 | 511.87 | 129.68 | 5.98 | 0.00 | 20.40 | 23.69 | 1,168.13 |
| NEAL TISDALE | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 0.00 | 3.21 | 62.76 | 3,308.25 |
| JOHN WALSH | 688.74 | 688.74 | 653.22 | 184.77 | 0.00 | 77.40 | 5.40 | 62.76 | 2,485.63 |
| MYRA WARREN | 688.74 | 688.74 | 184.77 | 184.77 | 8.40 | 193.50 | 3.60 | 62.76 | 3,311.85 |
| RONALD WATSON | 1,078.08 | 80.58 | 1,484.76 | 305.85 | 0.00 | 77.40 | 5.40 | 64.20 | 3,013.47 |
| BARRY WEINER | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 118.80 | 3.60 | 64.20 | 3,384.21 |
| MICHAEL WEIR | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 0.00 | 62.76 | 3,308.25 |

NO INVOICE

P. 3 of 4

```
USPS MPLS ASC          6514062755           06/15 '02 14:49 NO.451  02/02
```

```
                              U. S. POSTAL SERVICE                    1 of
                                    Invoice
Date: JUN-05-2002   Invoice No: 700991289    Customer No: 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
-----------------------------------------------------------------------
                                             | Make Check Payable To:
                                             | USPS DISBURSING OFFICER
                                             ---------------------------
  |..|.||..||..||.....||.|.|..||.|.|..||..||...||.|
  SHELDON R WILLIAMS JR
  C/O: USLC                                  | Mail To:
  UNION TREASURER                            | USPS DISBURSING OFFICER
  100 INDIANA AVE NW   STE 706               | ACCOUNTING SERVICE CENTER
  WASHINGTON DC 20001-2144                   | 2825 LONE OAK PKWY
                                             | EAGAN MN  55121-9640

                                             | TIN:   41-0760000
-----------------------------------------------------------------------
REFERENCE: PRD INVOICE: X75900
DUE: JUL-05-2002    ASC:   MN      TERMS:  30 NET
-----------------------------------------------------------------------
Invoice Description                 QTY    UOM    Item Amount  Total Amount
-----------------------------------------------------------------------
UNION OFFICIAL INSURANCE/BENEFITS    1     EACH    2,525.76     2,525.76
RELATED DEBT

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 02-06 THRU 02-11.

          --- RETIREMENT ---    - HEALTH BENEFIT -   -- LIFE INSURANCE --
PAY.      BASIC    EMPL    GOVT    EMPL    GOVT    REG   OPT-A   OPT-B   OPT-C
PERIOD    SALARY   AMT     AMT     AMT     AMT     AMT   AMT     AMT     AMT
02-06   1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28   1.45
02-07   1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28   1.45
02-08   1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28   1.45
02-09   1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28   1.45
02-10   1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28   1.45
02-11   1,679.24  117.55  117.55  28.21  115.52  10.70   2.70   27.28   1.45

RET FICA CODE : 1
```

```
For proper credit please write customer number and      -------------------
invoice number on your remittance. Mail your remittance | NET AMOUNT DUE
and a copy of this invoice to the Disbursing Office     |
address shown above.                                    |     2,525.76
                                                        -------------------
Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9612
```

C P. 1 of 4

National Association of Letter Carriers
of the United States of America
100 INDIANA AVE, N.W. WASHINGTON, D.C.

Check No. — 235580
Check Date — 06/13/02

Stub 1 of 1

| CE NUMBER | DATE | DESCRIPTION | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| E 2002 | 061302 | JUNE FRINGE BEN BILLING | 142,984.55 | | 142,984.55 |
| | | | 142,984.55 | | 142,984.55 |

DETACH STATEMENT BEFORE DEPOSITING

National Association of Letter Carriers
of the United States of America
100 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

First American
First American National Bank
Paris, Tennessee
THIS PAYMENT MADE POSSIBLE
BY UNION LABOR

No. 235580
CHECK NO. 00235580

| DATE | AMOUNT |
|---|---|
| 06/13/02 | $***142,984.55 |

5080

HUNDRED FORTY TWO THOUSAND NINE HUNDRED EIGHTY FOUR AND 55/100************
VOID IF NOT CASHED WITHIN 180 DAYS

THE ORDER OF:

