**EXHIBIT 21**

```
                                           U. S. POSTAL SERVICE                1 of  1
                                                 Invoice

Date: MAR-13-2002  Invoice No: 700953547        Customer No: 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
                                              | Make Check Payable To:
                                              | USPS DISBURSING OFFICER

  SHELDON R WILLIAMS JR                       | Mail To:
  C/O: USLC                                   | USPS DISBURSING OFFICER
  UNION TREASURER                             | ACCOUNTING SERVICE CENTER
  100 INDIANA AVE NW  STE 706                 | 2825 LONE OAK PKWY
  WASHINGTON DC 20001-2144                    | EAGAN MN  55121-9640

                                              | TIN:   41-0760000

REFERENCE: PRD INVOICE: X70160
DUE: APR-12-2002    ASC:  MN         TERMS:  30 NET

Invoice Description               QTY    UOM    Item Amount    Total Amount

UNION OFFICIAL INSURANCE/BENEFITS   1    EACH      2,501.37        2,501.37
RELATED DEBT

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 01-26 THRU 02-05.

            ---  RETIREMENT  ---     - HEALTH BENEFIT -       -- LIFE INSURANCE --
 PAY         BASIC    EMPL    GOVT     EMPL     GOVT     REG    OPT-A   OPT-B   OPT-C
 PERIOD     SALARY    AMT     AMT      AMT      AMT      AMT    AMT     AMT     AMT
 01-26     1,679.24  117.55  117.55   33.38   102.22    10.70   2.70   27.28    1.45
 02-01     1,679.24  117.55  117.55   33.38   102.22    10.70   2.70   27.28    1.45
 02-02     1,679.24  117.55  117.55   33.38   102.22    10.70   2.70   27.28    1.45
 02-03     1,679.24  117.55  117.55   28.21   115.52    10.70   2.70   27.28    1.45
 02-04     1,679.24  117.55  117.55   28.21   115.52    10.70   2.70   27.28    1.45
 02-05     1,679.24  117.55  117.55   28.21   115.52    10.70   2.70   27.28    1.45

RET FICA CODE : 1
```

For proper credit please write customer number and         NET AMOUNT DUE
invoice number on your remittance. Mail your remittance
and a copy of this invoice to the Disbursing Office           2,501.37
address shown above.

Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9612

*b p. 1 of 4*



UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.4143 OPT B | 1.4143 OPT C | 1.4148 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| JIMMY WILLIAMS | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 3.60 | 62.76 | 3,368.85 |
| ROBERT WILLIAMS | 688.74 | 688.74 | 1,484.76 | 184.77 | 0.00 | 193.50 | 62.76 | 2,471.73 |
| SHELDON WILLIAMS | 705.30 | 705.30 | 653.22 | 184.77 | 16.20 | 163.68 | 8.70 | 64.20 | 2,501.37 |
| JUDY WILLOUGHBY | 705.30 | 705.30 | 653.22 | 184.77 | 5.40 | 132.00 | 3.60 | 64.20 | |

