**EXHIBIT 21**

U. S. POSTAL SERVICE                  1 of 1
Invoice

Date: MAR-13-2002  Invoice No: 700953547     Customer No: 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

Make Check Payable To:
USPS DISBURSING OFFICER

SHELDON R WILLIAMS JR
C/O: USLC
UNION TREASURER
100 INDIANA AVE NW STE 706
WASHINGTON DC 20001-2144

Mail To:
USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9640

TIN:  41-0760000

REFERENCE: PRD INVOICE: X70160
DUE: APR-12-2002   ASC: MN          TERMS: 30 NET

| Invoice Description | QTY | UOM | Item Amount | Total Amount |
|---|---|---|---|---|
| UNION OFFICIAL INSURANCE/BENEFITS RELATED DEBT | 1 | EACH | 2,501.37 | 2,501.37 |

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 01-26 THRU 02-05.

| PAY PERIOD | RETIREMENT BASIC SALARY | RETIREMENT EMPL AMT | RETIREMENT GOVT AMT | HEALTH BENEFIT EMPL AMT | HEALTH BENEFIT GOVT AMT | LIFE INSURANCE REG AMT | LIFE INSURANCE OPT-A AMT | LIFE INSURANCE OPT-B AMT | LIFE INSURANCE OPT-C AMT |
|---|---|---|---|---|---|---|---|---|---|
| 01-26 | 1,679.24 | 117.55 | 117.55 | 33.38 | 102.22 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-01 | 1,679.24 | 117.55 | 117.55 | 33.38 | 102.22 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-02 | 1,679.24 | 117.55 | 117.55 | 33.38 | 102.22 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-03 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-04 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-05 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |

RET FICA CODE : 1

For proper credit please write customer number and invoice number on your remittance. Mail your remittance and a copy of this invoice to the Disbursing Office address shown above.

NET AMOUNT DUE
2,501.37

Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9612

b p. 1 of 4



Check No. - 234846
Check Date - 05/15/02

National Association of Letter Carriers
of the United States of America
100 INDIANA AVE. N.W. WASHINGTON, DC

| INVOICE NUMBER | DATE | DESCRIPTION | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| APRIL, 2002 | 043002 | Postal Invoice April 1, 2002 | 144,004.97 | | 144,004.97 |
| | | | | | 144,004.97 |

DETACH STATEMENT BEFORE DEPOSITING

National Association of Letter Carriers
of the United States of America
100 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

