**EXHIBIT 22**

# **MEMORANDUM**

**TO**:   Jane Broendel

**FROM**: Ron Stubblefield

**DATE**:   September 23, 2002

**SUBJECT**: STATUS REPORT

cc:

---

FRANK IS WORKING ON ACCOUNTING MANAGER DUTIES, WEEKLY/MONTHLY. SEE LIST ATTACHED. **PRIORITY COLCPE AND BOND EMPLOYEE DEDUCTIONS.**

HAD TO GIVE FRANK A HAND WITH ACCTG MGR DUTIES. COLCPE DONE AND HAD TO CORRECT JULY BOND ORDER IN ADDITION TO COMPLETING AUGUST ORDER.

ATTACHED ARE CHECKS AWAITING YOUR APPROVAL AS THEY NEED TO BE EXPEDITED. THIS INCLUDES A TSP LOAN REPAYMENT FOR DAN PITTMAN THAT WAS NOT ON ACCT MGR TO DO LIST (LIST ATTACHED).

**EXTRA:**

1. CONTACTED RICHARD MERCADO RE: REGION OFFICE CHANGE. WE NEED TO FILL OUT "NEW LOCATION QUESTIONNAIRE". SEE ATTACHED.

2. COLCPE -AL SEGAL WILL BE COMING WITH A NEW REQUEST FOR ABOUT 40 COLCPE CHECKS. ALSO, PRINTER SHOULD HAVE OUR NEW COLCPE CHECKS TO US THIS WEEK.

3. LEGISLATIVE PER DIEM CHECKS??? LAST WORD WAS TO VOID THEM--**GO AHEAD AND VOID??** THE ASSOCIATED PAYROLL CHECKS WERE PROCESSED. NOTE SUK & FRANK HAVE AN ERROR THAT REQUIRES MY EFFORTS TO CORRECT. I CANNOT OVER EMPHASIZE THAT I WOULD LIKE ALL CHANGES TO JDE PAYROLL GO THROUGH ME. ALSO, ATTACHED IS A SAMPLE OF A CORRECTION THAT NEEDS TO BE MADE BECAUSE WE NEED TO STAY ON TOP OF ANNUAL PAYROLL CHANGES. I.E. TAXABLE LIFE INSURANCE RATES CHANGED BUT OLD CHART HAD BEEN USED (ANALYSIS ATTACHED FYI).

3. CONVENTION TRAVEL CHECKS ($90) DISTRIBUTED. SONYA IS WORKING ON ASSOCIATED TAXABLE INCOME (NOTE OUT LAST WEEK FOR JURY DUTY)

NALC 101