# EXHIBIT 23

Case 1:05-cv-01711-RBW    Document 13-28    Filed 11/17/2006    Page 2 of 2

CHARLES ROYALL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS

SUKJA NEIDLINGER
July 11, 2006

Page 33

1  Mr. Stubblefield, what did she say or do that you know
2  about? In fact, what did she tell you in the meeting
3  or the conversation that you had?
4      MR. HERMAN: Object to the extent it's
5  implying that there was only one conversation.
6      BY MR. GAGLIARDO:
7   Q.  No, don't -- any conversation or any
8  communication you had with Mrs. Broendel, how did she
9  respond to your complaints or your reports?
10  A.  I can -- I don't remember anything.
11  Q.  You don't remember that she did anything or
12 said anything?
13  A.  Well, she -- she did hear me, you know, what
14 I said, and I don't know. I can't remember those
15 things.
16  Q.  All right. Do you know if Ms. Broendel or
17 anybody else ever went to Mr. Royall and said you're
18 not doing your job right?
19  A.  Sir, they're not about to tell me anything.
20  Q.  I'm just asking.
21  A.  I'm a clerk and we don't talk constantly
22 with the management, no.

Page 34

1   Q.  And you never overheard anything?
2   A.  No.
3   Q.  You never heard Mr. Royall say gee, they're
4  jumping on me for these things and it's not right?
5  Did you ever hear Mr. Royall say anything about that?
6   A.  Maybe couple of times.
7   Q.  What did you hear him say?
8   A.  I know the mistakes, you know. Sometimes
9  something happened or, you know, something like that,
10 but they're very nice. They don't jumping on people
11 though anything -- I mean, not that I heard. I don't
12 think so.
13  Q.  Okay.
14  A.  But --
15  Q.  I thought you said you heard Mr. Royall say
16 something.
17  A.  He say something?
18  Q.  Yeah, about the way he was being treated or
19 how he was being -- how his work was --
20  A.  I thought he was treated fine. I mean, why
21 would he complain?
22  Q.  Maybe I misunderstood, Ms. Neidlinger.

Page 35

1  Didn't you say you heard Mr. Royall say something
2  about how his work was being evaluated or what people
3  were saying about his work?
4   A.  I know one thing, I don't remember, but he's
5  a very -- always talking about the -- I don't know how
6  to say it. He's very -- you know, there are people
7  that -- who don't trust people, like he was always
8  worrying about things, you know, how he does, always
9  worrying about things.
10  Q.  About his own performance?
11  A.  Own performance. That I know, but you know?
12  Q.  That's why he was eager to learn the payroll
13 system.
14      MR. HERMAN: Objection.
15  A.  I have no idea, sir.
16  Q.  You have no idea.
17  A.  I don't know why.
18  Q.  But he was eager to learn the payroll
19 system. You said that before, didn't you?
20  A.  He was.
21  Q.  Yes.
22  A.  And I was even wondering why, because that's

Page 36

1  not his job.
2   Q.  It's not his job.
3   A.  It's not his job to learn, but he wants to
4  learn, and he even mentioned to me, I'm sure he
5  remembers, go on vacation longer or something like
6  that, because -- I don't know the reason, but --
7   Q.  Well, he was trying to help you.
8       MR. HERMAN: Objection, calls for
9  speculation.
10      BY MR. GAGLIARDO:
11  Q.  Did Mr. Royall --
12  A.  That's not his job to help me. That's union
13 job.
14  Q.  But in effect, during the -- your vacation,
15 he did perform your work for you, did he not?
16  A.  He did, yeah, yes.
17  Q.  Tell me all the good things about
18 Mr. Royall.
19  A.  I thought he was a pleasant and -- I don't
20 know.
21  Q.  Well, he's pleasant, he was eager to learn
22 the job.