# EXHIBIT 24

Case 1:05-cv-01711-RBW   Document 13-29   Filed 11/17/2006   Page 2 of 2

CHARLES ROYALL                                    FRANCIS ALEXANDER SCLAFANI
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS                   July 11, 2006

Page 5

1  Q. Now, you worked at NALC prior to October of
2  2002, correct?
3  A. Correct.
4  Q. And you were an employee -- excuse me. You
5  were placed by ACSYS?
6  A. AC Systems, yes.
7  Q. And what was your relation with ACSYS? Were
8  you an employee of ACSYS?
9  A. I was an employee of ACSYS, yes.
10 Q. What was your job at ACSYS?
11 A. I was a consultant, temporary. They sent me
12 out on assignments.
13 Q. Okay. And how long did you work at ACSYS?
14 A. On and off for about three years.
15 Q. And when you say on and off, you mean when
16 they had an assignment, you worked, and if that
17 assignment were completed, you just waited until the
18 next available assignment, or did you do other things
19 in between during that three years?
20 A. I did other things in between.
21 Q. What did you do?
22 A. I worked for other temporary agencies.

Page 6

1  Q. Okay. What other temporary agencies did you
2  work for in that time period?
3  A. Accountants on Call stands out in my mind.
4  Q. All right.
5  A. And K Force.
6  Q. Is that the letter K?
7  A. K Force.
8  Q. And then the word "force."
9  A. Correct.
10 Q. Were the assignments that you were placed on
11 essentially the same regardless of whether it was
12 ACSYS or Accountants on Call or K Force or did you get
13 different kinds of assignments?
14 A. Different kinds of assignments.
15 Q. Okay. Let me first of all ask you,
16 regarding the assignment through ACSYS to the NALC, did
17 you recall what period of time first of all were you
18 assigned to NALC?
19 A. I believe I came on board in April.
20 Q. Of '02?
21 A. Correct.
22 Q. And you stayed until October of '02 when you

Page 7

1  were then hired as director of finance?
2  A. Correct.
3  Q. What was the job title you were given at
4  NALC?
5  A. I wasn't.
6  Q. Okay. Were you given a job description?
7  A. I was asked if -- by AC Systems if I could
8  perform some specific tasks.
9  Q. All right. What were the tasks that ACSYS
10 asked you to perform at NALC?
11 A. One was to file an FEC report.
12 Q. A Federal Election Committee report?
13 A. Correct.
14 Q. My alphabet soup was getting mixed up for a
15 minute. What else were you asked to do at NALC?
16 A. And if I could assist with an annual audit.
17 I believe that's what --
18 Q. And is that what you did between April and
19 October of 2002?
20 A. No. Yes and no. The annual audit, yes.
21 The FEC report, no.
22 Q. Okay. We'll come back to that in a second.

Page 8

1  Did you do anything else between April and October of
2  2002?
3  A. I did.
4  Q. Okay. What did you do?
5  A. I assisted the director of finance -- well,
6  let me rephrase. The director of finance tasked me
7  with doing reconciliations, doing general ledger
8  entries.
9  Q. Okay. Reconciliations, general ledger?
10 A. Correct.
11 Q. Go ahead.
12 A. Payroll TSP worksheets.
13 Q. TSP is the thrift savings plan?
14 A. Correct.
15 Q. And there are separate worksheets for
16 payroll and TSP or are you referring to that as a
17 single tasks?
18 A. These were TSP catch-ups, and --
19 Q. So you're referring to a single project,
20 payroll slash TSP worksheets?
21 A. Correct.
22 Q. Okay. I just want to be clear what you're