# EXHIBIT 26

1 last filed or placed.

2    Q.    Okay, all right. Let's talk about phone 3 calls from the field that Mr. Stubblefield got 4 regarding income tax withholding. Were there any?

5    A.    Yes.

6    Q.    How many?

7    A.    I don't know. I recall a number of them.

8    Q.    Well, how many do you actually recall?

9    A.    You mean as far as specific names?

10    Q.    Specific instances, whether you know of a 11 name or --

12    A.    Specific instances?

13    Q.    Yeah.

14    A.    I recall let's say in a general way.

15    Q.    Yeah, go ahead.

16    A.    That I remember.

17    Q.    In a general way.

18    A.    At least two or -- at least three or four.

19    Q.    Three or four?

20    A.    Correct.

21    Q.    All right. Now, tell me about the three or 22 four income tax withholding calls that you recall.

1 Tell me what you recall.

2  A.  They were errors in paychecks. In other
3 words, paychecks were received by the national
4 business agents or RAAs or field secretaries where the
5 amounts withheld or the amounts received were
6 incorrect.

7  Q.  All right. So the total number of calls
8 that you recall regarding errors in paycheck, whatever
9 the errors were, were three or four.

10  A.  That I recall.

11  Q.  Yes, yes. There weren't three or four for
12 TSP and three or four for income tax withholding to
13 total six to eight. There were three or four total.

14  A.  No, there may have been.

15  Q.  What do you recall, because I'm going to ask
16 you about any one of these. I'm going to as you to
17 tell me what you recall about each one.

18  A.  I'm sorry, but I don't recall about each
19 instances.

20  Q.  Do you recall any names? Do you recall any
21 names?

22  A.  Oh, gosh. No.

1  Q.  Okay. Do you recall the character or the --
2 not the character, but the issue of any -- of any --
3  A.  Yes.
4  Q.  Regarding any of these calls? What are the
5 issues that you recall?
6  A.  Issues, incorrect TSP withholdings.
7  Q.  Okay.
8  A.  Incorrect tax withholdings.
9  Q.  Okay.
10  A.  Incorrect net amounts.
11  Q.  Debt amounts?
12  A.  In other words, the net pay, the check.
13  Q.  Okay, net pay wasn't correct.
14  A.  Correct, and --
15  Q.  Okay.
16  A.  Those are in general what I --
17  Q.  Okay. Do you recall anything else about
18 those phone calls?
19  A.  No.
20  Q.  Do you recall if upon getting those phone
21 calls, what Mr. Stubblefield did?
22  A.  Yes.

1    Q.    What did he do?

2    A.    He would begin researching why the errors
3 occurred.

4    Q.    All right.  What -- how would he begin
5 researching?

6    A.    Well, he would have gone to Mr. Royall and
7 questioned it, questioned Mr. Royall as to what was
8 going on.

9    Q.    All right.  Were you ever present when he
10 went to Mr. Royall?

11    A.    May have been.  I don't recall.

12    Q.    Did he ever go to Ms. Neidlinger?

13    A.    He may have.

14    Q.    But you never witnessed that either.

15    MR. HERMAN:  Objection.

16    BY MR. GAGLIARDO:

17    Q.    Did you ever witness that?

18    A.    I may have.

19    Q.    Do you ever recall Mr. Royall saying
20 anything about these phone calls?

21    A.    No.

22    Q.    Did you ever talk to Mr. Royall yourself

1  about the phone calls, friendly heads-up or anything
2  else?
3      A.    May have. I don't recall.
4      Q.    Did you ever help Mr. Royall correct any of
5  these payroll or paycheck errors?
6      A.    May have. I don't recall.
7      Q.    Did you ever assist Ms. Neidlinger -- Suk.
8  Did you ever help Suk correct any of these matters?
9      A.    I don't recall.
10     Q.    How did you become the director of finance?
11 Did you apply through a formal process?
12     A.    I did not.
13     Q.    Okay. How did you become director of
14 finance?
15     A.    I was offered the job.
16     Q.    By whom?
17     A.    By President William Young.
18     Q.    Was Ms. Broendel there as well when it was
19 offered to you?
20     A.    I don't recall, but probably.
21     Q.    All right. When you say it was offered by
22 President Young, what happened? What did he do, what