**EXHBIT 27**

Case 1:05-cv-01711-RBW   Document 13-32   Filed 11/17/2006   Page 2 of 2

CHARLES ROYALL
vs. NATIONAL ASSOCIATION OF LETTER CARRIERS

SUKJA NEIDLINGER
July 11, 2006

Page 25

1  papers that I worked on before him, before Mr. Royall,
2  that -- to see how they came out with that figure and
3  I figure out, so I -- you know, I was learning same
4  time. There's no -- you know.
5     Q.  You were learning the DBA system at the same
6  time as Mr. Royall?
7     A.  Well, I know the DBA system.
8     Q.  What were you learning at the same time?
9     A.  A lot of calculations and things where come
10 from, you know, some --
11    Q.  All right. Explain DBA system to me. Who
12 prepares the paperwork?
13    A.  Whenever we have a DBA changes and things,
14 it's his job.
15    Q.  Who --
16    A.  Mr. Royall's job, accounting manager.
17    Q.  The accounting manager is supposed to do --
18    A.  Actually figuring and things is his job, and
19 then put it on the paper and give it to me, then I
20 will change and I will do whatever -- enter, you know,
21 entering part.
22    Q.  And you're saying that Mr. Royall did not do

Page 26

1  that?
2     A.  He didn't do it for a long time, yes.
3     Q.  What do you mean, a long time?
4     A.  Because we -- I shouldn't say long time. He
5  only been there six month, and -- but --
6     Q.  Well, how long did it take him to learn the
7  changes?
8     A.  Long. Even until he left, I doubt very much
9  he understood the accounting manager should understand
10 that part. I don't think so.
11    Q.  So are you saying that -- were the benefit
12 deductions done for employees while Mr. Royall was
13 there?
14    A.  I'm sure.
15    Q.  So they got done.
16    A.  That's right.
17    Q.  And they got done because you learned how to
18 do it?
19    A.  We did it together. I show him where to go,
20 how to find things.
21    Q.  Uh-huh.
22    A.  Eventually I do need his signature or

Page 27

1  whatever on the initials or something like that.
2     Q.  And that happened. He gave you -- he did
3  initial or sign the papers he was required to initial
4  or sign.
5         MR. HERMAN: Objection.
6         BY MR. GAGLIARDO:
7     Q.  You have to say -- you said yes, did you
8  not? Mr. Royall initialled and signed what he was
9  required to initial and sign.
10    A.  Yeah, every time, yes.
11    Q.  Yes. Now, did you learn anything from
12 Mr. Royall?
13    A.  Not really.
14    Q.  Did he ever help you?
15    A.  No.
16    Q.  Did he ever --
17    A.  He helped me when I was gone. He wants to
18 learn payroll very much and -- and he did the payroll.
19 In that way, he did help me, yes.
20    Q.  All right. So he got the payroll out while
21 you were gone, correct?
22    A.  Right.

Page 28

1     Q.  And he did so timely. It got out on time.
2     A.  Yes, I suppose so, yes.
3     Q.  And it got out without any problems. Isn't
4  that also true?
5     A.  There were -- I remember there did -- few
6  corrections that I did have to make, something to fix
7  in there, but yes.
8     Q.  All right. And there have been times when
9  the payroll you've gotten out had to have corrections
10 and things had to be fixed after it got done also.
11 Isn't that true?
12    A.  Well, I'm only human. I'm sure it happens
13 sometimes.
14    Q.  Right.
15    A.  Not that often.
16    Q.  Right. Do you remember what had to be fixed
17 with the payroll that Mr. Royall did while you were
18 gone?
19    A.  No, I don't.
20    Q.  Minor things? They were minor adjustments
21 that had to be made?
22    A.  To me, when payroll's concerned, everything