**EXHBIT 28**

## State Tax Filings

G 07241

8, State Income Tax Report

2  0003 State Inc Tax Report
1,
Enter Desired Date From-to
Enter State code  33

1, State Income Tax Report - to
~~Sub~~ Submitt For Printing

(5.)

<u>State Unemploy't</u>

11   HR
3   Payroll
16   Gov'nt. Forms
5   SUI Cont.
2   Generic cont.

~~2~~ State unemployment
~~1~~ o (5)
~~1~~ Quarter (1, 2, 3, or 4)
38 Work state

(8)

*year-End '01*

*C.A. Royall*

## Vertex State Codes — Installation

*3rd Quarter 2001*
*+ Sept 2001*

*SD Edward*

| | State Name | Abbr. | Codes | | State Name | Abbr. | Codes | |
|---|---|---|---|---|---|---|---|---|
| | Alabama | AL | 01 | | Nevada | NV | 29 | |
| | Alaska | AK | 02 | | New Hampshire | NH | 30 | |
| A | Arizona • | AZ | (03) | M | New Jersey • ✓ | NJ | (31) | |
| M | Arkansas ✓ X | AR | (04) | Q | New Mexico ✓ | NM | (32) | |
| M | California • ✓ | CA | (05) | W | New York ✓ *Weekly* | NY | (33) | |
| M | Colorado • ✓ | CO | 06 | Q | North Carolina • ✓ | NC | (34) | |
| M | Connecticut | CT | (07) | | North Dakota | ND | 35 | |
| | Delaware | DE | 08 | M | Ohio • ✓ | OH | (36) | |
| M | District of Columbia • ✓ | DC | (09) | Q | Oklahoma • | OK | (37) | |
| | Florida | FL | (10) | M | Oregon • ✓ | OR | (38) | |
| Q | Georgia • ✓ | GA | (11) | BW | Pennsylvania • ✓ | PA | (39) | |
| | Hawaii | HI | 12 | | Rhode Island • ✓ | RI | 40 | |
| | Idaho | ID | 13 | Q | South Carolina • ✓ | SC | (41) | |
| M | Illinois • ✓ | IL | (14) | | South Dakota | SD | 42 | |
| M | Indiana • | IN | (15) | | Tennessee | TN | (43) | |
| | Iowa | IA | 16 | | Texas | TX | (44) | |
| | Kansas | KS | 17 | | Utah | UT | 45 | |
| Q | Kentucky • ✓ | KY | (18) | | Vermont | VT | 46 | |
| | Louisiana | LA | 19 | M | Virginia • ✓ | VA | (47) | ✓ VA |
| | Maine | ME | 20 | | Washington ✓ | WA | (48) | |
| M | Maryland • ✓ | MD | (21) | M | West Virginia • ✓ | WV | 49 | |
| M | Massachusetts • ✓ | MA | (22) | Q | Wisconsin | WI | (50) | |
| M | Michigan • ✓ | MI | (23) | | Wyoming | WY | 51 | |
| M | Minnesota • ✓ | MN | (24) | | American Samoa | AS | 60 | |
| | Mississippi | MS | 25 | | Canal Zone | CZ | 61 | |
| M | Missouri • | MO | (26) | | Guam | GU | 66 | |
| | Montana | MT | 27 | | Trust Territories | TT | 75 | |
| | Nebraska | NE | 28 | | Puerto Rico | PR | 72 | |
| | | | | | Virgin Islands | VI | 78 | |

*Filed 12 months '01 •*
*2 months Jan & Feb '02 ✓*
*Annual Reconciliation Form X*

M Detroit • ✓       0380
Q Philadelphia     3000 ✓
W New York City   2010
M Ohio School Dist 2502

© Copyright 1992 Vertex Inc.   Updated 5/92   INSTALLATION 29