**EXHIBIT 29**

Case 1:05-cv-01711-RBW    Document 13-34    Filed 11/17/2006    Page 2 of 2

| CHARLES ROYALL | FRANCIS ALEXANDER SCLAFANI |
| --- | --- |
| vs. NATIONAL ASSOCIATION OF LETTER CARRIERS | July 11, 2006 |

Page 17

1 therefore, he took it upon himself to file them and
2 asked me for assistance in either completing them or
3 filing them from scratch.
4     Q.  All right.  And when was this point in time?
5     A.  This would have been probably the end of the
6 second quarter, roughly July.
7     Q.  Second quarter of '02.
8     A.  Of '02.
9     Q.  And when you say they weren't being
10 completed by Mr. Royall, what do you know about the
11 returns?
12     A.  What do I know about the returns?
13     Q.  Yes.  What do you know about Mr. Royall's --
14     A.  It's a question of workload.  Mr. Royall was
15 busy doing other things and there were deadlines, and
16 Mr. Stubblefield felt that he needed to either assist
17 or complete them himself to get -- to get these things
18 filed on time.
19     Q.  When you say himself, Mr. -- you're
20 referring to --
21     A.  Mr. Stubblefield.
22     Q.  Mr. Stubblefield, all right, because

Page 18

1 Mr. Royall was given other work to do.
2     A.  Or had other work to do.
3     Q.  Or had other work to do, okay.  Do you know
4 what that other work was, by chance?
5     A.  His regular work, state taxes, or he has to
6 file union -- pay ATF -- file, let me see.  ATF
7 withholdings, COLCPE withholdings, various other
8 paperwork.
9     Q.  Do the court reporter a favor.  When you
10 refer to COLCPE, you're referring to a set of
11 initials.  Would you give them to her please?
12     A.  I'm sorry.  C-O-L-C-P-E.
13     Q.  Thank you.  Now, other -- is there anything
14 more that comes under the category as you mean it of
15 assisting Mr. Royall with tax preparation other than
16 what you've told us so far?  And I can recap it or
17 we'll have the reporter read it back.
18     A.  There's -- hold on a second.  I have to
19 remember, because this has been a long time ago.  I
20 remember, without being specific, that there were
21 schedules to prepare.
22     Q.  Tax schedules?

Page 19

1     A.  Tax schedules or audit schedules to prepare
2 that were pretty onerous.
3     Q.  What do you mean by that?
4     A.  Difficult to prepare.
5     Q.  Okay.
6     A.  But I can't remember specifics offhand.  I'd
7 have to look.
8     Q.  Where would you look?
9     A.  Probably in -- well, we looked.  We couldn't
10 find some of these type of things.
11     Q.  I'm having a little hard time hearing you
12 because you drop your voice.
13     A.  Well, I'm trying to remember, and I can't.
14     Q.  Okay.
15     A.  And that's a difficulty right there.
16     Q.  Let me interrupt this line for a second.
17 Were you asked to look for documents in response to
18 this lawsuit?
19     A.  Correct.
20     Q.  And Ms. Broendel asked you to do so?
21     A.  Correct.
22     Q.  Did anybody else ask you to do so?

Page 20

1     A.  No.
2     Q.  Okay.  What were you asked to look for?
3     A.  To look for any computer files or any hard
4 copy documents.
5     Q.  Regarding what?
6     A.  Regarding -- that were signed or prepared by
7 Mr. Royall.
8     Q.  Okay.  And you did that?
9     A.  Yes.
10     Q.  And you did so diligently.
11     A.  Correct.
12     Q.  And you looked through a computerized
13 database or computerized storage system?
14     A.  Correct.
15     Q.  And you also looked through paper files.
16     A.  Correct.
17     Q.  And did you produce -- everything that you
18 found -- what did you do with the things that you
19 found?
20     A.  I turned it in to Ms. Broendel.
21     Q.  Okay.  Did you turn them over to anybody
22 else?