# EXHIBIT 30

# MEMORANDUM

**TO**:   Jane Broendel

**FROM**: Ron Stubblefield

**DATE**: April 30, 2002

**SUBJECT**: Status

---

UPDATE:

1. FINANCIAL AUDIT— BANK RECONS, COMPLETED THROUGH MARCH 2002. NEXT IS TO UPDATE JOURNAL ENTRIES SO THAT BOND BEEBE REQUESTS CAN BE WORKED ON.

2. BENEFITS/PAYROLL

    A. OFFICERS--FRANK IS WORKING ON TSP, SHOULD BE READY FOR MY REVIEW TODAY. FRANK WILL THEN WORK ON BALANCE OF BENEFIT/INCOME ADJUSTMENTS INCLUDING RETRO.

    B. OPEIU, LOCAL 2--TWO NEW PEOPLE (S. DUNNING & J. TERRY HAVE BEEN UPDATED. THE OVERTIME RETRO FOR OTHERS HAS BEEN CALCULATED AND REVIEWED WITH SHOP STEWARD (NOT YET UPDATED TO JD EDWARDS) STILL WORKING ON TEMPORARY JOB UPGRADE RETRO. MARCH COLA ADJUSTMENT HAS BEEN RESEARCHED AND IS NOT APPLICABLE

    C. BUILDING PERSONAL, LOCAL 182— COLA NOT APPLICABLE AS ITEM B. ABOVE. OTHER ADJUSTMENT PENDING.

3. CONVENTION--

NO CHANGE FROM LAST STATUS. WILL WORK TO GET FURNITURE/OFFICE EQUIPMENT REQUEST BY TOMORROW

4. EEO-1 REQUEST--COMPLETED.

NALC 83

APRIL 30, 2002 (CONTINUED)

OTHER ITEMS:

1. HAD TO COMPLETE QUARTERLY CONSOLIDATED 941/940 (FEDERAL TAX & UNEMPLOYMENT. CHARLES ROYALL WAS NOT ORIENTED ON THIS YET, SO TO AVOID PENALTIES, I COMPLETED.

2. INSURANCE--UPDATED BUILDING COVERAGE AND RESPONDED TO WORKMAN COMP INS CALLS RE: MARYLEE GREENLEE

3. LOST W-2 FORM REQUESTS

4. 1099 MISC FORM QUESTIONS .. NOTE RICHARDO GUZZMAN SAYS HE HAS NO RECORD OF MARCH 2001 $750 PAYMENT. THIS CHECK CLEARED IN MAY 2001. WE PULLED CANCELED CHECK AND CHECK APPEARS TO HAVE HIS SIGNATURE AS ENDORSER.. COPY ATTACHED.

5. NEW REQUEST FROM IRS RECEIVED APRIL 29, 2001 REGARDING ADDING BRANCHES TO OUR "GROUP TAX EXEMPTION". SOME NEW BRANCHES DO NOT HAVE FEDERAL I.D. NUMBERS ON SUBMISSION. MR. BILL YATES HANDLED THIS ASSIGNMENT LAST FALL 2001.

6. AS NOTED LAST REPORT, COMPLETED A 34 PAGE FEC REPORT FOR COLCPE DUE APRIL 20, 2002 WITH ANOTHER LENGTHLY REPORT DUE MAY 20, 2002