**EXHIBIT 31**

Page 99

1 entries for his transactions.  Those always had to be
2 done for him.  Some of the work was incomplete, and as
3 I say, not timely.
4      Q.      Now, tell me again when you wrote this.
5      A.      Probably late August I'm guessing.
6      Q.      All right.  And when -- what work did you
7 notice was not cross-footed?
8      A.      I don't recall specifics.
9      Q.      What -- when you say he didn't make journal
10 entries, somebody else did it for him?
11     A.      Correct.
12     Q.      Did you ever bring the cross-footing to his
13 attention, or the lack of cross-footing?
14     A.      It would have been Mr. Stubblefield.
15     Q.      So you did not.
16     A.      I don't recall.
17     Q.      And you never witnessed Mr. Stubblefield
18 doing that?
19     A.      I may have.  I don't recall.
20     Q.      Did you ever bring to Mr. Royall's attention
21 the fact that he wasn't making journal entries and
22 that somebody else was doing --

1    A.    I may have.  I don't recall.

2    Q.    Did you ever witness Mr. Stubblefield doing
3 that?

4    A.    I don't recall.

5    Q.    Did you ever tell Mr. Royall that his work
6 was incomplete?

7    A.    I did work with Mr. Royall to complete some
8 of his work.  I don't remember the specifics.

9    Q.    All right.

10    A.    It was more of an assistance type thing,
11 guidance, general guidance, telling him what the
12 ultimate objective was, to complete the worksheet,
13 translate, transfer -- transfer any of the
14 information, footing it, tying back.  I don't remember
15 specifics on those, but I remember working with him.

16    Q.    Did you ever witness Mr. Stubblefield
17 telling Mr. Royall that some of his work was
18 incomplete?

19    A.    I did not.

20    Q.    Did you ever tell Mr. Royall that his work
21 wasn't timely?

22    A.    I did not.