**EXHIBIT 32**

Page 1

# Annuity Trust Fund Branch Deductions
## For Pay Period PP #8, 2002

LOTUS     G:\SANTIAGO\WORK\ATF\ATF.WK4

| Branch Name | Basic Pay | ATF Contribution |
|---|---|---|
| 1 | $10,259.28 | $1,231.11 |
| 11 | $10,411.77 | $1,249.41 |
| 12 | $839.60 | $100.75 |
| 36 | $18,069.60 | $2,168.35 |
| 38 | $16,789.20 | $2,014.70 |
| 40 | $9,298.40 | $1,115.81 |
| 41 | $7,333.69 | $880.04 |
| 43 | $5,288.02 | $634.56 |
| 84 | $7,175.62 | $861.07 |
| 134 | $2,109.58 | $253.15 |
| 137 | $3,951.78 | $474.21 |
| 157 | $6,817.73 | $818.13 |
| 157 | | |
| 157 | | |
| 411 (X ?) | $1,899.00 | $227.88 |
| 562 | $1,007.52 | $120.90 |
| 1071 | $16,784.63 | $2,014.16 |
| 1100 | $24,468.83 | $2,936.26 |
| 4319 | $2,519.04 | $302.28 |
| 6000 | $18,534.34 | $2,224.12 |
| **Total** | **$163,557.63** | **$19,626.91** |

Prepared By: _[signature]_

Date: 04/29/02

**NOTE:**  X ?, No Report Received From The Branch.

BRANCH ATF CONTRIBUTIONS
For th Month of March, 2002
**Pay Period # 8**

g/rOYALLE\WORK\ATF\BRANCH

| BRANCH | NAME | SOC SEC NUMBER | SALARY | BRANCH CONTRIBUTION |
|---|---|---|---|---|
| 1 | Laemmel, Sandra D | 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 | $1,929.60 | $231.55 |
|   | Stephen, Ronald | 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 | $1,834.58 | $220.15 |
|   | Burt, Stephen W | 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 | $1,538.24 | $184.59 |
|   | Blassingame, Jr., Carl E | 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 | $1,274.14 | $152.90 |
|   | Fears Sr., Cornell | 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 | $1,413.82 | $169.66 |
|   | Slavin,, Michael J. | 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 | $855.08 | $102.61 |
|   | Davidspm, Kenneth W. | 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 | $1,413.82 | $169.66 |
|   |   |   |   | $0.00 |
|   | subtotal |   | $10,259.28 | $1,231.12 |
| 11 | Worsham, James | 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 | $2,615.53 | $313.86 |
|   | Kranicki, Dennis | 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 | $2,358.76 | $283.05 |
|   | Canada, Jimmie | 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 | $2,179.18 | $261.50 |
|   | McKinney, John | 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 | $2,179.18 | $261.50 |
|   | Hodges, Crystal | 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 | $1,079.12 | $129.49 |
|   |   |   |   | $0.00 |
|   | subtotal |   | $10,411.77 | $1,249.40 |
| 12 | Servideo, James | 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 | $839.60 | $100.75 |
| 36 | Orapello, Frank | 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 | $2,546.40 | $305.57 |
|   | Heege, Charles | 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 | $2,515.20 | $301.82 |
|   | Springman, John | 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 | $2,407.20 | $288.86 |
|   | McNally, Patrick | 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 | $2,407.20 | $288.86 |
|   | Santiago, Ruben | 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 | $2,433.60 | $292.03 |
|   | Clark, Willie | 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 | $0.00 | $0.00 |
|   | Taroc, Dinaturma | 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 | $1,000.00 | $120.00 |

| # | Name | SSN | Amount 1 | Amount 2 |
|---|---|---|---|---|
|  | Tencia, David | 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 | $1,360.00 | $163.20 |
|  | Delan, Elaine | 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 | $1,120.00 | $134.40 |
|  | Dimmler, Matthew | 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 | $520.00 | $62.40 |
|  | Marino, Albert | 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 | $0.00 | $0.00 |
|  | Lucas, Patrick | 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 | $960.00 | $115.20 |
|  | Ramos, Jose | 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 | $800.00 | $96.00 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $18,069.60 | $2,168.34 |
| 38 | Didriksen, Bruce | 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 | $1,978.40 | $237.41 |
|  | Borgognoni, Robert | 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 | $1,953.60 | $234.43 |
|  | Maglio, Peter | 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 | $1,931.20 | $231.74 |
|  | Stasse, James | 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 | $1,931.20 | $231.74 |
|  | Quinn, Dennis | 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 | $1,931.20 | $231.74 |
|  | Keegan, Paul | 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 | $1,931.20 | $231.74 |
|  | Biggs, Paul | 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 | $1,931.20 | $231.74 |
|  | O'Neill, Michael | 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 | $1,931.20 | $231.74 |
|  | Silvestri, Ralph | 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 | $820.00 | $98.40 |
|  | Massa, Anthony | 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 | $450.00 | $54.00 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $16,789.20 | $2,014.68 |
| 40 | Barnes, William | 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 | $1,864.00 | $223.68 |
|  | Diamond, Patricia | 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 | $1,190.40 | $142.85 |
|  | Hopkins, James | 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 | $1,864.00 | $223.68 |
|  | Perk, Dennis A | 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 | $2,087.20 | $250.46 |
|  | Rupp, Daniel T | 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 | $2,292.80 | $275.14 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $9,298.40 | $1,115.81 |
| 41 | Mangano, Angelo | 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 | $2,694.00 | $323.28 |
|  | DeRossi, Joseph | 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 | $2,694.00 | $323.28 |
|  | Witkowski, Stephen | 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 | $1,945.69 | $233.48 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $7,333.69 | $880.04 |
| 43 | Gabbard, Gary | 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 | $2,223.38 | $266.81 |

