# EXHIBIT 34

# MEMORANDUM

**TO:** Charles Royall

**FROM:** Ron Stubblefield  *[signed] Ron Stubblefield*

**DATE:** June 20, 2002

**SUBJECT:** Alan Apfelbaum payroll adjustment

**cc:** Jane Broendel

---

Per the attached, please stop the following deductions and income for Alan Apfelbaum as he has retired from the USPS.

| DBA CODE | DESCRIPTION |
| --- | --- |
| 1009 | C/S ANN 2/0 |
| 1015 | C/S LIFE 2/0 |
| 1950 | DEPENDENT LIFE |
| 2001 | HEALTH FAMILY |
| 3010 | OPT-C LIFE |
| 3011 | OPT-B LIFE |
| 4006 | C/S ANN 2/0 |

*[handwritten: Completed 6/21/02 — Royall]*

SEE ATTACHMENT.

ALSO, EXPECT A CHANGE IN STATE WITHHOLDING FROM VIRGINIA TO MARYLAND.

A RETRO ADJUSTMENT IS STILL NEEDED, I WILL WORK ON THIS.