# EXHIBIT 35

| | |
|---|---|
| From: | Dale MOLINA |
| To: | Ronald STUBBLEFIELD |
| Date: | 6/12/02 1:19PM |
| Subject: | Checks in Bursting Room on 1st Floor |

I thought I would let you know about the checks used by accounting that are in the Bursting Room on the 1st Floor.

There are 11 boxes of General Fund starting with #070000.

There are 6 boxes of General Fund Checks starting with #235701. Boxes 4, 5, and 6 have voided written on the side.

There is 1 box of General Fund Checks that has 50 of 55 on the side starting with #235701 through #236700. I assume this was part of the run that box 51 - 55 could not be located.

The General Fund Checks are also not in any type of order and some are lying on their sides which could cause problems in printing.

Colcpe Checks are there also. Boxes 2 through 7 starting with #012251. There are also 3 big boxes on the shelf that have overlapping check numbers on the outside. There are Branch and State checks that the Computer Department is responsible for ordering and maintaining that are on the shelf too. You do not have to concern yourself with these checks.

Payroll checks are also in there.

I am suggesting that you may want to put these checks in a more secure location. I think that there should be a person made responsible for being contacted when the checks are received so they can put them away in a more controlled fashion than just allowing the company just to put them anywhere.

Another concern is that at one time we knew what type of check by the beginning number. In the past General Fund Checks began with 100000 and ended with 199999. Payroll Checks began with 200000 and ended with 299999. The Branch Checks began with 300000 and ended with 399999. The State checks began with 400000 and ended with 499999 and the Colcpe checks began wit 500000 and ended with 599999. It seems as if we have gotten away from that type of numbering convention. Maybe that should be taken in consideration in the future when ordering checks. If you have any questions, I will be more than happy to answer them....Thanks...DALE

CC:        Steve CZECHANSKI

NALC 106