# EXHIBIT 37

Case 1:05-cv-01711-RBW   Document 13-42   Filed 11/17/2006   Page 1 of 4

# MEMORANDUM

TO:     Jane Broendel

FROM: Ron Stubblefield

DATE:   September 23, 2002

SUBJECT: STATUS REPORT

cc:

---

FRANK IS WORKING ON ACCOUNTING MANAGER DUTIES, WEEKLY/MONTHLY. SEE LIST ATTACHED. **PRIORITY COLCPE AND BOND EMPLOYEE DEDUCTIONS.**

HAD TO GIVE FRANK A HAND WITH ACCTG MGR DUTIES. COLCPE DONE AND HAD TO CORRECT JULY BOND ORDER IN ADDITION TO COMPLETING AUGUST ORDER.

ATTACHED ARE CHECKS AWAITING YOUR APPROVAL AS THEY NEED TO BE EXPEDITED. THIS INCLUDES A TSP LOAN REPAYMENT FOR DAN PITTMAN THAT WAS NOT ON ACCT MGR TO DO LIST (LIST ATTACHED).

**EXTRA:**
1.   CONTACTED RICHARD MERCADO RE: REGION OFFICE CHANGE. WE NEED **TO FILL OUT "NEW LOCATION QUESTIONNAIRE". SEE ATTACHED.**

2. COLCPE -AL SEGAL WILL BE COMING WITH A NEW REQUEST FOR ABOUT 40 COLCPE CHECKS. ALSO, PRINTER SHOULD HAVE OUR NEW COLCPE CHECKS TO US THIS WEEK.

3. LEGISLATIVE PER DIEM CHECKS??? LAST WORD WAS TO VOID THEM--**GO AHEAD AND VOID**?? THE ASSOCIATED PAYROLL CHECKS WERE PROCESSED. NOTE SUK & FRANK HAVE AN ERROR THAT REQUIRES MY EFFORTS TO CORRECT. I CANNOT OVER EMPHASIZE THAT I WOULD LIKE ALL CHANGES TO JDE PAYROLL GO THROUGH ME. ALSO, ATTACHED IS A SAMPLE OF A CORRECTION THAT NEEDS TO BE MADE BECAUSE WE NEED TO STAY ON TOP OF ANNUAL PAYROLL CHANGES. I.E. TAXABLE LIFE INSURANCE RATES CHANGED BUT OLD CHART HAD BEEN USED (ANALYSIS ATTACHED FYI).

3. CONVENTION TRAVEL CHECKS ($90) DISTRIBUTED. SONYA IS WORKING ON ASSOCIATED TAXABLE INCOME (NOTE OUT LAST WEEK FOR JURY DUTY)

NALC 101

4.   CAR RESERVATIONS MADE FOR NOMINATIONS & ELECTION COMMITTEE (ATTACHED FYI). THESE RESERVATIONS HAVE NOT BEEN COMMUNICATED TO THE RESPECTIVE PARTIES. COULD KATHY GIVE US A HAND ??

**HUMAN RESOURCES:**

1. 1.8%PAYRAISE RELATED ITEMS DONE; HOWEVER, STILL NEED TO WORK ON USPS LIFE INSURANCE OPTION B. ALSO ONE TIME COLA CALCULATED FOR PAYCHECKS 9/26/02 (SEE ATTACHED).

   ALSO, FROM PRIOR RETRO ADJUSTMENTS FROM OFFICERS, STILL NEED TO WORK OUT REPAYMENT SCHEDULE FOR ABOUT SIX PEOPLE..

2. USPS INVOICE DUE IN SOON ; LAST INVOICE THRU USPS PP 11. WILL INCLUDE IN OFFICERS' PAYCHECK WHEN PAID.

3. VETERANS REPORT DUE THIS MONTH .

4. EEO-1 REPORT DUE 9/30/02. INCLUDES REGIONS AND HBP. HBP'S DATA REQUESTED PRIOR TO CONVENTION BUT NOT YET RECEIVED. THIS REPORT USUALLY BASED ON RECENT ONE WEEK PAYROLL (1ST WEEK IN SEPTEMBER). TIME CONSUMING. **COMPLETED**

5. USPS COLA DUE SOON (ONE TIME AND FALL 2002 BASED ON CPI). **THIS WILL ALSO BE COMING DUE SOON FOR LOCAL 2 AND OTHERS.** I HAVE PRINTED OUT CPI'S FOR JULY & AUGUST

6.   THIS IS GETTING TO BE A VERY BUSY TIME OF THE YEAR AS WE NORMALLY START PREPARING THE FOLLOWING:

NALC 102

    A. SPECIAL W-2 INPUT. THE KEY ONES ARE AS FOLLOWS:

- LEASED CARS
- OFFICERS' TAXABLE IN TOWN EXPENSE
- RETIREES' LIFE INSURANCE > $50,000
- CONVENTION PER DIEM EXPENSES (NON ACCOUNTABLE PLANS)
- THIRD PARTY LIABILITY, IF ANY (I.E. LAST YEAR LEONARD KNOTT)
- WE MAY ALSO NEED TO SEE IF ANY SPECIAL TRAINING FOR J.D. EDWARDS IS NECESSARY FOR CHANGES TO W-2 AND 1099-MISC FORMS.

**THESE MUST NORMALLY BE CALCULATED AND INPUT INTO J.D. EDWARDS PRIOR TO CLOSING OUT THE PAYROLL CALENDAR YEAR IN J.D. EDWARDS. WITHOUT CLOSING J.D. EDWARDS CALENDAR YEAR, YOU CANNOT RUN PAYROLL FOR I.E. YEAR 2003.**

    B. SALARY REVIEWS

    C. IN NOVEMBER A ALERT TO EMPLOYEES REGARDING ANNUAL LEAVE USE FOR LOSE.

    D. WORKMAN COMP INS AUDIT NORMALLY IN DECEMBER, WHICH REQUIRES TIME CONSUMING PREPARATION PRIOR THERETO.

    E. **PREPARATION FOR XMAS PARTY.**

    F. YEAR END (DECEMBER) ANNUAL AND SICK LEAVE CARRYOVER

    G. HAVE NOT FORGOTTEN THE LOST TIME REPORT YOU REQUESTED

**COLCPE:**

FEC REPORT DUE 9/20/02-- **COMPETED**.

    **NOTIFIED BY BANK THAT OUR CURRENT SUPPLY OF COLCPE CHECKS**

NALC 103