# EXHIBIT 38

SunTrust

Thank you for banking with SunTrust
For Account Information, call the number in your area:
GA - 1-800-688-7878   TN/AL - 1-888-390-2265   FL or Chattanooga - 1-800-786-8787   MD, VA, Washington DC - 1-888-786-8787

DEPOSIT AMOUNT: $198,373.91
ACCOUNT NUMBER: 6772
    6373 000100 03 1649 05/15/02 02:30
BUSINESS DATE: 05/15/02
BATCH ID: 6373241B

This is your receipt showing bank, date, time, type of account and
amount subject to verification and final payment.
101029 (8/01)

234845
/15/02

ROOF

| DEDUCTIONS | AMOUNT PAID |
|---|---|
| | 198,373.91 |
| .91 | 198,373.91 |

ederal

a & Med

a & Med

,535.94

May '02

Date:

5/14/02

FYI
Jane,
16 May '02
Payroll Deposit
In Bank 05/15/02

MD Pay Deposit
In 5/16/02.
Pay Day 05/16/02

Charles

PLEASE DIS...
National Association of Letter Carriers
of the United States of America
100 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20001

PAY: From Payroll Register

ONE HUNDRED NINETY EIGHT THOUSAND
TO THE ORDER OF-

SUNTRUST
15th & NEW YORK AVENUE,
WASHINGTON DC 20005

⑆234845⑆ ⑈08

Settlement Date:

Date Submitted:

b). 1 of 2

**Appendix C**

# Tax Payment Report Worksheet

**EFTPS Voice Response System** (Photocopy this worksheet for future use.)

**①**  You dial:  **1-800-555-3453**
EFTPS responds:  "Welcome to the Electronic Federal Tax Payment System"
"If you are calling from a Touch Tone phone, press 1."
You enter:  1 (For Touch Tone phone)

*✗✗✗ Help Line Tele: 1-800-555-4477*

**②**  EFTPS prompts:  "Enter your 9-digit Taxpayer Identification Number"
You enter:  5 3 0 1 4 6 5 0  (9-digit Employer Identification Number)

**③**  EFTPS prompts:  "Enter your 4-digit PIN"
You enter:  3 7 1 2  (4-digit Personal Identification Number)

**④**  EFTPS prompts:  Lists the Main Menu Selections
You enter:  Press 1 (To initiate a tax payment) ✓

**⑤**  EFTPS prompts:  "Enter the Tax Type number followed by the pound (#) sign."
You enter:  ☐ ☐ 9 4 1  (3- to 6- digit tax type number from IRS Tax Form Table in Appendix A)
EFTPS responds:  "You entered Tax Type/Tax Description (Based on the selection in step #5)

**⑥**  EFTPS prompts:  "Enter Tax Payment Type"
You enter:  1 digit number Tax Payment Type (Tax Payment Type specific to Tax Form Code in Appendix B)

**⑦**  EFTPS prompts:  0  2  Enter The Tax Year ✓
You enter:  0  6  Enter The Quarter ✓

**⑧**  EFTPS prompts:  "Enter the Payment Amount followed by the pound (#) sign."
(You must enter cents even if you are reporting a whole dollar amount.)
You enter:  $ ☐ ☐ , ☐ 5 6 , 5 3 5 . 9 4 # ✓
(Your payment amount cannot exceed $99,999,999.99)

**⑨**  *To Disconnect Press 2*

**⑩**  EFTPS responds:  "Enter the 6-digit tax payment settlement date by month, day, year."
(Note, the next business date you enter must be at least one business day in the future).
You enter:  ☐ ☐ ☐ ☐ ☐ ☐  (6-digit tax payment settlement day in MMDDYY format)

*FICA  22,388.64*          *M Royall     16 May 02*
*Med.    5,235.86*          *Settlement*
*Fed. 28,911.44*            *# 35014284*
*Totals; $56,535.94*        *And*
                           *Date: May 16, 2002*   *b).*
                                                   *2 of 2*

446 Formerly C-3260 (Rev 8-01)

**MICHIGAN**

**Withholding Guide**



# Income Tax
# Withholding Guide

P.A. 281 OF 1967 (as amended)

**The Withholding Rate for calendar year 2002 is 4.1%.**

*Jane, it is my hope that I can file all states electronic by July 1, 2002. Chas 5/10/02*

*Choose the covenience of EFT*

EFT means Electronic Funds Transfer. If you choose to make all your payments by EFT, Treasury waives the monthly or quarterly requirement for a paper return. You simply transmit your payment each month and avoid the hassle of filing a paper return. This booklet includes information on remitting your tax payments by using Electronic Funds Transfer.

