**EXHIBIT 39**

Memorandum

To: Jane Broendel, Secretary/Treasurer, NALC

From: Frank Sclafani, ACSYS

Re: Accounting Department, systems, personnel, work environment, etc.

Jane,

The object of this memo is to give you my perspective on the conditions in your accounting department starting with those areas I most familiar with. As you are aware, it is not always possible to be objective so please accept these opinions and recommendations as mine only and understand that there are always two sides to every story.

## Software

### Accounting Database

NALC uses a fairly old version of J.D. Edwards, a complex, non-intuitive database originally designed to meet the needs of medium to large for profit businesses. Because the database is not intuitive, the day to day accounting processes are difficult to learn, and to learn well requires expensive, time consuming outside training. The reporting tools, i.e. report creation, are very complex, and poorly documented. Even with outside training, the average user would require substantial daily trial and error to create even the simplest report. What this means in laymen terms, is that although the database is very powerful, it requires a highly proficient user to harness the power and make the database a useful accounting tool. As most of us know, to develop proficiency in anything, you have to spend a lot of time practicing, and, in some cases, you have to have a flair or talent for whatever you're doing. In the case of JD Edwards, not only do you need to know how all the daily accounting functions work, but you need to know how to create accurate, working calculation tables, and accurate working reports, how to use the query function and so on. Lastly, it also requires a highly trained user to routinely maintain the database by purging records, correcting incomplete records and data, updating periodic tables, including calc. and recalc., Federal and state tax and withholding tables, etc.

On the plus side, JDE is very versatile, a feature which probably encouraged management to select it in the first place and, as I've just been informed, even this early version of JDE has the capability to download information into spreadsheets. Downloading, as you know, enables us to manipulate the information stored in JDE, into formats outlined by the various reports NALC is required to file throughout the year. In addition, this feature allows accounting to create summary reports for management purposes with very short turnaround times. Another useful feature, is JDE's ability to create templates of recurring journal entries. Apparently, this feature was used on a limited scale in the past and not used at all recently. Currently, apart from system generated entries (journal entries generated by JDE through the payroll process), most manually prepared JE's are recurring. The ability to create templates, therefore, not only allows for data entry without having to reenter account numbers, but gives the accounting department the added bonus of not having to rethink which entries have to be made on a recurring basis; i.e. the format will be soft coded in JDE.

JDE also has a few other useful features that apparently have never been used to date, but should be explored for their utility and in at least one case definitely learned. One, is in the G/L module, the use of sub-ledgers, which can be used to breakdown accounts by individuals, and the other is in the payroll

1

module. The feature in the payroll module would allow NALC to use a single record for the employees which are listed, for whatever reason, as both employees and vendors. Currently NALC creates records in both A/P and Payroll for these people and unfortunately have used, in some cases, the records indiscriminately. This duplication of records has apparently been the source of some of your year-end problems with your attempts to create 1099's for vendors and W-2's for your employees. The last feature I think is very important is the query processes. This feature allows for near total report customization and if used properly, could satisfy 80 to 90% of NALC's outside reporting requirements.

**Spreadsheet Software:**

According to Steve Czechanski, the MIS Manager, the supported spreadsheet in the accounting department is Corels Quattro Pro. The only people that have used Quattro Pro to my knowledge are Ron and myself. Me, because Lotus 123 was not loaded on my machine for the first six weeks of my tenure, and Ron because he had to use the files I had created. Lotus 123 Version 5 is also loaded on Ron's, Charles's, and the machine I was using. In addition, a non-user, Ben Hanson, has had an advanced version of Lotus installed on his machine. Unfortunately, neither of these spreadsheet are ideal for the accounting department. Both are keystroke intense when creating long columns of numbers. In laymen's terms, the cursor will not advanced to the next specified cell when entering numbers. This lack of versatility, has meant that most good accounting departments do not use either of these spreadsheets. In addition, Lotus 123 is not supported by the MIS department, though I don't know what that really means in practical terms. My recommendation is that all spreadsheet users in accounting be allowed to use Microsoft Excel. Apart from the reasons outlined above, Excel can also be used to create Macro's to upload Journal Entries into JDE. I have confirmed this with our JDE consultant and now have a contact person who has already created macro's to accomplish this specific task. Lastly, I would recommend that all the accounting staff develop an expertise in spreadsheet creation and use.

