**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES ROYALL, | |
| Plaintiff, | |
| v. | Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | |
| Defendant. | |

**JOINT MOTION FOR A CONTINUANCE OF THE FEBRUARY 2, 2007
STATUS CONFERENCE**

Plaintiff Charles Royall and Defendant National Association of Letter Carriers, AFL-CIO ("NALC"), hereby jointly move for a continuance of the status conference currently scheduled for Friday, February 2, 2007. In support of this motion, the parties state as follows:

1.    By order dated February 17, 2006, this Court scheduled a status conference for February 2, 2007. (DE 8)

2.    On September 18, 2006, after the close of discovery, NALC filed a motion for summary judgment that, if granted, will dispose of this case. Briefing on the motion was completed on December 8, 2006, and the matter is currently pending before the court. (*See* DE 10, 13 and 14)

3.    The parties respectfully submit that there is no need for a status conference until after the Court rules on NALC's summary judgment motion.

The parties therefore respectfully move this Court to continue the status conference for several months, until May 11, 2007.

Respectfully Submitted,


/s/ Thomas J. Gagliardo
Thomas J. Gagliardo
D.C. Bar No. 192575
8401 Colesville Road, Suite 315
Silver Spring, MD 20910-3312
(301) 589-1900
fax (301) 589-1985

Attorney for Plaintiff


/s/ Peter Herman
Peter Herman
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
(212) 563-4100


/s/ Victoria L. Bor
Victoria L. Bor (Bar No. 288852)
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 785-9300

Attorneys for Defendant

January 31, 2007