IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL, | |
| Plaintiff, | |
| v. | Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | |
| Defendant. | |

**ORDER**

Upon consideration of the parties' Joint Motion for a Continuance of the February 2, 2007 Status Conference, it is hereby ORDERED, this ___ day of _____, 2007, that the motion is GRANTED, and the status conference is continued until 11:30 a.m. on May 11, 2007.

_____
Reggie B. Walton
U.S. District Judge