IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL | \| |
| Plaintiff | \| |
| v. | \| Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | \| |
| Defendant | \| |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
CORRECTED STATEMENT OF MATERIAL FACTS IN DISPUTE**

Comes now the Plaintiff Charles Royall, by and through counsel, and respectfully moves for leave to file a Corrected Statement of Material Facts in Dispute, which is tendered herewith. In support of his motion he states as follows:

1. Defendant does not oppose this motion, provided it is given a chance to reply to the corrected contents within two weeks after this Court grants this motion (if, in fact, it is granted). Attached hereto as Exhibit "A" is a copy of an email from Defendant's counsel set out fully the conditions under which he will not oppose this motion. Plaintiff agrees to those conditions.

2. As advised by the Court two days ago pages 9, 10 and 13 of the Statement filed in November 2006 were "missing". When counsel retrieved the Statement from the ECF system those pages would not properly print. As noted in an email to Defendant's counsel at the time, Plaintiff could not file through ECF at all for a period of time. Attached hereto as Exhibit "B" is one such email.

3. Although Defendant filed a Reply to Plaintiff's Opposition to Defendant's Motion to

Dismiss, Defendant did not advise Plaintiff's counsel that several pages did not print correctly. Further, when the Reply was sought to be retrieved from ECF only two pages would print.

4. Fairness and justice compels one to consider all that Plaintiff had intended to submit in support of his Opposition to Defendant's Motion for Summary Judgment. Inadvertent mispublication, to which Defendant never alerted anyone, even after being put on notice, should not operate to deprive Plaintiff of full consideration of his Opposition.

Wherefore, Plaintiff prays that this motion be granted and that he be granted leave to file his Corrected Statement of Material Facts in Dispute.

Respectfully Submitted,

_____
Thomas J. Gagliardo
Attorney for Plaintiff
D.C. Bar No. 192575
8401 Colesville Road, Suite 315
Silver Spring, Maryland 20910-3312
301 589 1900 fax 301 589 1985

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was sent by first-class mail, postage prepaid, unless otherwise noted, this 24th day of AUGUST 2007 addressed to the following:

Peter Herman, Esq.
Cohen Weiss and Simon LLP
Attorneys for Defendant
33o West 42nd Street
New York, New York 10036

Victoria L. Bor. Esq.
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Attorneys for Defendants

900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001

_____
Thomas J. Gagliardo