Subject: RE: Royall v. NALC  
Date: Thu, 23 Aug 2007 15:36:16 -0400  
From: "Peter Herman" <pherman@cwsny.com>  
To: "Thomas J Gagliardo" <gagliardo@workplace-law.net>

Tom: we will not oppose a motion to permit you to file those three pages as originally drafted, provided you specify in the motion that we may have two weeks to reply to them, the two weeks running from the time when the pages are filed pursuant to court permission if the motion is granted. The opportunity to reply is only fair, because we have never seen the pages. If the above is agreeable to you, please let me know and also let me review a draft of the motion before you file it. Peter.

-----Original Message-----  
From: Thomas J Gagliardo [mailto:gagliardo@workplace-law.net]  
Sent: Thursday, August 23, 2007 12:16 PM  
To: Peter Herman  
Subject: Re: Royall v. NALC

Will you consent to a motion to permit me to file them now?

Peter Herman wrote:

> Tom: we did not receive those pages. Peter.
>
> -----Original Message-----
> From: Thomas J Gagliardo [mailto:gagliardo@workplace-law.net]
> Sent: Wednesday, August 22, 2007 5:55 PM
> To: Peter Herman
> Subject: Royall v. NALC
>
> Peter
>
> Judge's law clerk called today and asked if you received pages 9,10 and 13 of opposition to MSJ/Statement of Material Facts.  I am to advise  him after hearing from you.
>
> Tom

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This e-mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.