Subject: Royall  
Date: Sat, 11 Nov 2006 04:45:42 +0000  
From: "Tom Gagliardo" <gagliardo@workplace-law.net>  
To: "Peter Herman" <pherman@cwsny.com>

It is 11:45 pm I have tried numerous time to file Opp SJ electronically and cannot.