IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL | \| |
| | \| |
| Plaintiff | \| |
| | \| |
| v. | \| Civil Action No. 1:05cv01711 (RBW) |
| | \| |
| NATIONAL ASSOCIATION OF | \| |
| LETTER CARRIERS, AFL-CIO | \| |
| | \| |
| Defendant | \| |
| | \| |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE
CORRECTED STATEMENT OF MATERIAL FACTS IN DISPUTE**

1. F.R.Civ.P. Rule 6.
2. The record of the case herein.

Respectfully Submitted,

_____
Thomas J. Gagliardo
Attorney for Plaintiff
D.C. Bar No. 192575
8401 Colesville Road, Suite 315
Silver Spring, Maryland 20910-3312
301 589 1900 fax 301 589 1985

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was sent by first-class mail, postage prepaid, unless otherwise noted, this ____ day of _____ 200__ addressed to the following:

> Peter Herman, Esq.
> Cohen Weiss and Simon LLP
> Attorneys for Defendant
> 33o West 42nd Street
> New York, New York 10036
>
> Victoria L. Bor. Esq.
> Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
> Attorneys for Defendants
> 900 Seventh Street, N.W., Suite 1000
> Washington, D.C. 20001

_____
Thomas J. Gagliardo