IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL | \| |
| Plaintiff | \| |
| v. | \| Civil Action No. 1:05cv01711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | \| |
| Defendant | \| |

## ORDER

This matter having come before the Court on Defendants' Motion to Set Aside Default Judgment, the premises thereof and any opposition thereto having been considered it is on this day of SEPTEMBER 2007

ORDERED THAT the motion shall be and hereby is GRANTED; and it is

FURTHER ORDERED that the Corrected Statement of Material Facts Not in Dispute is accepted for filing.

_____
Reggie B. Walton
U.S. District Court Judge

cc:
Thomas J. Gagliardo
Attorney for Plaintiff
8403 Colesville Road, Suite 860
Silver Spring, Maryland 20910

Peter Herman, Esq.
Cohen Weiss and Simon LLP
Attorneys for Defendant
33o West 42nd Street
New York, New York 10036

Victoria L. Bor. Esq.
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Attorneys for Defendants
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001