UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHARLES ROYALL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1711 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Currently before the Court is the plaintiff's unopposed Motion for Leave to File Corrected Statement of Material Facts in Dispute ("Motion"), which was filed on August 24, 2007. The defendant has premised its consent to the plaintiff's Motion for Leave to File on its being given two weeks in which to respond to the contents of the plaintiff's corrected Statement of Material Disputed Facts ("Statement"). Motion at 1. Because it appears that the plaintiff inadvertently omitted three pages from the Statement filed on November 17, 2006, in connection with the plaintiff's opposition to the defendant's motion for summary judgment, it is hereby

**ORDERED** that the plaintiff's motion for leave to file out of time his corrected Statement is GRANTED. The Court will consider the plaintiff's corrected Statement when ruling upon the defendant's motion for summary judgment. It is further

**ORDERED** that the defendant's request for time to respond to the plaintiff's corrected Statement is DENIED without prejudice. It is the Court's belief, upon its initial review of the plaintiff's corrected Statement, that the additional pages included by the plaintiff do not alter the

Court's conclusion as to the proper disposition of the defendant's motion for summary judgment. If, once the Court has resolved the defendant's motion for summary judgment, the defendant believes that it has been prejudiced by the Court's denial of its request for time to respond to the corrected Statement, the defendant may renew its request at that time.

**SO ORDERED** this 28th day of August, 2007.

                                              REGGIE B. WALTON
                                              United States District Judge