UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES ROYALL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-187 (RBW) |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendant's motion for summary judgment is GRANTED.  It is further

**ORDERED** that this case is dismissed with prejudice.

**SO ORDERED** this 29th day of August, 2007.


REGGIE B. WALTON
United States District Judge