## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES ROYALL       |

    Plaintiff         |

    v.               |       Civil Action No. 1:05cv01711 (RBW)

                   |

NATIONAL ASSOCIATION OF   |
LETTER CARRIERS, AFL-CIO   |

                   |

    Defendant      |

                   |

### NOTICE OF APPEAL

Plaintiff CHARLES ROYALL hereby appeals the order of this Court, dated August 29, 2007, entering summary judgment in favor of Defendant National Association of Letter Carriers, Afl-CIO, and dismissing the Complaint in the above captioned matter.

Respectfully submitted,
s/
Thomas J. Gagliardo
Attorney for Plaintiff
8403 Colesville Road, Suite 860
Silver Spring, Maryland 20910
301/589-1900 FAX 301/589-1985

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was sent by first-class U.S. mail, postage prepaid, this 25th day of SEPTEMBER 2007 to the following:

**Peter Herman, Esq.**
Cohen Weiss and Simon LLP
Attorneys for Defendant
330 West 42nd Street
New York, New York 10036

**Victoria L. Bor. Esq.**
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Attorneys for Defendants
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001             s/Thomas J. Gagliardo