



## THE GAGLIARDO LAW FIRM
### Attorney and Counselor at Law

Thomas J. Gagliardo
Admitted in Maryland and the District of Columbia

8403 Colesville Road    Suite 860
Silver Spring, Maryland 20910-3312
Voice         (301) 589-1900
Facsimile     (301) 589-1985
Gagliardo@workplace-law.net

November 21, 2007

Ms. Tawana Davis
Office of the Clerk of Court
United States District Court for the District of Columbia
BY FAX ONLY 202 354 3146

Re: Royall v. National Assn. of Letter Carriers
Civil Action No. 1:05cv01711 (RBW)

Dear Ms. Davis:

As we discussed on the telephone a short time ago, I am enclosing a copy of the notice of appeal filed in the above captioned case and a copy of my credit card statement. I filed the notice of appeal and my credit card was charged $455 by "4616 USDC DC WASHINGTON DC" on September 26, 2007. As I mentioned, I remember that Mr. Burgess called and said there was a glitch with the ECF and that he called again to say that it was working. Perhaps this explains why there is no docket entry for the notice of appeal.

As the time for appeal has now expired, it is essential that this matter be clarified. I trust that the District Court will come to the conclusion that the notice of appeal was timely filed, and transmit the record to the Court of Appeals.

Please keep me informed, and feel free to contact me at any time at 301 589 1900. My cell phone is 301 213 3431, and you should feel free to call me on that number if I cannot be reached in the office.

Thank you.

Sincerely,

Thomas J. Gagliardo

cc: Mr. Joseph Burgess
    Mr. Charles Royall