FINANCE BRANCH
ACCOUNTING SERVICE CENTER
2825 LONE OAK PARKWAY
EAGAN MN 55121-9612

GENERAL FUND

Myra Warren
PRESIDENT

Jane E. Brendel
SECRETARY/TREASURER

NON-NEGOTIABLE

C P. 2 of 4

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

INVOICES RECEIVED JUNE 13, 2002

PP 2002-06 thru 2002-11

g:\royall\work\usps\0211

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | 329.14 | 329.14 | 738.50 | 121.46 | 0.00 | 190.96 | 4.06 | 29.96 | 1,743.22 |
| KATHY BALDWIN | 688.74 | 688.74 | 693.12 | 169.26 | 3.60 | 46.44 | 2.76 | 62.76 | 2,355.42 |
| GILBERT BARELA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 0.00 | 46.44 | 2.76 | 62.76 | 3,086.22 |
| JOSEPH BARNETT | 1,052.76 | 1,052.76 | 1,582.50 | 260.28 | 5.40 | 0.00 | 0.00 | 62.76 | 3,171.42 |
| ROGER BLEDSOE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 129.00 | 5.40 | 62.76 | 3,481.92 |
| JOSEPH BEDOR | 688.74 | 688.74 | 1,582.50 | 260.28 | 3.60 | 193.50 | 0.00 | 62.76 | 3,140.22 |
| JANE BROENDEL | 78.72 | 1,052.76 | 1,582.50 | 260.28 | 0.00 | 77.40 | 13.80 | 62.76 | 3,377.82 |
| ARTHUR BUCK | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 103.20 | 5.40 | 62.76 | 3,283.02 |
| JOHN CASCIANO | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 0.00 | 0.00 | 62.76 | 3,472.98 |
| JULES COHEN | 564.24 | 564.24 | 1,266.00 | 208.22 | 12.96 | 132.00 | 18.00 | 51.36 | 3,001.34 |
| WILLIAM COOKE | 705.30 | 705.30 | 1,582.50 | 260.28 | 13.60 | 0.00 | 7.60 | 64.20 | 3,338.78 |
| RICHARD DICECCA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 3.60 | 77.40 | 2.76 | 62.76 | 3,120.78 |
| MICHELE DITCHEY | 1,052.76 | 78.72 | 693.12 | 169.26 | 0.00 | 0.00 | 0.00 | 64.20 | 3,037.02 |
| TIMOTHY DOWDY | 688.74 | 688.74 | 1,582.50 | 260.28 | 3.60 | 0.00 | 2.76 | 62.76 | 2,386.38 |
| AL FERRANTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 5.40 | 62.76 | 3,490.32 |
| EDWARD FURRU | 688.74 | 688.74 | 1,582.50 | 260.28 | 16.20 | 399.90 | 0.00 | 62.76 | 3,699.12 |
| LINDA GIORDANO | 688.74 | 688.74 | 693.12 | 169.26 | 5.40 | 77.40 | 0.00 | 62.76 | 2,385.42 |
| HAROLD GOODWIN | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 79.20 | 27.00 | 64.20 | 3,423.78 |
| DOUGLAS GULLEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 16.20 | 0.00 | 0.00 | 64.20 | 3,317.58 |
| DALE HART | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 245.52 | 0.00 | 64.20 | 2,598.90 |
| JOAN HURST | 705.30 | 705.30 | 693.12 | 169.26 | 8.40 | 0.00 | 5.40 | 64.20 | 2,350.98 |
| ERNEST KIRKLAND | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 198.00 | 5.40 | 64.20 | 3,331.38 |
| JAMES KOROLOWICZ | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 0.00 | 5.40 | 64.20 | 3,448.62 |
| ALAN LINDE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 154.80 | 10.80 | 62.76 | 3,435.42 |
| WILLIAM LUCINI | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 129.00 | 18.00 | 62.76 | 3,366.78 |
| GEORGE MIGNOSI | 705.30 | 705.30 | 1,582.50 | 260.28 | 3.60 | 77.40 | 2.76 | 62.76 | 3,529.38 |
| JOSEPH MORRIS | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 198.00 | 5.40 | 62.76 | 3,529.38 |
| GARY MULLINS | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 5.40 | 64.20 | 3,511.92 |
| TIMOTHY O'MALLEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 132.00 | 27.00 | 62.76 | 3,458.58 |
| MANUEL PERALTA | | | | | | | | | |
| ANDREW PETERSEN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DANNY PITTMAN | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 3.60 | 64.20 | 3,484.92 |
| PAUL PRICE | 1,052.76 | 78.72 | 693.12 | 169.26 | 3.60 | 77.40 | 0.00 | 62.76 | 2,137.62 |
| FRED ROLANDO | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 0.00 | 0.00 | 62.76 | 3,435.42 |
| JAMES SHERFEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 36.00 | 554.40 | 15.60 | 64.20 | 3,923.58 |
| VINCENT SOMBROTTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 129.00 | 18.00 | 62.76 | 3,303.42 |
| DONALD SOUTHERN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.40 | 0.00 | 0.00 |
| NEAL TISDALE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 0.00 | 62.76 | 3,360.42 |

C p. 304

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

INVOICES RECEIVED JUNE 13, 2002

g:\royall\work\usps\0211

PP 2002-06 thru 2002-11

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| JOHN WALSH | 688.74 | 688.74 | 693.12 | 169.26 | 8.40 | 193.50 | 5.40 | 62.76 | 2,509.92 |
| MYRA WARREN | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 3.60 | 62.76 | 3,364.02 |
| RONALD WATSON | 1,078.08 | 80.58 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 64.20 | 3,065.64 |
| BARRY WEINER | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 118.80 | 0.00 | 64.20 | 3,436.38 |
| MICHAEL WEIR | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 0.00 | 62.76 | 3,360.42 |
| JIMMY WILLIAMS | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 129.00 | 3.60 | 62.76 | 3,421.02 |
| ROBERT WILLIAMS | 688.74 | 688.74 | 693.12 | 169.26 | 0.00 | 193.50 | 0.00 | 62.76 | 2,496.12 |
| SHELDON WILLIAMS | 705.30 | 705.30 | 693.12 | 169.26 | 16.20 | 163.68 | 8.70 | 64.20 | 2,525.76 |
| JUDY WILLOUGHBY | 705.30 | 705.30 | 693.12 | 169.26 | 5.40 | 132.00 | 3.60 | 64.20 | 2,478.18 |
| WILLIAM YOUNG | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 62.76 | 3,283.02 |
| | 33,045.76 | 28,152.10 | 61,851.32 | 10,780.78 | 251.56 | 5,794.30 | 267.32 | 2,865.80 | 143,008.94 |

PAID TWO CHECKS 142,984.55
                   24.39
TOTAL            143,008.94

C P. 4 of 4