g:\royall\work\usps\

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

g:\royall\work\usps\
PP 2001-26 thru 2002-05

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.4143 OPT B | 1.4143 OPT C | 1.4148 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 409.20 | 8.70 | 64.20 | 3,683.31 |
| KATHY BALDWIN | 688.74 | 688.74 | 653.22 | 184.77 | 3.60 | 46.44 | 2.76 | 62.76 | 2,331.03 |
| GILBERT BARELA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 46.44 | 2.76 | 62.76 | 3,034.05 |
| JOSEPH BARNETT | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 5.40 | 129.00 | 2.76 | 62.76 | 3,119.25 |
| JOSEPH BEDOR | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 193.50 | 5.40 | 62.76 | 3,429.75 |
| ROGER BLEDSOE | 688.74 | 688.74 | 1,484.76 | 305.85 | 3.60 | 77.40 | 13.80 | 62.76 | 3,325.65 |
| JANE BROENDEL | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 103.20 | 0.00 | 62.76 | 3,088.05 |
| ARTHUR BUCK | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 0.00 | 62.76 | 3,230.85 |
| JOHN CASCIANO | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 132.00 | 18.00 | 64.20 | 3,420.81 |
| JULES COHEN | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 303.60 | 7.05 | 64.20 | 3,588.36 |
| WILLIAM COOKE | 705.30 | 705.30 | 1,484.76 | 305.85 | 12.30 | 0.00 | 5.40 | 64.20 | 3,279.21 |
| RICHARD DICECCA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 3.60 | 77.40 | 5.40 | 62.76 | 3,068.61 |
| MICHELE DITCHEY | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 8.40 | 0.00 | 2.76 | 62.76 | 2,984.85 |
| TIMOTHY DOWDY | 688.74 | 688.74 | 1,484.76 | 184.77 | 3.60 | 193.50 | 5.40 | 62.76 | 2,361.99 |
| AL FERRANTO | 688.74 | 688.74 | 653.22 | 305.85 | 8.40 | 77.40 | 5.40 | 62.76 | 3,438.15 |
| EDWARD FURRU | 688.74 | 688.74 | 1,484.76 | 305.85 | 16.20 | 399.90 | 0.00 | 62.76 | 3,646.95 |
| LINDA GIORDANO | 688.74 | 688.74 | 1,484.76 | 184.77 | 5.40 | 0.00 | 0.00 | 62.76 | 2,361.03 |
| HAROLD GOODWIN | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 79.20 | 27.00 | 64.20 | 3,371.61 |
| DOUGLAS GULLEY | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 64.20 | 3,265.41 |
| DALE HART | 705.30 | 705.30 | 653.22 | 184.77 | 16.00 | 245.52 | 0.00 | 64.20 | 2,574.51 |
| JOAN HURST | 705.30 | 705.30 | 653.22 | 184.77 | 8.40 | 0.00 | 3.60 | 64.20 | 2,326.59 |
| ERNEST KIRKLAND | 705.30 | 705.30 | 1,484.76 | 184.77 | 8.40 | 198.00 | 5.40 | 64.20 | 2,524.59 |
| JAMES KOROLOWICZ | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 77.40 | 5.40 | 64.20 | 3,279.21 |
| ALAN LINDE | 344.37 | 344.37 | 791.25 | 130.14 | 5.40 | 198.00 | 5.40 | 31.38 | 1,724.31 |
| WILLIAM LUCINI | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 18.00 | 5.40 | 62.76 | 3,383.25 |
| GEORGE MIGNOSI | 705.30 | 705.30 | 1,484.76 | 305.85 | 16.20 | 129.00 | 5.40 | 64.20 | 3,314.61 |
| JOSEPH MORRIS | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,477.21 |
| GARY MULLINS | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 77.40 | 5.40 | 62.76 | 3,477.21 |
| TIMOTHY O'MALLEY | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 62.76 | 3,459.75 |
| MANUEL PERALTA | 386.01 | 28.86 | 693.51 | 175.71 | 0.80 | 132.00 | 3.60 | 20.92 | 1,305.81 |
| ANDREW PETERSEN | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 193.50 | 0.00 | 64.20 | 3,406.41 |
| DANNY PITTMAN | 1,052.76 | 78.72 | 653.22 | 184.77 | 8.40 | 193.50 | 3.60 | 62.76 | 3,432.75 |
| PAUL PRICE | 1,052.76 | 78.72 | 653.22 | 184.77 | 3.60 | 77.40 | 0.00 | 62.76 | 2,113.23 |
| FRED ROLANDO | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 18.00 | 62.76 | 3,383.25 |
| JAMES SHERFEY | 705.30 | 705.30 | 1,484.76 | 305.85 | 16.20 | 245.52 | 8.70 | 64.20 | 3,535.83 |
| VINCENT SOMBROTTO | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 0.00 | 20.40 | 62.76 | 3,251.25 |
| DONALD SOUTHERN | 246.85 | 246.85 | 511.87 | 129.68 | 5.98 | 0.00 | 3.21 | 23.69 | 1,168.13 |
| NEAL TISDALE | 688.74 | 688.74 | 1,484.76 | 184.77 | 8.40 | 77.40 | 5.40 | 62.76 | 3,308.25 |
| JOHN WALSH | 688.74 | 653.22 | 184.77 | 0.00 | 193.50 | 5.40 | 62.76 | 2,485.53 |
| MYRA WARREN | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 77.40 | 3.60 | 62.76 | 3,311.85 |
| RONALD WATSON | 1,078.08 | 80.58 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 62.76 | 3,013.47 |
| BARRY WEINER | 705.30 | 705.30 | 1,484.76 | 305.85 | 16.20 | 118.80 | 0.00 | 64.20 | 3,384.21 |
| MICHAEL WEIR | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 0.00 | 62.76 | 3,308.25 |