THIS PAYMENT MADE POSSIBLE
BY UNION LABOR

First American
First American National Bank
Paris, Tennessee

No. 234846
87-695
843

PAY ONE HUNDRED FORTY FOUR THOUSAND FOUR AND 97/100 **************

TO THE ORDER OF:
FINANCE BRANCH
ACCOUNTING SERVICE CENTER
2825 LONE OAK PARKWAY
EAGAN MN 55121-9612

5080

CHECK NO. 00234846
DATE 05/15/02   AMOUNT $****144,004.97

VOID IF NOT CASHED WITHIN 180 DAYS

GENERAL FUND

PRESIDENT
SECRETARY-TREASURER

NON NEGOTIABLE

P. 2 of 4

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

g:\royall\work\usps\
PP 2001-26 thru 2002-05

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.4143 OPT B | 1.4143 OPT C | 1.4148 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 409.20 | 8.70 | 64.20 | 3,683.31 |
| KATHY BALDWIN | 688.74 | 688.74 | 653.22 | 184.77 | 3.60 | 46.44 | 2.76 | 62.76 | 2,331.03 |
| GILBERT BARELA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 0.00 | 5.40 | 62.76 | 3,034.05 |
| JOSEPH BARNETT | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 5.40 | 193.50 | 0.00 | 62.76 | 3,119.25 |
| JOSEPH BEDOR | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 193.50 | 5.40 | 62.76 | 3,429.75 |
| ROGER BLEDSOE | 688.74 | 688.74 | 1,484.76 | 305.85 | 3.60 | 77.40 | 13.80 | 62.76 | 3,325.65 |
| JANE BROENDEL | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 0.00 | 103.20 | 0.00 | 62.76 | 3,088.05 |
| ARTHUR BUCK | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 62.76 | 3,230.85 |
| JOHN CASCIANO | 688.74 | 705.30 | 1,484.76 | 305.85 | 5.40 | 132.00 | 0.00 | 62.76 | 3,420.81 |
| JULES COHEN | 705.30 | 705.30 | 1,484.76 | 305.85 | 12.30 | 303.60 | 18.00 | 64.20 | 3,588.36 |
| WILLIAM COOKE | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 0.00 | 7.05 | 64.20 | 3,279.21 |
| RICHARD DICECCA | 1,052.76 | 78.72 | 1,484.76 | 305.85 | 3.60 | 77.40 | 5.40 | 62.76 | 3,068.61 |
| MICHELE DITCHEY | 1,052.76 | 78.72 | 653.22 | 184.77 | 3.60 | 0.00 | 2.76 | 62.76 | 2,984.85 |
| TIMOTHY DOWDY | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 77.40 | 5.40 | 62.76 | 2,361.99 |
| AL FERRANTO | 688.74 | 688.74 | 653.22 | 184.77 | 8.40 | 193.50 | 5.40 | 62.76 | 3,438.15 |
| EDWARD FURRU | 688.74 | 688.74 | 1,484.76 | 305.85 | 16.20 | 399.90 | 0.00 | 62.76 | 3,646.95 |
| LINDA GIORDANO | 688.74 | 688.74 | 653.22 | 184.77 | 5.40 | 77.40 | 2.76 | 62.76 | 2,361.03 |
| HAROLD GOODWIN | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 79.20 | 27.00 | 64.20 | 3,371.61 |
| DOUGLAS GULLEY | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 64.20 | 3,265.41 |
| DALE HART | 705.30 | 705.30 | 653.22 | 184.77 | 16.20 | 245.52 | 0.00 | 64.20 | 2,574.51 |
| JOAN HURST | 705.30 | 705.30 | 653.22 | 184.77 | 8.40 | 0.00 | 5.40 | 64.20 | 2,326.59 |
| ERNEST KIRKLAND | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 198.00 | 5.40 | 64.20 | 2,524.59 |
| JAMES KOROLOWICZ | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 0.00 | 5.40 | 64.20 | 3,279.21 |
| ALAN LINDE | 344.37 | 344.37 | 791.25 | 130.14 | 0.00 | 77.40 | 5.40 | 31.38 | 1,724.31 |
| WILLIAM LUCINI | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 18.00 | 62.76 | 3,383.25 |
| GEORGE MIGNOSI | 688.74 | 688.74 | 1,484.76 | 305.85 | 3.60 | 77.40 | 2.76 | 62.76 | 3,314.61 |
| JOSEPH MORRIS | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,477.21 |
| GARY MULLINS | 705.30 | 705.30 | 1,484.76 | 305.85 | 8.40 | 198.00 | 5.40 | 64.20 | 3,477.21 |
| TIMOTHY O'MALLEY | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 193.50 | 5.40 | 64.20 | 3,459.75 |
| MANUEL PERALTA | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 132.00 | 27.00 | 64.20 | 3,406.41 |
| ANDREW PETERSEN | 386.01 | 28.86 | 693.51 | 175.71 | 0.00 | 0.00 | 3.60 | 20.92 | 1,305.81 |
| DANNY PITTMAN | 688.74 | 688.74 | 1,484.76 | 305.85 | 8.40 | 0.00 | 0.00 | 62.76 | 3,432.75 |
| PAUL PRICE | 78.72 | 78.72 | 653.22 | 184.77 | 3.60 | 193.50 | 20.92 | 62.76 | 2,113.23 |
| FRED ROLANDO | 1,052.76 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 18.00 | 62.76 | 3,383.25 |
| JAMES SHERFEY | 1,052.76 | 705.30 | 1,484.76 | 305.85 | 16.20 | 245.52 | 8.70 | 62.76 | 3,535.83 |
| VINCENT SOMBROTTO | 246.85 | 246.85 | 511.87 | 129.68 | 5.98 | 0.00 | 20.40 | 23.69 | 3,251.25 |
| DONALD SOUTHERN | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 0.00 | 3.21 | 62.76 | 1,168.13 |
| NEAL TISDALE | 688.74 | 688.74 | 653.22 | 184.77 | 8.40 | 77.40 | 5.40 | 62.76 | 2,485.53 |
| JOHN WALSH | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 193.50 | 3.60 | 62.76 | 3,308.25 |
| MYRA WARREN | 1,078.08 | 80.58 | 1,484.76 | 305.85 | 0.00 | 77.40 | 0.00 | 64.20 | 3,013.47 |
| RONALD WATSON | 705.30 | 705.30 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 64.20 | 3,311.85 |
| BARRY WEINER | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 118.80 | 0.00 | 62.76 | 3,384.21 |
| MICHAEL WEIR | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 77.40 | 0.00 | 62.76 | 3,308.25 |
| JIMMY WILLIAMS | 688.74 | 688.74 | 1,484.76 | 305.85 | 5.40 | 129.00 | 3.60 | 62.76 | 3,368.85 |
| ROBERT WILLIAMS | 688.74 | 688.74 | 653.22 | 184.77 | 0.00 | 193.50 | 0.00 | 62.76 | 2,471.73 |
| SHELDON WILLIAMS | 705.30 | 705.30 | 1,484.76 | 305.85 | 5.40 | 163.68 | 8.70 | 64.20 | 2,501.37 |
| JUDY WILLOUGHBY | 705.30 | 705.30 | 653.22 | 184.77 | 16.20 | 132.00 | 3.60 | 64.20 | 2,453.79 |
| WILLIAM YOUNG | 688.74 | 688.74 | 1,484.76 | 305.85 | 0.00 | 0.00 | 0.00 | 62.76 | |