④

| | | | | |
|---|---|---|---|---|
| | Gabbard, Lynne | 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 | $965.60 | $115.87 |
| | Giesting, Jerry | 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 | $2,099.04 | $251.88 |
| | | | | $0.00 |
| 84 | | subtotal | $5,288.02 | $634.56 |
| | Race, John | 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 | $2,179.29 | $261.51 |
| | McDowell, John | 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 | $1,930.87 | $231.70 |
| | Wenzel, David | 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 | $1,889.46 | $226.74 |
| | Mancuso, Monica | 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 | $1,176.00 | $141.12 |
| | | | | $0.00 |
| 134 | | subtotal | $7,175.62 | $861.07 |
| | Lostumbo, James M | 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 | $2,109.58 | $253.15 |
| 137 | Pacile, Dominic | 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 | $2,767.28 | $332.07 |
| | Shay, William W | 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 | $1,184.50 | $142.14 |
| | | | | $0.00 |
| 157 | | subtotal | $3,951.78 | $474.21 |
| | McKenna, Philip | 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 | $1,160.39 | $0.00 |
| | Dodaro, Denise | 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 | $2,049.76 | $139.25 |
| | Geoghegan, John | 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 | $1,803.79 | $245.97 |
| | McGarvey, James | 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 | | $216.45 |
| | | | | $0.00 |
| | McKinney, William | 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 | $1,803.79 | $216.45 |
| | | | | $0.00 |
| 411 | | subtotal | $6,817.73 | $818.12 |
| | Ryan, Jerry | 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 | $1,899.00 | $227.88 |
| 562 | Weiner, Andrew | 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 | $1,007.52 | $120.90 |
| 1071 | Burroughs, William | 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 | $2,464.18 | $295.70 |
| | Gill, Michael | 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 | $2,442.73 | $293.13 |
| | Bostic, Timothy | 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 | $2,393.33 | $287.20 |

(5)

|  |  |  |  |  |
|---|---|---|---|---|
|  | Luyanda, Santos | 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 | $2,442.73 | $293.13 |
|  | Miale, Laurie | 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 | $2,442.73 | $293.13 |
|  | Travers, Mark | 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 | $2,393.33 | $287.20 |
|  | Roman, Denise | 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 | $1,231.20 | $147.74 |
|  | Lopez, Marley | 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 | $974.40 | $116.93 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $16,784.63 | $2,014.16 |
| 1100 | Baiz, Kirk | 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 | $2,138.74 | $256.65 |
|  | De la O, David | 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 | $2,138.74 | $256.65 |
|  | Heintz, William | 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 | $2,138.74 | $256.65 |
|  | Henry, James | 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 | $2,138.74 | $256.65 |
|  | Jackson, Chris | 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 | $2,138.74 | $256.65 |
|  | Jackson, John | 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 | $2,148.36 | $257.80 |
|  | Lippincott, Bonnie | 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 | $2,148.36 | $257.80 |
|  | McMillian, Kevin | 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 | $2,138.74 | $256.65 |
|  | Miller, Charles | 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 | $2,213.74 | $265.65 |
|  | Ruby, Lathy | 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 | $819.60 | $98.35 |
|  | Stickler, Barbara | 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 | $2,138.74 | $256.65 |
|  | Wellen, John W | 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 | $2,167.59 | $260.11 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $24,468.83 | $2,936.26 |
| 4319 | McQuigg, Donald | 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 | $2,519.04 | $302.28 |
| 6000 | Prestana, Dominic A | 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 | $2,579.67 | $309.56 |
|  | Barton, Walter | 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 | $2,443.43 | $293.21 |
|  | Keyes, Tom | 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 | $2,443.43 | $293.21 |
|  | Carter, Larry | 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 | $2,443.43 | $293.21 |
|  | Hubert, Rick | 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 | $2,443.43 | $293.21 |
|  | Diamond, Dave | 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 | $2,443.43 | $293.21 |
|  | D'Avamzo, Nick | 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 | $1,868.76 | $224.25 |
|  | McLehose, Richard | 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 | $1,868.76 | $224.25 |
|  |  |  |  | $0.00 |
|  | subtotal |  | $18,534.34 | $2,224.11 |