*For questions or information, contact:*
Return Processing Center
Michigan Department of Treasury
Lansing, MI 48922
517-373-3190

*OK – but before we do I need to know possible "problems" that could crop up.*

**www.treasury.state.mi.us**

♻ *Please recycle this booklet.*

c).

Ronald STUBBLEFIELD - savings bonds                                                                 Page 1

**From:**      Jane E. Broendel
**To:**        Ronald STUBBLEFIELD
**Date:**      4/3/02 6:41PM
**Subject:**   savings bonds                                        *great*

Jim Sauber called and was ecstatic. He received his savings bonds and they were backdated so that he
won't lose time on accrual of interest. He went to see you but you were gone and I asked him to send an
e-mail to you but in case he forgot, here it is.

*Charles*
*Ren*

*Good Job*

Ron Id STUBBLEFIELD - Thanks!                                                                    Page 1

| | |
|---|---|
| **From:** | Jim SAUBER |
| **To:** | STUBBLEFIELD, Ronald |
| **Date:** | 4/3/02 7:08PM |
| **Subject:** | Thanks! |

Dear Ron,

I just wanted you to know that I received my backlog of savings bonds from the Treasury this week and I appear to be caught up.  I really appreciate that you were able to fix the problem.  Since the bonds are back dated to the months I would have received them, I don't appear to have lost a penny in earnings. Thanks again.

Jim


**CC:**        Jane E. Broendel

# U.S. SAVINGS BONDS - I BONDS

February, 2002

G/Santigo/work/Bonds 1

| NAME | SOC SEC # | FORWARD From Jan. | DEDUCTIONS in February | TOTAL | COST OF BONDS | QUANTITY OF BONDS | DENOM CODE | FORWARD to March |
|------|-----------|-------------------|------------------------|-------|---------------|-------------------|------------|------------------|
| MCCORMALLY | ▮▮4743 | $50.00 | $100.00 | $150.00 | $100.00 | 1 | 4 | $50.00 |
| SAUBER | ▮4669 | $90.00 | $140.00 | $230.00 | $200.00 | 2 | 4 | $30.00 |
| NEIDLINGER | ▮9357 | $50.00 | $200.00 | $250.00 | $200.00 | 2 | 4 | $50.00 |
| | | | $440.00 | $500.00 | | | | |

Prepared By: _____

Date: 04/9/02

Approved By: _____

Date: 4/4/02

e) P. 1 of 7

063054

Nat'l Assoc of Letter Carriers
SAVINGS BONDS

| Employee # | DBA | Employee Name / DBA Description | T | Work Date | Pay Per Date | Table | DBA Basis | M | DBA Rate | DBA Amount | Union | Job | Step |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **NEIDLINGER, SUK** | | | | | | | | | | | |
| | 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | | | | | | | | Total Employee = | | 200.00 | | | |
| | | **SAUBER, JAMES W.** | | | | | | | | | | | |
| | 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 35.00 | $ | 35.0000 | 35.00 | | | |
| | | | | | | | | Total Employee = | | 140.00 | | | |
| | | **CROGGON, OWEN** | | | | | | | | | | | |
| | 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | | | | | | | | Total Employee = | | 100.00 | | | |
| | | **BEDOR, JOSEPH** | | | | | | | | | | | |
| | 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | 1200 | SAVINGS BOND | D | 03/01/02 | 03/01/02 | | 50.00 | $ | 50.0000 | 50.00 | | | |
| | | | | | | | | Total Employee = | | 200.00 | | | |
| | | **BLEDSOE, ROGER** | | | | | | | | | | | |
| | 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 03/01/02 | 03/01/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | | | | | | | | Total Employee = | | 100.00 | | | |
| | | **MCCORMALLY, SEAN P.** | | | | | | | | | | | |
| | 1200 | SAVINGS BOND | D | 02/01/02 | 02/01/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/08/02 | 02/08/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/15/02 | 02/15/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | 1200 | SAVINGS BOND | D | 02/22/02 | 02/22/02 | | 25.00 | $ | 25.0000 | 25.00 | | | |
| | | | | | | | | Total Employee = | | 100.00 | | | |