## Personnel

The structure of NALC's accounting department is pretty straightforward and follows the typical business pyramid, i.e., Dir. of Finance, Acct'g Manager, A/P & A/R Clerks, and support staffer(s), (Harold). In theory, an organization of this size should have all accounting personnel well versed in accounting theory and practice and all personnel should have an expertise in their areas of responsibility on the accounting database. In addition, because this is an accounting department, all personnel should be versed in at least one of the commonly used business spreadsheet applications, i.e. Excel, Lotus 123 or Quattro Pro, though, as stated above, I prefer Excel.

**By Position:**

Director of Finance:

Mr. Ronald Stubblefield appears to be a qualified accountant well versed in accounting theory and practice and in addition he holds a CPA credential.. He has the demonstrated ability to tackle complex accounting problems and to arrive at workable accounting solutions if given enough time and resources. . He is also cognizant of the shortcomings of his staff and his own lack of database experience and expertise His spreadsheet skills are good. His principal weaknesses are poor people skills and poor leadership/management skills, deficiencies that have unfortunately led to adversarial relationships with staff and supervisor, and have led to a lack of vision as to where the accounting department should go and how to get it there in a positive, constructive manner. Other observed weaknesses, include a disorganized approach to his General Journal and an aversion to trying new or advanced solutions to accounting problems including the employment of the existing technology at NALC. This, unfortunately has led to extended periods of time to complete projects and his daily workload has suffered as a result.

NALC 52

Accounting Manager:

This number two position is currently held by Mr. Charles Royall whose accounting abilities, in my opinion, are suspect. His work, unless actively supervised is often incomplete or not timely, and in too many cases, inaccurate. He has a demonstrated unwillingness to take on, much less complete the tasks assigned to him by the Director of Finance or anyone else. His analytical skills are poor, as is his attention to detail unless directly pointed out by a supervisor. Over the period of observation, the Director of Finance has relied on him less and less. Mr. Royall's lack of ability, real or feigned has had, and will continue to have, a major detrimental effect on the work flow in the department.

Accounts Payable:

This position is currently held with competence by Ms. Linda DeCarlo. I have observed no deficiencies. To the contrary, Linda, has not only quickly learned the position held by Chris Tarbrake and also competently trained Sonya, a temporary holding Linda's former position managing COLCPE cash receipts. She seems to have some accounting background and fundamental spreadsheet skills.

Accounts Receivable:

This position is held by Mr. Ben Hanson with some competence. It is still unclear to me how much he actually does. The deposits really don't amount to much, so he must be doing some work with cash receipts data entry or with the health plan membership and/or vendors. He seems to have a lot of free time on his hands, which is often spent on long conversations with collegues and friends or spent surfing the internet, to which he has private access. He has no spreadsheet skills and may have fundamental accounting skills. He is a long time employee who is generally cooperative and competent within his area of expertise. He also seems to have been assigned other duties in the past.

Payroll:

This position is held with competence by Mrs. Suk Neidlinger. Suk has an intuitive knowledge of both the payroll function and the database. Since she has been doing this for a long time, she is experienced and can be relied upon to complete her work in a timely manner. She has no spreadsheet skills and perhaps some accounting background. She is cooperative, and pursues payroll problems aggressively.

Mr. Harold Isbell:

I don't need to go into Mr. Isbell's background, it is well known. Both you and Ron have told me that his institutional knowledge has proven useful. He has a very positive attitude, but his database and spreadsheet skills are poor, so much of what he accomplishes is done manually or very slowly. His accuracy is not what it should be, but given his age and physical health, it's understandable. I would recommend that his current duties be passed on to someone in better health.