NO INVOICE

NO INVOICE

P. 3 of 4

```
                          U. S. POSTAL SERVICE                          1 of
                               Invoice
Date: JUN-05-2002  Invoice No: 700991289     Customer No: 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
----------------------------------------------------------------------
                                          | Make Check Payable To:
                                          | USPS DISBURSING OFFICER
                                          ---------------------------
                                          |
   SHELDON R WILLIAMS JR                  | Mail To:
   C/O: USLC                              | USPS DISBURSING OFFICER
   UNION TREASURER                        | ACCOUNTING SERVICE CENTER
   100 INDIANA AVE NW   STE 706           | 2825 LONE OAK PKWY
   WASHINGTON DC 20001-2144               | EAGAN MN  55121-9640
                                          |
                                          | TIN:   41-0760000
-----------------------------------------------------------------------
REFERENCE: PRD INVOICE: X75900
DUE: JUL-05-2002    ASC: MN      TERMS:  30 NET
-----------------------------------------------------------------------
Invoice Description                 QTY    UOM   Item Amount  Total Amount
-----------------------------------------------------------------------
UNION OFFICIAL INSURANCE/BENEFITS    1    EACH    2,525.76     2,525.76
RELATED DEBT

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 02-06 THRU 02-11.

              --- RETIREMENT ---     - HEALTH BENEFIT -          -- LIFE INSURANCE --
PAY.     BASIC     EMPL     GOVT     EMPL     GOVT     REG    OPT-A    OPT-B    OPT-C
PERIOD   SALARY    AMT      AMT      AMT      AMT      AMT    AMT      AMT      AMT
02-06   1,679.24   117.55   117.55   28.21   115.52   10.70   2.70     27.28    1.45
02-07   1,679.24   117.55   117.55   28.21   115.52   10.70   2.70     27.28    1.45
02-08   1,679.24   117.55   117.55   28.21   115.52   10.70   2.70     27.28    1.45
02-09   1,679.24   117.55   117.55   28.21   115.52   10.70   2.70     27.28    1.45
02-10   1,679.24   117.55   117.55   28.21   115.52   10.70   2.70     27.28    1.45
02-11   1,679.24   117.55   117.55   28.21   115.52   10.70   2.70     27.28    1.45

RET FICA CODE : 1
```

```
For proper credit please write customer number and       ---------------------
invoice number on your remittance. Mail your remittance   NET AMOUNT DUE
and a copy of this invoice to the Disbursing Office
address shown above.                                         2,525.76
                                                         ---------------------
Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9612
```

C P. 1 of 4

National Association of Letter Carriers
of the United States of America
100 INDIANA AVE., N.W., WASHINGTON, D.C.

Check No. — 235580
Check Date — 06/13/02

Stub 1 of 1

| CE NUMBER | DATE | DESCRIPTION | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| E 2002 | 061302 | JUNE FRINGE BEN BILLING | 142,984.55 | | 142,984.55 |
| | | | 142,984.55 | | 142,984.55 |

DETACH STATEMENT BEFORE DEPOSITING

National Association of Letter Carriers
of the United States of America
100 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

First American
First American National Bank
Paris, Tennessee

THIS PAYMENT MADE POSSIBLE
BY UNION LABOR

No. 235580
CHECK NO. 00235580

| DATE | AMOUNT |
|---|---|
| 06/13/02 | $***142,984.55 |

5080

HUNDRED FORTY TWO THOUSAND NINE HUNDRED EIGHTY FOUR AND 55/100 ************
VOID IF NOT CASHED WITHIN 180 DAYS

THE ORDER OF:

FINANCE BRANCH
ACCOUNTING SERVICE CENTER
2825 LONE OAK PARKWAY
EAGAN MN 55121-9612

GENERAL FUND

PRESIDENT
NON-NEGOTIABLE
SECRETARY-TREASURER

C P. 2 of 4

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

INVOICES RECEIVED JUNE 13, 2002

PP 2002-06 thru 2002-11

g:\royall\work\usps\0211

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | 329.14 | 329.14 | 738.50 | 121.46 | 0.00 | 190.96 | 4.06 | 29.96 | 1,743.22 |
| KATHY BALDWIN | 688.74 | 688.74 | 693.12 | 169.26 | 3.60 | 46.44 | 2.76 | 62.76 | 2,355.42 |
| GILBERT BARELA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 0.00 | 46.44 | 2.76 | 62.76 | 3,086.22 |
| JOSEPH BARNETT | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 5.40 | 0.00 | 0.00 | 62.76 | 3,171.42 |
| ROGER BLEDSOE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 129.00 | 0.00 | 62.76 | 3,481.92 |
| JANE BROENDEL | 78.72 | 1,052.76 | 1,582.50 | 260.28 | 3.60 | 193.50 | 5.40 | 62.76 | 3,140.20 |
| ARTHUR BUCK | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 13.80 | 62.76 | 3,377.82 |
| JOHN CASCIANO | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 103.20 | 0.00 | 62.76 | 3,283.02 |
| JULES COHEN | 564.24 | 564.24 | 1,266.00 | 208.22 | 5.40 | 0.00 | 18.00 | 51.36 | 3,472.98 |
| WILLIAM COOKE | 705.30 | 705.30 | 1,582.50 | 260.28 | 12.96 | 132.00 | 0.00 | 64.20 | 3,001.34 |
| RICHARD DICECCA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 13.60 | 327.36 | 6.96 | 64.20 | 3,338.78 |
| MICHELE DITCHEY | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 3.60 | 0.00 | 7.60 | 64.20 | 3,120.78 |
| TIMOTHY DOWDY | 688.74 | 688.74 | 693.12 | 169.26 | 0.00 | 77.40 | 2.76 | 62.76 | 3,037.02 |
| AL FERRANTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 5.40 | 62.76 | 2,386.38 |
| EDWARD FURRU | 688.74 | 688.74 | 1,582.50 | 260.28 | 16.20 | 399.90 | 0.00 | 62.76 | 3,490.32 |
| LINDA GIORDANO | 688.74 | 688.74 | 693.12 | 169.26 | 5.40 | 77.40 | 0.00 | 62.76 | 3,699.12 |
| HAROLD GOODWIN | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 79.20 | 27.00 | 62.76 | 2,385.42 |
| DOUGLAS GULLEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 64.20 | 3,423.78 |
| DALE HART | 705.30 | 705.30 | 1,582.50 | 260.28 | 16.20 | 245.52 | 0.00 | 64.20 | 3,317.58 |
| JOAN HURST | 705.30 | 705.30 | 693.12 | 169.26 | 8.40 | 0.00 | 5.40 | 64.20 | 2,598.90 |
| ERNEST KIRKLAND | 705.30 | 705.30 | 693.12 | 169.26 | 0.00 | 198.00 | 5.40 | 64.20 | 2,350.98 |
| JAMES KOROLOWICZ | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 0.00 | 5.40 | 64.20 | 2,548.98 |
| ALAN LINDE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 154.80 | 10.80 | 64.20 | 3,331.38 |
| WILLIAM LUCINI | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 129.00 | 18.00 | 62.76 | 3,448.62 |
| GEORGE MIGNOSI | 688.74 | 688.74 | 1,582.50 | 260.28 | 3.60 | 77.40 | 2.76 | 62.76 | 3,435.42 |
| JOSEPH MORRIS | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 198.00 | 5.40 | 62.76 | 3,366.78 |
| GARY MULLINS | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 5.40 | 64.20 | 3,529.38 |
| TIMOTHY O'MALLEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 198.00 | 5.40 | 64.20 | 3,529.38 |
| MANUEL PERALTA | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 132.00 | 27.00 | 62.76 | 3,511.92 |
| ANDREW PETERSEN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.60 | 64.20 | 3,458.58 |
| DANNY PITTMAN | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 0.00 | 0.00 | 0.00 |
| PAUL PRICE | 1,052.76 | 78.72 | 693.12 | 169.26 | 3.60 | 77.40 | 0.00 | 62.76 | 3,484.92 |
| FRED ROLANDO | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 0.00 | 0.00 | 62.76 | 2,137.62 |
| JAMES SHERFEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 36.00 | 129.00 | 18.00 | 62.76 | 3,435.42 |
| VINCENT SOMBROTTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 554.40 | 15.60 | 64.20 | 3,923.58 |
| DONALD SOUTHERN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.40 | 62.76 | 3,303.42 |
| NEAL TISDALE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 0.00 | 62.76 | 3,360.42 |

C p. 3 of 4

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

g:\royall\work\usps\0211

PP 2002-06 thru 2002-11

INVOICES RECEIVED JUNE 13, 2002

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| JOHN WALSH | 688.74 | 688.74 | 693.12 | 169.26 | 8.40 | 193.50 | 5.40 | 62.76 | 2,509.92 |
| MYRA WARREN | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 3.60 | 62.76 | 3,364.02 |
| RONALD WATSON | 1,078.08 | 80.58 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 64.20 | 3,065.64 |
| BARRY WEINER | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 118.80 | 0.00 | 64.20 | 3,436.38 |
| MICHAEL WEIR | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 77.40 | 0.00 | 62.76 | 3,360.42 |
| JIMMY WILLIAMS | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 129.00 | 3.60 | 62.76 | 3,421.02 |
| ROBERT WILLIAMS | 688.74 | 688.74 | 693.12 | 169.26 | 0.00 | 193.50 | 0.00 | 62.76 | 2,496.12 |
| SHELDON WILLIAMS | 705.30 | 705.30 | 693.12 | 169.26 | 16.20 | 163.68 | 8.70 | 64.20 | 2,525.76 |
| JUDY WILLOUGHBY | 705.30 | 705.30 | 693.12 | 169.26 | 5.40 | 132.00 | 3.60 | 64.20 | 2,478.18 |
| WILLIAM YOUNG | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 62.76 | 3,283.02 |
| | 33,045.76 | 28,152.10 | 61,851.32 | 10,780.78 | 251.56 | 5,794.30 | 267.32 | 2,865.80 | 143,008.94 |

PAID TWO CHECKS  142,984.55
                    24.39
TOTAL           143,008.94

C P. 4 of 4