NO INVOICE

P. 3 of 4

U. S. POSTAL SERVICE
Invoice                                                          1 of

Date: JUN-05-2002   Invoice No: 700991289     Customer No: 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

Make Check Payable To:
USPS DISBURSING OFFICER

SHELDON R WILLIAMS JR
C/O: USLC
UNION TREASURER
100 INDIANA AVE NW  STE 706
WASHINGTON DC 20001-2144

Mail To:
USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9640

TIN:  41-0760000

REFERENCE: PRD INVOICE: X75900
DUE: JUL-05-2002   ASC:  MN      TERMS:  30 NET

Invoice Description                      QTY    UOM   Item Amount   Total Amount
UNION OFFICIAL INSURANCE/BENEFITS          1    EACH    2,525.76      2,525.76
RELATED DEBT

UNION OFFICIAL BILLING FOR FRINGE BENEFITS COVERING PAY PERIODS 02-06 THRU 02-11.

|  | --- RETIREMENT --- | | - HEALTH BENEFIT - | | | -- LIFE INSURANCE -- | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PAY. PERIOD | BASIC SALARY | EMPL AMT | GOVT AMT | EMPL AMT | GOVT AMT | REG AMT | OPT-A AMT | OPT-B AMT | OPT-C AMT |
| 02-06 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-07 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-08 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-09 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-10 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |
| 02-11 | 1,679.24 | 117.55 | 117.55 | 28.21 | 115.52 | 10.70 | 2.70 | 27.28 | 1.45 |

RET FICA CODE : 1

For proper credit please write customer number and
invoice number on your remittance. Mail your remittance       NET AMOUNT DUE
and a copy of this invoice to the Disbursing Office
address shown above.                                              2,525.76

Questions should be directed to following address :
GARY LAURANT (651) 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9612

P. 1 of 4

National Association of Letter Carriers of the United States of America
100 INDIANA AVE, N.W. WASHINGTON, D.C.