|  |  |  |
|---|---|---|
|  | $163,557.63 | $19,626.84 |
| **GRAND TOTAL** | **$19,626.91** | |

Date: 05/15/02

Trace # _____

Prepared By: _____ Date: _____

Approved By: _____ Date: _____

# NALC HEALTH BENEFIT PLAN

PAGE 1 OF 3

# NALC HEALTH BENEFIT PLAN

| | |
|---|---|
| Revised Per Jane Broendel | #3771 |
| Prepared By: *Charles M. Royall* | **WEEK ENDING: JUNE 07, 2002** |
| Date Prepared: 6/07/02 — June 07, 2002 | 1.4104    8,103.36 |
| | 2.4104    640.92 (a) |
| Approved By: *JB* | 8.4104    381.00 |
| Date Approved: 6/10/02 | 4001.6104    162.84    *Noble* |
| | TOTAL    $9,288.12 |

PAGE 2 OF 3

| NALC DC BUILDING EMPLOYEES | COVERAGE | PREMIUM RATE | TOTALS |
|---|---|---|---|
| 1. Bowman, Charlie | Self | $76.20 | $76.20 |
| 2. Milinic, Bosko | Self | $76.20 | $76.20 |
| | | | $152.40 |
| 1. Galondo, Juan J. | Family | $162.84 | |
| 2. Hicok, Michael W. | Family | $162.84 | |
| 3. Jenkins, William | Family | $162.84 | |
| | | | $488.52 |
| **TOTAL PREMIUM FOR BUILDING EMPLOYEES** | | (a) | **$640.92** |

| NALC HEADQUARTERS EMPLOYEES | COVERAGE | PREMIUM RATE | PREMIUM RATE |
|---|---|---|---|
| 1. Bosson, Sherry | Family | | $162.84 |
| 2. Bowman, Vickie | Self | $76.20 | |
| 3. Boyette, Danielle J. | Family | | $162.84 |
| 4. Brown, Kathleen F. | Family | | $162.84 |
| 5. Bruce, Denna L. | Self | $76.20 | |
| 6. Caine, Janice | Self | $76.20 | |
| 7. Campbell, Jason R. | Self | $76.20 | |
| 8. Carriere, Kathleen L. | Family | | $162.84 |
| 9. Chaney, Cynthia D. | Self | $76.20 | |
| 10. Cikotas, Rosemarie | Family | | $162.84 |
| 11. Conlan, Dale A. | Self | $76.20 | |
| 12. Czechanski, Steven T. | Family | | $162.84 |
| 13. Daniels, Jerry | Family | | $162.84 |
| 14. DeCarlo, Linda | Self | $76.20 | |
| 15. Delio, James | Family | | $162.84 |
| 16. Dunn, Barbara | Self | $76.20 | |
| 17. Dunning, Shelia M. | Family | | $162.84 |
| 18. Edmonds, Michael | Family | | $162.84 |
| 19. Florini, Diane M. | Family | | $162.84 |
| 20. Fuller, Sibley | Family | | $162.84 |
| 21. Gallagher, Daniel J. | Family | | $162.84 |
| 22. Goldstein, Ralph | Family | | $162.84 |
| 23. Goltry, Elizabeth A. | Self | $76.20 | |
| 24. Gould, George B. | Family | | $162.84 |
| 25. Haberman, Kim Q. | Self | $76.20 | |
| 26. Hanson Ben K. | Family | | $162.84 |
| 27. Hereford, Dorothy D. | Family | | $162.84 |
| 28. Hojlo, Frances N. | Self | $76.20 | |
| 29. Johnston, Eric R. | Self | $76.20 | |
| 30. Keigher, Elaine F. | Family | | $162.84 |
| 31. Koci, Felice | Self | $76.20 | |
| 32. Kotchmar, Richard | Self | $76.20 | |
| 33. Lemelle, Iris M. | Self | $76.20 | |
| 34. LiCalzi, Maria | Family | | $162.84 |
| Page 2 | Totals | **$1,143.00** | **$3,093.96** |