063054

Nat'l Assoc of Letter Carriers
SAVINGS BONDS

| Employee # DBA | Employee Name DBA Description | T Date | Work Date | Pay Per Date | Table | DBA Basis | DBA Rate | DBA Amount | Union | Job | Step |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LUCINI, WILLIAM J. | | | | | | | | | | |
| 1200 SAVINGS BOND | | D | 02/08/02 | 02/08/02 | | 12.50 $ | 12.5000 | 12.50 | | | |
| 1200 SAVINGS BOND | | D | 02/15/02 | 02/15/02 | | 12.50 $ | 12.5000 | 12.50 | | | |
| 1200 SAVINGS BOND | | D | 02/22/02 | 02/22/02 | | 12.50 $ | 12.5000 | 12.50 | | | |
| 1200 SAVINGS BOND | | D | 03/01/02 | 03/01/02 | | 12.50 $ | 12.5000 | 12.50 | | | |

Total Employee — 50.00

**************** Report Total — 890.00

Page —
Date  4/

**Order Summary for Purchases of Payroll Series I Bonds** April 10, 2002

This order covers the payroll period ending 02/28/2002

Your payment for savings bond purchases should be received by the Federal Reserve Bank cut-off hour on or before the last business day of the month to ensure that month's issue date on the bonds.

Bond to bear the issue date of 02/2002

**Pieces per Denomination**

| $50 | $75 | $100 | $200 | $500 | $1,000 | $5,000 | $10,000 | Total Pieces | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | $ 500.00 |

Signature: _R M Royall_

---

**Order submitted by Company 511898 Location 0000**

NATIONAL ASSOC OF LETTER CARRIERS
100 INDIANA AVE., NW
WASHINGTON, DC 20001

(202) 662-2806 (Voice Phone)
(202) 737-1540 (Fax Number)

**Payment Information**

Amount Enclosed: _500.00_

Advanced Payment of: _____

Sent to FRB: _____

**Method of Payment**

[ ] ACH - Effect Payment Date _____

[ ] *Voucher _____
[ ] Check Enclosed
[ ] Reserve/Correspondent Account
[ ] Wire Transfer

*Government Agencies Only

**DO NOT WRITE IN SPACE BELOW
FRB Use ONLY**

Order Received Date _____

Issue Date _____

Transaction ID _____

Split Trans ID _____

1st Pass _____ 2nd Pass _____

Arbitration _____ Resolution _____

Marked for Arbitration _____

Funds Received Date _____

Unmatched Funds _____

Summary with Payment: _____

Payment # _____ Check # _____

ABA Number _____

Unmatched Funds _____ $ _____

To Company _____ $_____

1st Pass _____ 2nd Pass _____

Arbitration _____ Resolution _____

Marked for Arbitration _____

Send 1 copy to the FRB and keep 1 copy for your records

A500

**Order Summary for Purchases of Payroll Series EE Bonds**

April 10, 2002

This order covers the payroll period ending 02/28/2002

Your payment for savings bond purchases should be received by the Federal Reserve Bank cut-off hour on or before the last business day of the month to ensure that month's issue date on the bonds.

Bond to bear the issue date of 02/2002

### Pieces per Denomination

| $50 | $75 | $100 | $200 | $500 | $1,000 | $5,000 | $10,000 | Total Pieces | Total Purchase Price |
|-----|-----|------|------|------|--------|--------|---------|--------------|----------------------|
| 0   | 0   | 3    | 3    | 0    | 0      | 0      | 0       | 6            | $ 450.00             |

Signature: _____

---

| Order submitted by Company 511898 Location 0000 | DO NOT WRITE IN SPACE BELOW |
|---|---|
| | FRB Use ONLY |