**Other workflow issues**

Currently the analytical burden for most of the work outside of A/P, A/R and weekly payroll processes rests with the Director of Finance. He stated to me from the onset of my assignment at NALC that no support staffer save Charles Royall could be asked to provide assistance. In actuality, the opposite has proven true. All the support staff have answered all and any questions they have been able to answer. The problem lay not with the staff, but with the lack of established lines of communication between Ron and everyone else. Charles initially was not of much use since he was too new to the job. (He started in

3

February and I started in April. Over the next few months he began organizing his duties, but with no coherent approach. Both Ron and myself have stressed to Charles the importance of organizing and saving his work in worksheets they can be used for reports and audit schedules in the future. He has paid very little attention to these requests, the result being that much of the lost information will have to be rekeyed in the near or distant future to generate required reports. Given that Ron has been unwilling at times to properly explore the potential of JDE, most of the processes used on JDE are very primitive. Examples are reports or trial balances prepared by printing screens. This approach is wasteful and frustrating. In addition, instead of finding ways of creating reports with needed information from JDE, he has often opted to simply print huge unconsolidated reports on the band printer and then instruct me to extract the needed information both from the report and JDE screens or files simultaneously. A better instruction would have been to assign me with the task of finding the quickest and easiest way to accomplish the task. Suggestions to that effect were rebuffed.

To his credit he has mastered the process of printing checks and as he has stated in the past, he needed JDE training, so perhaps his solutions to problems can be excused. Ron has also expressed a discomfort with printing his reports on the printers in the MIS department. My recommendation to some of the printing issues is to establish a rapport with either Steve Czechanski, Jim DeLio or Dale Molina. All of these MIS people have been very cooperative with my requests and would probably go out of their way to handle some of Ron's problem's too.

### A Database Issue

It has come to my attention during my training sessions that JDE's print queues are double threaded instead of the customary single thread. I have been informed that double threading the print queus often result in print job conflicts and system lockdowns. I will inform Steve of this when he returns and will put him in contact with a JDE consultant who can help him remove the double thread and convert the system to single thread print queues.

### The Workplace

Most of the workplace issue's center around the poor temperature control and in at least one case, an office that should not be an office (Charles's office). Thus far, the only office in the accounting department proper that maintains an ambient working temperature is Ron's. Where I, and the remainder of the accounting staff sit is poorly cooled and overly stuffy, most of the time. A simple solution would be to eliminate the cubicle arrangement and create a more open space, thus allowing better airflow.

### Solution's from above – let's do it in RPG

RPG –3 and RPG –4 are the programming languages used to create JDE. Apparently, some of the JD Edwards consultants are also programmers. Being aware of the complexities inherent in JDE's report writing capabilities, led me to pose the question as to how difficult and how long would it take to create custom reports in RPG. The answer was not very long at all (one to four hours). Therefore, one of the solutions to completing some of the more onerous reports NALC is currently required to fulfill, is to simply hire a programmer to create a one time only report with "fill in the blanks" capability. Cost? $200 to $800, and its only a one time expense.

### Updates and System Integrity Checks

It is my understanding that the MIS department is supposed to provide JDE support for accounting. According to Jim DeLio this includes system updates (as provided by Vertex, an outside service provider for JDE updates) and system integrity checks, which should be done monthly. I think, that once the Director of Finance has his arms around the basic accounting requirements, that he should also perform the

4

NALC 54

system integrity checks. This would enable him to verify the validity of the monthly data and then further enable him to close the books on a monthly basis. The current situation is that the books have not been closed since July 2001 and there are numerous files missing headers and other nonsuch that should be repaired or cleaned up. If time is a constraint, a simple solution would be to bring in a JDE consultant for one or two days to bring the database up to date.

### An argument for internet connectivity

One of the features of most good databases, be they accounting or otherwise, is that a user can obtain support and download updates online. Currently only Ron, Charles and Ben Hanson have internet connectivity, and I believe all are private accounts. I cannot say how fast Ben's internet connection is as I have never used it, but I do know that Ron's is no faster than 19800 bps. That's too slow to do anything but the most modest downloads, such as IRS or State tax forms. A better solution would be to install a 56k modem on the Director of Finance's computer and allow him to download JDE solutions, as well as tax forms and the like as quickly as possible.

### My God, am I not finished yet?

Yes, this about wraps it up. My object was to give you some kind of feedback while I was still here. There is no reason why this department cannot be the best in NALC (or anywhere else for that matter). The trick is to work smarter, not harder, go home early and enjoy life knowing that all accounting problems have solutions and they can be met quickly and accurately with a little planning.

Cordially,
Frank