Check No. — 235580
Check Date — 06/13/02

Stub 1 of 1

| CE NUMBER | DATE | DESCRIPTION | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| E 2002 | 061302 | JUNE FRINGE BEN BILLING | 142,984.55 | | 142,984.55 |
| | | | 142,984.55 | | 142,984.55 |

DETACH STATEMENT BEFORE DEPOSITING

National Association of Letter Carriers
of the United States of America
100 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

First American
First American National Bank
Paris, Tennessee
THIS PAYMENT MADE POSSIBLE BY UNION LABOR

No. 235580
CHECK NO. 00235580

| DATE | AMOUNT |
|---|---|
| 06/13/02 | $****142,984.55 |

5080

HUNDRED FORTY TWO THOUSAND NINE HUNDRED EIGHTY FOUR AND 55/100 ***************
VOID IF NOT CASHED WITHIN 180 DAYS

THE ORDER OF:

FINANCE BRANCH
ACCOUNTING SERVICE CENTER
2825 LONE OAK PARKWAY
EAGAN MN 55121-9612

GENERAL FUND

PRESIDENT
NON-NEGOTIABLE
SECRETARY-TREASURER

C P. 2 of 4

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

INVOICES RECEIVED JUNE 13, 2002

PP 2002-06 thru 2002-11

g:\royall\work\usps\0211

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| ALAN APFELBAUM | 329.14 | 329.14 | 738.50 | 121.46 | 0.00 | 190.96 | 4.06 | 29.96 | 1,743.22 |
| KATHY BALDWIN | 688.74 | 688.74 | 693.12 | 169.26 | 3.60 | 46.44 | 2.76 | 62.76 | 2,355.42 |
| GILBERT BARELA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 0.00 | 46.44 | 2.76 | 62.76 | 3,086.22 |
| JOSEPH BARNETT | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 5.40 | 0.00 | 0.00 | 62.76 | 3,171.42 |
| ROGER BLEDSOE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 129.00 | 5.40 | 62.76 | 3,481.92 |
| JOSEPH BEDOR | 688.74 | 688.74 | 1,582.50 | 260.28 | 3.60 | 193.50 | 5.40 | 62.76 | 3,377.82 |
| JANE BROENDEL | 78.72 | 1,052.76 | 1,582.50 | 260.28 | 0.00 | 77.40 | 13.80 | 62.76 | 3,140.22 |
| ARTHUR BUCK | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 103.20 | 0.00 | 62.76 | 3,283.02 |
| JOHN CASCIANO | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 0.00 | 18.00 | 62.76 | 3,472.98 |
| JULES COHEN | 564.24 | 564.24 | 1,266.00 | 208.22 | 12.96 | 132.00 | 0.00 | 51.36 | 3,001.34 |
| WILLIAM COOKE | 705.30 | 705.30 | 1,582.50 | 260.28 | 13.60 | 0.00 | 7.60 | 64.20 | 3,338.78 |
| RICHARD DICECCA | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 3.60 | 327.36 | 6.96 | 62.76 | 3,120.78 |
| MICHELE DITCHEY | 1,052.76 | 78.72 | 1,582.50 | 260.28 | 3.60 | 0.00 | 2.76 | 62.76 | 3,037.02 |
| TIMOTHY DOWDY | 688.74 | 688.74 | 693.12 | 169.26 | 0.00 | 77.40 | 2.76 | 62.76 | 2,386.38 |
| AL FERRANTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 5.40 | 62.76 | 3,490.32 |
| EDWARD FURRU | 688.74 | 688.74 | 1,582.50 | 260.28 | 16.20 | 399.90 | 0.00 | 62.76 | 3,699.12 |
| LINDA GIORDANO | 688.74 | 688.74 | 693.12 | 169.26 | 5.40 | 77.40 | 0.00 | 62.76 | 2,385.42 |
| HAROLD GOODWIN | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 79.20 | 27.00 | 64.20 | 3,423.78 |
| DOUGLAS GULLEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 16.20 | 0.00 | 0.00 | 64.20 | 3,317.58 |
| DALE HART | 705.30 | 705.30 | 693.12 | 169.26 | 8.40 | 245.52 | 0.00 | 64.20 | 2,598.90 |
| JOAN HURST | 705.30 | 705.30 | 693.12 | 169.26 | 8.40 | 0.00 | 5.40 | 64.20 | 2,350.98 |
| ERNEST KIRKLAND | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 198.00 | 5.40 | 64.20 | 2,548.98 |
| JAMES KOROLOWICZ | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 0.00 | 5.40 | 64.20 | 3,331.38 |
| ALAN LINDE | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 154.80 | 10.80 | 64.20 | 3,448.62 |
| WILLIAM LUCINI | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 129.00 | 18.00 | 62.76 | 3,435.42 |
| GEORGE MIGNOSI | 688.74 | 688.74 | 1,582.50 | 260.28 | 3.60 | 77.40 | 2.76 | 62.76 | 3,366.78 |
| JOSEPH MORRIS | 705.30 | 705.30 | 1,582.50 | 260.28 | 8.40 | 198.00 | 5.40 | 62.76 | 3,529.38 |
| GARY MULLINS | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 5.40 | 64.20 | 3,529.38 |
| TIMOTHY O'MALLEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 132.00 | 27.00 | 62.76 | 3,511.92 |
| MANUEL PERALTA | 705.30 | 705.30 | 1,582.50 | 260.28 | 5.40 | 0.00 | 3.60 | 64.20 | 3,458.58 |
| ANDREW PETERSEN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DANNY PITTMAN | 688.74 | 688.74 | 1,582.50 | 260.28 | 8.40 | 193.50 | 0.00 | 62.76 | 3,484.92 |
| PAUL PRICE | 1,052.76 | 78.72 | 693.12 | 169.26 | 3.60 | 77.40 | 0.00 | 62.76 | 2,137.62 |
| FRED ROLANDO | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 129.00 | 18.00 | 62.76 | 3,435.42 |
| JAMES SHERFEY | 705.30 | 705.30 | 1,582.50 | 260.28 | 36.00 | 554.40 | 15.60 | 64.20 | 3,923.58 |
| VINCENT SOMBROTTO | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 0.00 | 20.40 | 62.76 | 3,303.42 |
| DONALD SOUTHERN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NEAL TISDALE | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 0.00 | 62.76 | 3,360.42 |