| NALC HEADQUARTERS EMPLOYEES | COVERAGE | PREMIUM RATE | PREMIUM RATE |
|---|---|---|---|
| 35. McCormally, Sean P. | Family | | $162.84 |
| 36. Medina, Carla | Family | | $162.84 |
| 37. Miller, Floyd | Family | | $162.84 |
| 38. Molina, Dale | Family | | $162.84 |
| 39. Moore, Linda | Self | $76.20 | |
| 40. Neidlinger, Suk J. | Family | | $162.84 |
| 41. Nicely, Wayne | Family | | $162.84 |
| 42. **Noble, David W.**           **Terminated** | Family | | $162.84 |
| 43. Penca, Trisha | Family | | $162.84 |
| 44. Pidcock, Jane | Family | | $162.84 |
| 45. Porch, Anne T. | Family | | $162.84 |
| 46. Prince, Paula | Family | | $162.84 |
| 47. Proctor, Keith | Self | $76.20 | |
| 48. Ramey, Bradley | Self | $76.20 | |
| 49. Reardon, Geraldine G. | Self | $76.20 | |
| 50. Royall, Charles M. | Self | $76.20 | |
| 51. Rush, Candace H. | Family | | $162.84 |
| 52. Sauber, James | Family | | $162.84 |
| 53. Segal, Allen D. | Self | $76.20 | |
| 54. Shea, Michael D. | Self | $76.20 | |
| 55. Spiess, Katherine Ann | Family | | $162.84 |
| 56. Stewart, Linda P. | Family | | $162.84 |
| 57. Stevens, Yvonne D. | Family | | $162.84 |
| 58. Stubblefield, Ronald L. | Family | | $162.84 |
| 59. Swerdloff, Lorraine P. | Family | | $162.84 |
| 60. Takach, Karen K. | Family | | $162.84 |
| 61. Tarbrake, christopher P. | Self | $76.20 | |
| 62. Terry, Jacqueline C. | Family | | $162.84 |
| 63. Tomlinson, Donald | Self | $76.20 | |
| 64. Von Bergen, Drew | Self | $76.20 | |
| 65. Waesco, Bonnie | Family | | $162.84 |
| 66. Williams, Dianne | Self | $76.20 | |
| 67. Wood, Brenda J. | Self | $76.20 | |
| 68. Sega, Kimberlee A.    *Added at 06/07/02 | Self | $76.20 | |
| Page 2 | Totals | $990.60 | $3,419.64 |

|  |  | Self | Family |
|---|---|---|---|
| **Grand Totals For Week Ending 06/07/02** | | **$2,286.00** | **$7,002.12** |
| **Combined Totals** | | | $9,288.12 |

# NALC HEALTH BENEFIT PLAN
## STAFF HEALTH INSURANCE PREMIUMS
PREMIUM RATES EFFECTIVE JANUARY 1, 2002

**CHECK ONE:** ☐ NALC  ☒ NALC DC BLDG  ☐ MBA  ☐ NALCREST

**COVERAGE PERIOD:** WEEK(S) ENDED _06/07/02_   MONTH OF _June, 2002_

| PREMIUM CALCULATION WORKSHEET | WEEKLY PREMIUM | | MONTHLY PREMIUM | |
|---|---|---|---|---|
|  | 321-SELF ONLY | 322-SELF & FAMILY | 321-SELF ONLY | 322-SELF & FAMILY |
| TOTAL # COVERED — PRIOR PERIOD | 2 | 3 | | |
| ADD: (1) LIST BELOW | | | | |
| DEDUCT: (2) LIST BELOW | | | | |
| TOTAL # COVERED — THIS PERIOD | 2 | 3 | | |
| PREMIUM RATE PER EMPLOYEE | x $76.20 | x $162.84 | x $330.19 | x $705.63 |
| TOTALS | $152.40 | $488.52 | $ | $ |

**TOTAL PREMIUM ENCLOSED** $ 640.92    $

**(1) ADD:**

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**(2) DEDUCT:**

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*REASON CODES:**
1. NEW HIRE
2. CHANGED OPTIONS (EX: 321 TO 322)
3. TERMINATION
4. RETIRED
5. OTHER (PLEASE DESCRIBE)

WHITE COPY (ORIGINAL) — REMIT WITH PAYMENT     YELLOW COPY — RETAIN FOR YOUR RECORDS

Form A-29 1/02

# NALC HEALTH BENEFIT PLAN
## STAFF HEALTH INSURANCE PREMIUMS
### PREMIUM RATES EFFECTIVE JANUARY 1, 2002

CHECK ONE: ☒ NALC ☐ NALC DC BLDG ☐ MBA ☐ NALCREST

COVERAGE PERIOD: WEEK(S) ENDED 06/07/02    MONTH OF June, 2002

| PREMIUM CALCULATION WORKSHEET | WEEKLY PREMIUM | | MONTHLY PREMIUM | |
|---|---|---|---|---|
| | 321-SELF ONLY | 322-SELF & FAMILY | 321-SELF ONLY | 322-SELF & FAMILY |
| TOTAL # COVERED — PRIOR PERIOD | 28 | 40 | | |
| ADD: (1) LIST BELOW | | | | |
| DEDUCT: (2) LIST BELOW | | | | |
| TOTAL # COVERED — THIS PERIOD | 28 | 40 | | |
| PREMIUM RATE PER EMPLOYEE | x $76.20 | x $162.84 | x $330.19 | x $705.63 |
| TOTALS | $2,133.60 | $6,513.60 | $ | $ |
| TOTAL PREMIUM ENCLOSED | $8,647.20 | | $ | |