NATIONAL ASSOC OF LETTER CARRIERS
100 INDIANA AVE., NW
WASHINGTON, DC 20001

CHARLES ROYALLE
(202) 662-2806 (Voice Phone)
(202) 737-1540 (Fax Number)

#### Payment Information

Amount Enclosed: _450.00_ _____

Advanced Payment of: _____

Sent to FRB: _____

#### Method of Payment

[ ] ACH - Effect Payment Date _____

[ ] *Voucher _____
[ ] Check Enclosed
[ ] Reserve/Correspondent Account
[ ] Wire Transfer

*Government Agencies Only

**DO NOT WRITE IN SPACE BELOW**
**FRB Use ONLY**

Order Received Date _____

Issue Date _____

Transaction ID _____

Split Trans ID _____

1st Pass _____ 2nd Pass _____

Arbitration _____ Resolution _____

Marked for Arbitration _____

Funds Received Date _____

Unmatched Funds _____

Summary with Payment: _____

Payment # _____ Check # _____

ABA Number _____

Unmatched Funds _____ $ _____

To Company _____ $_____

1st Pass _____ 2nd Pass _____

Arbitration _____ Resolution _____

Marked for Arbitration _____

Send 1 copy to the FRB and keep 1 copy for your records

Page 1          **Payroll Savings Bond Ordering System**          April 10, 2002

**Bond Purchase Report**

**Company: 511898  Location: 0000**

Employee ID 199406065    MRN 4
■■■■-6065
WILLIAM J  LUCINI
8 MILL DRIVE
LEVITOWN, PA 19056-
    1 @$100 EE    OR JUDITH L  LUCINI

Employee ID 214523575    MRN 5
■■■■-3537
OWEN WALTER CROGGON
P.O BOX 57
HARWOOD, MD 20776-
    1 @$200 EE    POD JANET OLIVIA CROGGON

Employee ID 224769357    MRN 4
■■■■-9357
SUK J NEIDLINGER
3525 WASHINGTON AVENUE
ALEXANDRIA, VA 22309-
    2 @$100 I    OR DAVID E NEIDLINGER

Employee ID 373724669    MRN 4
■■■■-4669
JAMES SAUBER
117 INDIAN SPRING DRIVE
SILVER SPRING, MD 20901-
    2 @$100 I    OR HEIDI SAUBER

Employee ID 444628053    MRN 0
■■■■-8053
ROGER BLEDSOE
P.O. BOX 19101
COLORADO CITY, CO 81019-
    2 @$100 EE    POD MELINDA D BLEDSOE

Employee ID 469628880    MRN 0
■■■■-8880
JOSEPH BEDOR
13150 HARRIET AVE S #384
BURNSVILLE, MN 55337-
    2 @$200 EE    OR SUSAN BEDOR

Employee ID 510484743    MRN 0
■■■■-4743
SEAN P MCCORMALLY
205 DOGWOOD AVENUE
TAKOMA PARK, MD 20912-
    1 @$100 I    OR CYNTHIA MILLS

    Pay Ending Date    2/28/02 10:08:08 AM

# Payroll Savings Bonds Ordering System

## Summary Report

**Company: 511898   Location: 0000**

April 10, 2002

**Series EE Bonds**

| Denomination | Quantity | Issue Amount | Face Amount |
|---|---|---|---|
| $50 | 0 | $0.00 | $0.00 |
| $75 | 0 | $0.00 | $0.00 |
| $100 | 3 | $150.00 | $300.00 |
| $200 | 3 | $300.00 | $600.00 |
| $500 | 0 | $0.00 | $0.00 |
| $1,000 | 0 | $0.00 | $0.00 |
| $5,000 | 0 | $0.00 | $0.00 |
| $10,000 | 0 | $0.00 | $0.00 |
| | 6 | $450.00 | $900.00 |

**Series I Bonds**

| Denomination | Quantity | Issue /Face Amount |
|---|---|---|
| $50 | 0 | $0.00 |
| $75 | 0 | $0.00 |
| $100 | 5 | $500.00 |
| $200 | 0 | $0.00 |
| $500 | 0 | $0.00 |
| $1,000 | 0 | $0.00 |
| $5,000 | 0 | $0.00 |
| $10,000 | 0 | $0.00 |
| | 5 | $500.00 |