C p. 3084

UNITED STATES POSTAL SERVICE
FRINGE BENEFITS BILLING
(VENDOR #5080)

INVOICES RECEIVED JUNE 13, 2002

PP 2002-06 thru 2002-11

g:\royall\work\usps\0211

| NAME | 1.4147 NALC ANNUITY | 1.4144 EMPLOYEE ANNUITY | 1.4146 NALC HEALTH | 1.4142 EMPLOYEE HEALTH | 1.4143 OPT A | 1.414300 OPT B | 1.414300 OPT C | 1.414800 NALC LIFE | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|
| JOHN WALSH | 688.74 | 688.74 | 693.12 | 169.26 | 8.40 | 193.50 | 5.40 | 62.76 | 2,509.92 |
| MYRA WARREN | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 77.40 | 3.60 | 62.76 | 3,364.02 |
| RONALD WATSON | 1,078.08 | 80.58 | 1,582.50 | 260.28 | 0.00 | 0.00 | 64.20 | 62.76 | 3,065.64 |
| BARRY WEINER | 705.30 | 705.30 | 1,582.50 | 260.28 | 0.00 | 118.80 | 0.00 | 64.20 | 3,436.38 |
| MICHAEL WEIR | 688.74 | 688.74 | 1,582.50 | 260.28 | 5.40 | 77.40 | 0.00 | 62.76 | 3,360.42 |
| JIMMY WILLIAMS | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 129.00 | 3.60 | 62.76 | 3,421.02 |
| ROBERT WILLIAMS | 688.74 | 688.74 | 693.12 | 169.26 | 5.40 | 193.50 | 0.00 | 62.76 | 2,496.12 |
| SHELDON WILLIAMS | 705.30 | 705.30 | 693.12 | 169.26 | 16.20 | 163.68 | 8.70 | 64.20 | 2,525.76 |
| JUDY WILLOUGHBY | 705.30 | 705.30 | 693.12 | 169.26 | 5.40 | 132.00 | 3.60 | 64.20 | 2,478.18 |
| WILLIAM YOUNG | 688.74 | 688.74 | 1,582.50 | 260.28 | 0.00 | 0.00 | 0.00 | 62.76 | 3,283.02 |
| | 33,045.76 | 28,152.10 | 61,851.32 | 10,780.78 | 251.56 | 5,794.30 | 267.32 | 2,865.80 | 143,008.94 |

PAID TWO CHECKS    142,984.55
                       24.39
TOTAL              143,008.94

C P. 4 of 4