(1) ADD:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| Kimberlee A. Sega | ███-██-6043 | 06/03/02 | 1 |
| | | | |
| | | | |
| | | | |

(2) DEDUCT:

| EMPLOYEE NAME | SS# | EFFECTIVE DATE | *REASON CODE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*REASON CODES:
1. NEW HIRE
2. CHANGED OPTIONS (EX: 321 TO 322)
3. TERMINATION
4. RETIRED
5. OTHER (PLEASE DESCRIBE)

WHITE COPY (ORIGINAL) — REMIT WITH PAYMENT          YELLOW COPY — RETAIN FOR YOUR RECORDS

Form A-29 1/02   ● ⬛ 44-C

April 16, 2002
#1046 SUNTRUST
FEDERAL W/H & SOCIAL SECURITY & TRANSFER TO COVER PAYROLL
Santiago/work/W/H Taxes

|  | STAFF | OFFICERS | LBA | FIELD SEC | TOTAL | PROOF | PROOF |
|---|---|---|---|---|---|---|---|
| FED INC TAX (1.4105) | 8,089.14 |  |  |  | 27,739.91 |  |  |
| FED INC TAX (2.4105) |  | 16,630.12 | 1,921.19 | 1,099.46 | 826.12 |  |  |
| FED INC TAX (8.4105) |  |  |  |  | 345.41 | 28,911.44 | Federal |
| FICA & MEDICARE(1.4106) | 4,142.89 |  |  |  | 13,053.67 |  |  |
| FICA & MEDICARE(2.4106) |  | 6,894.30 | 1,250.75 | 765.73 | 537.18 |  |  |
| FICA & MEDICARE(8.4106) | 221.40 |  |  |  | 221.40 | 13,812.25 | Fica & Med |
| FICA & MEDICARE (1.4134) | 4,142.89 |  |  |  | 13,053.67 |  |  |
| FICA & MEDICARE (2.4134) |  | 6,894.30 | 1,250.75 | 765.73 | 537.18 |  |  |
| FICA & MEDICARE (8.4134) | 221.40 |  |  |  | 221.40 | 13,812.25 | Fica & Med |
| Knott Disability (2.4134) |  |  |  |  |  |  |  |
| Totals: | 19,063.61 |  |  |  | 118,133.18 | 174,669.12 |  |
| NET PAY (1.1013) (From Payroll Register) | 44,310.60 | 53,380.02 | 12,701.91 | 7,740.65 |  |  |  |
|  |  | AMOUNT OF CHECK = | 174,669.12 |  |  |  |  |
| Taxable Gross Wages | 38,127.22 | 30,418.72 | 4,422.69 | 2,630.92 | 56,535.94 | 56,535.94 |  |
|  | 63,975.08 | 88956.24 | 16,349.54 | 9950.78 | 179,231.64 |  |  |

Prepared By: [signature]    Date: 05/13/02

Approved By: _____    Date: _____

Acknowlegement # _____
Settlement Date: _____
Date Submitted: _____

PRCOM.WK4

## WEEKLY PAYROLL COMPUTATIONS WITH PAYROLL REGISTERS
## PAGES 1 THRU 4

Pay Day: MAY 16, 2002

### COMPUTATIONS FOR PAGE NUMBER 1: (Sheet, STAFF)

|       |        | FED/w/h  | SOC SEC | MEDIC  | TOTALS |
|-------|--------|----------|---------|--------|--------|
| 0002  | BLDNG. | 826.12   | 435.35  | 101.83 | 537.18 |
| 0008  | LEGIS. | 345.41   | 179.44  | 41.96  | 221.40 |
|       |        | 1,171.53 | 614.79  | 143.79 | 758.58 |

| FED        | 1.4105 | 8,089.14  |
| FED        | 2.4105 | 826.12    |
| FED        | 8.4105 | 345.41    |
| FICA       | 1.4106 | 4,142.89  |
| FICA       | 2.4106 | 537.18    |
| FICA       | 8.4106 | 221.40    |
| NALC - FICA| 1.4134 | 4,142.89  |
| NALC - FICA| 2.4134 | 537.18    |
| NALC - FICA| 8.4134 | 221.40    |
|            |        | 19,063.61 |

Totals For All Departments

FICA      22,388.64
MEDICARE   5,235.86
FEDERAL   28,911.44
          56,535.94

PROOF:  3,972.46
          929.01
        4,901.47

@ 2 = 9,802.94

### COMPUTATIONS FOR PAGE NUMBER 2: (Sheet, OFFICERS)

| FED         | 1.4105 | 16,630.12 |
| FICA        | 1.4106 |  6,894.30 |
| NALC - FICA | 1.4134 |  6,894.30 |
|             |        | 30,418.72 |