Total Quantity   11

Total Issue Amount   $ 950.00

Pay Ending Date   2/28/02 10:11:30 AM



# INTERNATIONAL UNION OF OPERATING ENGINEERS
## EMPLOYER REPORT OF CONTRIBUTIONS
### REMITTANCE FORM

CENTRAL PENSION FUND

| WORK PERIOD COVERED | |
|---|---|
| BEGINNING | ENDING |
| 11/01/01 | 11/30/01 |

EMPLOYER NAME & ADDRESS

MAIL 1 COPY OF THE CONTRIBUTIONS REPORT AND REMITTANCE FORM TO THE FOLLOWING ADDRESS:

NATIONAL ASSOCIATION OF LTR CARRIERS
100 INDIANA AVE NW
WASHINGTON DC 20001

CENTRAL PENSION FUND
REMITTANCE FORM PROCESSING
DEPARTMENT 76
WASHINGTON DC 200550076

0000106069

0000005482

**Local 099**

| FRINGE ID | FRINGE TYPE | TOTAL CONTRIBUTIONS | CHECK AMOUNT |
|---|---|---|---|
| 0000000075 | Pension | $411.33 | $411.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | CHECK (S) TOTAL: | | |

#4047199

2.4112

$411.33

WE CERTIFY THAT THIS REMITTANCE FORM, AND THE ACCOMPANYING EMPLOYER REPORT(S) OF CONTRIBUTIONS, ARE TRUE AND COMPLETE REPORTS OF ALL CONTRIBUTIONS REQUIRED TO BE PAID UNDER THE APPLICABLE IUOE LOCAL UNION AGREEMENT, OR OTHER WRITTEN OBLIGATION APPROVED BY THE CPF BOARD OF TRUSTEES.

AUTHORIZED SIGNATURE OF EMPLOYER

NOTE: ANY FALSE STATEMENT OR REPRESENTATION MADE IN REPORTING ON THIS FORM MAY SUBJECT YOU TO PROSECUTION UNDER 18 U.S.C § 1027, THE PENALTY FOR WHICH IS A FINE OF $10,000 OR IMPRISONMENT OF FIVE YEARS OR BOTH.



CENTRAL PENSION FUND

CENTRAL PENSION FUND
INTERNATIONAL UNION OF OPERATING ENGINEERS
EMPLOYER REPORT OF CONTRIBUTIONS

MAIL THE REPORT AND CONTRIBUTIONS
FOR THIS FRINGE TO:

**EMPLOYER ACCOUNT**
0000106069
NATIONAL ASSOCIATION OF LTR CARRIERS

**CONTRACT INFORMATION**

| JOB LOCATION | |
|---|---|
| LOCAL UNION | 100 INDIANA CHIEF ENG |
| | Local 099 |

| FRINGE TYPE | JOB CLASS | WORK PERIOD COVERED | | |
|---|---|---|---|---|
| Pension | All Job Classes | BEGINNING 11/01/01 | ENDING 11/30/01 | |

| UNIT TYPE | HOUR PER UNIT | $ PER UNIT | RATE BASIS % GROSS | FLAT DOLLAR |
|---|---|---|---|---|
| HOURS | 1.000 | 1.000 | .000 | 00 |

| EMPLOYEE NAME | HOME LOCAL | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED (REQUIRED FOR ALL REPORTS) | GROSS WAGES (REQUIRED ONLY IF CONTRIBUTIONS ARE BASED ON % OF WAGE) | CONTRIBUTORY HOURS (REQUIRED ONLY IF CONTRIBUTIONS ARE BASED ON OTHER THAN TOTAL HOURS WORKED) | UNITS WORKED (REQUIRED ONLY IF CONTRIBUTIONS ARE BASED ON UNITS OTHER THAN HOURS) | TOTAL CONTRIBUTIONS (REQUIRED FOR ALL REPORTS) |
|---|---|---|---|---|---|---|---|
| HICOK, MICHAEL | 099 | -0693 | 267.33 | | | | 267.33 |
| JENKINS, WILLIAM | 099 | -4154 | 204.00 | | | | 204.00 |
| | | | | | | | |
| | | | | | | | |
| TOTAL ALL EMPLOYEES | | | 471.33 | | | | 471.33 |