PROOF: 5,587.56
       1,306.74
       6,894.30

**COMPUTATIONS FOR PAGE NUMBER 3: (Sheet, LBA)**

| | | | PROOF: |
|---|---|---|---|
| FED | 1.4105 | 1,921.19 | 1013.69 |
| FICA | 1.4106 | 1,250.75 | 237.06 |
| NALC - FICA | 1.4134 | 1,250.75 | 1,250.75 |
| | | 4,422.69 | |

**COMPUTATIONS FOR PAGE NUMBER 4: (Sheet, FIELD SECRETARY)**

| | | | FED W/H | FICA | MEDICARE |
|---|---|---|---|---|---|
| FED | 1.4105 | 1099.46 | 9,260.67 | 3,972.46 | 929.01 |
| FICA | 1.4106 | 765.73 | 16,630.12 | 5,587.56 | 1,306.74 |
| NALC - FICA | 1.4134 | 765.73 | 1,921.19 | 1013.69 | 237.06 |
| | | 2,630.92 | 1,099.46 | 620.61 | 145.12 |
| | | | 28,911.44 | 11,194.32 | 2,617.93 |

Total Tax Deposit   56,535.94

PROOF:   620.61
         145.12
         765.73

*(Page is rotated 90°. Payroll Register — STAFF)*

```
Company -                       Payroll Register                      Date     -  5/13/02
BU      -                            STAFF                            Period   -  05/10/02
                                                                      Payroll ID- 022
                              STAFF w/e 5/10/02
```

| Type | Earnings | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|
| 0001 | Regular | 2042.84 | 56,635.76 | 1,077,715.95 |
| 0002 | Overtime | 10.00 | 533.26 | 8,454.95 |
| 0003 | Double Time | 2.00 | 55.89 | 1,203.20 |
| 0007 | RETRO WAGES | .15- | 350.81 | 65,489.74 |
| 0801 | sick leave | 73.16 | 2,014.19 | 27,660.66 |
| 0802 | annual leave | 114.00 | 3,889.12 | 80,199.54 |
| 1006 | FERS ANN 1/O | | 87.09 | 1,741.80 |
| 1007 | C/S ANN 1/O | | 56.97 | 1,139.40 |
| 1009 | C/S ANN 2/O | | 116.72 | 2,334.40 |
| 1015 | C/S LIFE 2/O | | 10.70 | 283.55 |
| 1016 | C/S LIFE 1/O | | 10.46 | 209.20 |
| 1025 | FERS MATCH | | 40.70 | 814.00 |
| 1054 | TAX.LIFE INS | | 269.81 | 4,873.04 |

| Type | Deduction | Current Amount | YTD Amount |
|---|---|---|---|
| ** | Gross Wages | 63,479.03 | 1,262,724.04 |
| 4008 | Federal Inco | 9,260.67 | 184,710.56 |
| 4006 | Federal FICA | 3,972.46 | 78,995.43 |
| 4002 | District of | 721.34 | 14,436.97 |
| 3011 | Maryland Dep | 2,190.53 | 43,333.48 |
| 3010 | Virginia Dep | 1,032.38 | 20,699.28 |
| 3009 | Medicare EE | 929.01 | 18,474.70 |
| 3001 | Union Dues | | 3,811.50 |
| 2002 | Misc. Sav | 153.48 | 1,534.80 |
| 2001 | SAVINGS BOND | 235.00 | 3,550.00 |
| 1950 | TSP-FIXED $ | 15.00 | 300.00 |
| 1900 | TSP 1/O - 5% | 81.40 | 1,628.00 |
| 1800 | MISC. DED. | 88.68 | 2,806.42 |
| 1550 | UNITED WAY | 72.00 | 1,440.00 |
| 1500 | COLCPE | 7.00 | 116.00 |
| 1400 | M.B.A. | 42.56 | 851.20 |
| 1305 | MBA LIFE INS | 57.11 | 1,142.20 |
| 1300 | DEPENDENTLIF | | 64.00 |
| 1200 | HEALTHFAMILY | | 1,080.40 |
| 1150 | HEALTH SELF | 43.38 | 636.64 |
| 1100 | OPT-A Life | 28.22 | 7.00 |
| 1000 | OPT-C Life | .73 | 14.60 |
| 4002 | Opt B Life | .45 | 7.00 |
| 4006 | C/S ANN 1/O | 56.83 | 1,136.60 |
| 4008 | C/S ANN 2/O | 56.97 | 1,139.40 |
| | FERS ANN 1/O | 116.72 | 2,334.40 |
| | | 6.51 | 130.20 |
| | Total Ded''s | 19,168.43 | |

```
** Totals **       2241.85    63,479.03
                   Taxbl:     63,975.08      * Net Pay *    44,310.60

Total Employees       63     Tot Ck Cntrl #'s    63
                             Tot Computer Cks     4
                             Tot Auto Deposits   99
```