01

f).
P. 284

```
      Employee No. . . . .  160524154    JENKINS, WILLIAM
OR Business Unit (Opt). _____
      Pay Type . . . . . .  ___
      Work Dates  -  From: 11/01/01    Thru: 11/30/01
```

| Work Date | Pay Type | Hours Worked | Rate | Gross Pay |
|---|---|---|---|---|
| 11/02/01 | 1 | 39.00 | 31.1800 | 1,216.02 |
| 11/02/01 | 802 | 1.00 | 31.1800 | 31.18 |
| 11/02/01 | 7 | | | 157.45 |
| 11/09/01 | 2 | 4.00 | 46.7700 | 187.08 |
| 11/09/01 | 1 | 40.00 | 31.1800 | 1,247.20 |
| 11/16/01 | 1 | 38.00 | 31.1800 | 1,184.84 |
| 11/16/01 | 802 | 2.00 | 31.1800 | 62.36 |
| 11/23/01 | 1 | 40.00 | 31.1800 | 1,247.20 |
| 11/30/01 | 1 | 38.50 | 31.1800 | 1,200.43 |
| 11/30/01 | 801 | 1.50 | 31.1800 | 46.77 |
| TOTAL | | 204.00 | | 6,580.53 |

```
 F4=Detail .. F13=Toggle Display .. F19/F20=Previous/Next Employee ... F24=More
```

F).
P. 3 of 4

```
       Employee No. . . . .   219640693    HICOK, MICHAEL W.
OR Business Unit (Opt).  _____
       Pay Type . . . . . .   ___
       Work Dates  -  From: 11/01/01      Thru: 11/30/01
```

| Work Date | Pay Type | Hours Worked | Rate | Gross Pay |
|---|---|---|---|---|
| 11/02/01 | 7 |  |  | 203.27 |
| 11/02/01 | 1 | 40.00 | 35.5508 | 1,422.03 |
| 11/09/01 | 1 | 28.00 | 35.5508 | 995.42 |
| 11/09/01 | 802 | 12.00 | 35.5508 | 426.61 |
| 11/16/01 | 1 | 40.00 | 35.5508 | 1,422.03 |
| 11/16/01 | 2 | 2.33 | 53.3262 | 124.25 |
| 11/23/01 | 2 | 5.00 | 53.3262 | 266.63 |
| 11/23/01 | 1 | 39.00 | 35.5508 | 1,386.48 |
| 11/23/01 | 801 | 1.00 | 35.5508 | 35.55 |
| 11/30/01 | 1 | 40.00 | 35.5508 | 1,422.03 |
| TOTAL | | 207.33 | | 7,704.30 |

```
 F4=Detail .. F13=Toggle Display .. F19/F20=Previous/Next Employee ... F24=More
```

P. 4 of 4

**From:**      Jane E. Broendel
**To:**        Charles Royall
**Date:**      5/13/02 11:12AM
**Subject:**   Booklets, etc.

When you receive the items which you will be requesting from Reliastar and ATF please forward a booklet on the life insurance as well as beneficiary papers plus an ATF booklet & any necessary attachments to : Bonnie Waesco, Secretary Region 9  and Nancy Quick, RAA Region 9.


**CC:**        Matthew Rose

*Human Resource Work*

*Royall*

*9).*
*P1of2*

**Human Resources**

5/15/02:
**To be placed in new employees' files**:
    Group Enrollment card for Life Ins.
    I-9
    W-4
    State Withholding
    NALC-HBP enrollment form
    Vision Plan enrollment form
    Automatic deposit form
    Annuity Trust enrollment form
    Application for Employment form
    Notification of Personnel Action
    JEB memo updated 3/7/02 on PC software and hardware
    FMLA:  NALC publication 1

Also should be given:
    Dress code memo
    Booklet on Spectra (vision insurance)
    Booklet on ATF
    Booklet on HBP
    Booklet on Life Ins.

Return To me

Jane,                    15 May '02

all new workers will receive at least these 12 forms plus two Books.
               Charles

9).
p. 2082