*(Handwritten annotations:)*

FICA = 22,388.64
Med = 5,235.86
Fed = 28,911.44
Pwl# 56,535.94 ✓
[signature] 5/13/02

```
Company -                              Payroll Register                   Page       61
BU      -                                   OFFICERS                      Date       5/10/02
                                                                          Period     05/17/02
                                                                          Payroll ID- 025
```

| Type | Earnings | Hours | Current Amount | YTD Amount | | Type | Deduction | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|
| Total Report | | | | | ** | Gross Wages | 86,406.10 | 1,676,773.04 |
| 0001 | Regular | 2188.00 | 78,015.76 | 1,456,568.91 | | 0007 | Federal Inco | 16,630.12 | 330,966.17 |
| 0007 | RETRO WAGES | | | 1,019.48 | | 0008 | Federal FICA | 5,587.56 | 108,538.56 |
| 0008 | Lost Time | | | 5,839.84 | | 0011 | Arizona Stat | 26.25 | 507.68 |
| 0011 | Ann/Sick Rei | | | 1,036.13 | | 0802 | California F | 252.59 | 5,051.80 |
| 0802 | annual leave | 52.00 | 1,723.71 | 81,708.31 | | 1003 | COLORADO | 131.00 | 2,620.00 |
| 1003 | FERS ANN-2/0 | | 89.20 | 1,784.00 | | 1606 | ILLINOIS DEP | 132.20 | 2,644.00 |
| 1606 | FERS ANN-1/0 | | 435.45 | 8,709.00 | | 1007 | Indiana Depa | 45.55 | 911.00 |
| 1007 | C/S ANN 1/0 | | 1,196.37 | 23,414.67 | | 1009 | KY Department | 77.41 | 1,548.20 |
| 1009 | C/S ANN-2/0 | | 875.40 | 17,683.08 | | 1015 | Maryland Dep | 186.19 | 3,723.80 |
| 1015 | C/S LIFE-2/0 | | 85.60 | 1,728.05 | | 1016 | Massachusett | 281.92 | 5,438.45 |
| 1016 | C/S LIFE-1/0 | | 130.75 | 2,615.00 | | 1024 | Michigan Dep | 168.75 | 3,375.00 |
| 1024 | FERS MATCH | | 32.56 | 651.20 | | 1025 | Minnesota De | 269.82 | 5,396.40 |
| 1025 | FERS MATCH | | 162.80 | 3,256.00 | | 1031 | Missouri Dep | 208.00 | 4,166.00 |
| 1031 | FERS MATCH | | 41.69 | 833.80 | | 1054 | New Jersey | 104.25 | 1,790.60 |
| 1054 | TAX-LIFE INS | | 666.83 | 13,174.60 | | 1061 | New York | 633.69 | 14,048.82 |
| 1061 | FICA REIMB. | | 5,403.13 | 105,848.24 | | 1062 | Ohio Dept. o | 78.69 | 1,573.80 |
| 1062 | MEDICARE REM | | 1,263.50 | 24,752.13 | | | Pennsylvania | 164.13 | 3,282.60 |
| | | | | | | | Virginia Dep | 489.61 | 9,792.20 |
| | | | | | | | California S | 57.43 | 1,168.74 |
| | | | | | | | New York Sta | 3.00 | 60.00 |
| | | | | | | | Ohio School | 13.98 | 209.70 |
| | | | | | | | phila city t | 81.76 | 1,635.20 |
| | | | | | | | Medicare EE | 1,306.74 | 25,384.04 |
| | | | | | 1150 | Misc. Sav | 100.00 | 3,231.13 |
| | | | | | 1200 | SAVINGS-BOND | 87.50 | 1,750.00 |
| | | | | | 1300 | TSP-FIXED $ | 40.50 | 810.00 |
| | | | | | 1303 | TSP 1/0 - 3% | 24.42 | 488.40 |
| | | | | | 1305 | TSP 1/0 - 5% | 407.00 | 7,773.70 |
| | | | | | 1306 | TSP 1/0 - 6% | 146.52 | 2,930.40 |
| | | | | | 1311 | TSP 1/0 -11% | 89.53 | 1,335.20 |
| | | | | | 1315 | TSP 2/0 -5% | 166.76 | 3,335.20 |
| | | | | | 1316 | TSP 2/0 -6% | 200.08 | 4,001.60 |
| | | | | | 1322 | TSP 2/0 -11% | 91.70 | 1,834.00 |
| | | | | | 1400 | MISC. DED. | 661.29 | 8,354.05 |
| | | | | | 1500 | UNITED WAY | 62.00 | 1,680.00 |
| | | | | | 1550 | COLCPE | 217.50 | 3,904.00 |
| | | | | | 1800 | M.B.A. | 222.00 | 4,440.00 |
| | | | | | 1900 | MBA LIFE INS | 160.41 | 3,033.20 |
| | | | | | 1950 | DEPENDENT LIF | | 576.00 |
| | | | | | 2001 | HEALTHFAMILY | 694.08 | 17,072.66 |
| | | | | | 2002 | HEALTH-SELF | 141.10 | 3,183.20 |
| | | | | | 3009 | OPT-A-Life | 21.70 | 413.95 |
| | | | | | 3010 | OPT-B-Life | 18.64 | 367.92 |
| | | | | | 3011 | Opt B-Life | 431.72 | 8,454.22 |
| | | | | | 4002 | C/S ANN 1/0 | 1,196.37 | 23,414.67 |
| | | | | | 4006 | C/S ANN-2/0 | 875.40 | 17,683.08 |
| | | | | | 4007 | FERS ANN-2/0 | 6.67 | 133.40 |
| | | | | | 4008 | FERS ANN-1/0 | 32.55 | 651.00 |
| ** Totals ** | | 2240.00 | 86,406.10 | | | | Total Ded./s | 33,026.08 | |
| | | Taxbl: | 88,956.24 | | | | | | |

Total Employees    56      Tot Ck Cntrl #'s    56        *-Net Pay-*   53,380.02

_(Page rotated 90°; payroll register)_

```
                                                    Payroll Register          Page      30
Company -                                                  LBA                Date   5/09/02
BU -                                                                          Period 05/10/02
                                                                              Payroll ID- 028

Type  Earnings    Hours    Current Amount   YTD Amount   Type  Deduction       Current Amount  YTD Amount
----  --------    -----    --------------   ----------   ----  ---------       --------------  ----------
0007  RETRO WAGES                                         **   Gross Wages         16,349.54   115,093.34
0008  Lost Time   730.50      16,349.54     107,855.54         Federal Inco         1,921.19    14,776.31
0011  Ann/Sick Rel                            7,136.36         Federal FICA         1,013.69     7,135.82
                                                               COLORADO                 31.00       681.00
Total Report                    101.44                         Illinois Dep            2.58         15.46
                                                               Maryland Dep           85.97        532.70
                                                               Massachusett           33.63         33.63
                                                               Michigan Dep           12.04        175.60
                                                               Minnesota De           83.45        466.05
                                                               New Jersey             30.96        119.69
                                                               New Mexico S             .44           .44
                                                               New York               12.27        492.50
                                                               North Carlin           21.00        159.80
                                                               Ohio Dept. o            3.75         32.56
                                                               Oklahoma                5.00         94.00
                                                               Oregon Dept.           17.84         17.84
                                                               Pennsylvania           42.30        390.74
                                                               Virginia Dep            3.68         18.40
                                                               Wisconsin De           32.10        351.45
                                                               New York Sta              81          5.22
                                                               Phila city t           56.87        542.69
                                                               Medicare EE           237.06      1,668.83
                                                               Total Ded''s        3,647.63

** Totals **    730.50       16,349.54                   * Net Pay *           12,701.91

Total Employees    40        Tot Ck Cntrl #'s     40
                             Tot Computer Cks     36
                             Tot Auto Deposits     4
```

```
063012                              Nat'l Assoc of Letter Carriers              Page    -       31
Company -                                Payroll Register                       Date    -  5/10/02
BU      -                                    Field Sec                          Period  -  05/10/02
                                                                                Payroll-ID- 030

Type   Earnings        Hours    Current Amount   YTD Amount    Type   Deduction           Current Amount   YTD Amount

Total Report                                                   **    Gross Wages           10,009.62      195,379.37
0001  Regular          668.00        9,952.38    185,832.20          Federal Inco           1,099.46       21,495.10
0007  RETRO WAGES                                    794.16-         Federal FICA             620.61       12,113.54
0801  sick leave         4.00           57.24      2,704.68          California F               8.06          160.04
0802  annual leave                                  7,636.65          California S                             396.00
                                                                      COLORADO    S                            20.00
                                                                      Illinois-Dep            18.43          362.17
                                                                      Massachusett            28.10          511.42
                                                                      Michigan-Dep            34.30          686.00
                                                                      Minnesota-De            23.34          466.80
                                                                      Missouri-Dep            24.00          482.00
                                                                      New York                80.41        1,647.55
                                                                      Pennsylvania            16.79          334.66
                                                                      Virginia-Dep            24.31          477.35
                                                                      California S             6.37          127.29
                                                                      New York Sta             1.80           36.00
                                                                      Michigan-Det            14.79          295.80
                                                                      new york cit            15.02          300.40
                                                                      phila city-t            27.22          542.53
                                                                      Medicare EE            145.12        2,832.97
                                                               1000   Union Dues                             140.00
                                                               1300   TSP-FIXED $             10.00          200.00
                                                               1301   TSP 1/0   1%             8.14          162.80
                                                               1305   TSP 1/0   5%            40.70          814.00
                                                               1500   UNITED WAY               2.00           38.00
                                                                      Total Ded''s         2,268.97

** Totals **        672.00       10,009.62                            * Net Pay *          7,740.65
                   Taxbl.         9,950.78

                                          Total Employees     19    Tot Ck Cntrl #'s    19
                                                                    Tot Computer Cks     5
                                                                    Tot Auto Deposits   19
```